**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


SAUNDRA S. RUSSELL, et. al.          :
                                            :     Civil Action

      v.                                 :
                                            :     No.: 13-3151

CITY OF PHILADELPHIA, et. al.       :


## ENTRY OF APPEARANCE

To the Clerk:

     Please enter my appearance on behalf of defendant, Keith Sadowski, in the above-referenced case.



                                               S/
                                              Peter J. Scuderi, Esquire
                                              2000 Market Street, Suite 2925
                                              Philadelphia, PA 19103
                                              Telephone: 215-546-5650
                                              Fax: 215-988-1842



Dated: May 1, 2014

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Entry was served upon all counsel electronically:

S/
_____
PETER J. SCUDERI, ESQUIRE