IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUNDRA S. RUSSELL, et. al. | : | |
| | : | Civil Action |
| v. | : | |
| | : | No.: 13-3151 |
| CITY OF PHILADELPHIA, et. al. | : | |

**WITHDRAWAL OF APPEARANCE**

To the Clerk:

    Kindly withdraw my appearance in the above-captioned matter as counsel for Keith Sadowski.

        / S/ PETER J. SCUDERI
        Peter J. Scuderi, Esquire
        2000 Market Street, Suite 2925
        Philadelphia, PA 19103
        Telephone: 215-546-5650
        Fax: 215-988-1842

Dated: July 8, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon all counsel electronically:

                                                `/S/`
                                   PETER J. SCUDERI, ESQUIRE