# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAUNDRA S. RUSSELL, et. al.          :
                                      :    Civil Action
    v.                                 :
                                      :    No.: 13-3151
CITY OF PHILADELPHIA, et. al.         :

## ORDER

AND NOW, this    day of         , 2015 counsel, Peter J. Scuderi, Esquire, is permitted to withdraw his appearance.

                                            BY THE COURT

                                            _____

                                            Restrepo,    J.

Date: July 14, 2015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAUNDRA S. RUSSELL, et. al. | : |
| | :    Civil Action |
| v. | : |
| | :    No.: 13-3151 |
| CITY OF PHILADELPHIA, et. al. | : |

## MOTION TO WITHDRAW APPEARANCE

Counsel entered his appearance on May 1, 2014, as co-counsel for plaintiff, Keith Sadowski. According to co-counsel, Herbert McDuffy, Esquire, plaintiff no longer wishes to retain him.

Co-counsel McDuffy has also been discharged.

**WHEREFORE,** counsel requests to withdraw from the case.

                                               / S/ PETER J. SCUDERI
                                               Peter J. Scuderi, Esquire
                                               2000 Market Street, Suite 2925
                                               Philadelphia, PA 19103
                                               Telephone: 215-546-5650
                                               Fax: 215-988-1842

Date: July 14, 2015

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion to withdraw appearance was served upon all counsel electronically and on plaintiff, Keith Sadowski, via first class mail to 9966 Verree Road, Philadelphia, PA 19115.

/S/<br>
PETER J. SCUDERI, ESQUIRE

Date: July 14, 2015