IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUNDRA S. RUSSELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-3151 |

## ORDER

**AND NOW**, this 16th day of July, 2015, having conducted a telephonic status conference on July 14, 2015 with Attorneys McDuffy, Scuderi, and Lloyd, and upon consideration of Attorney Scuderi's Motion to Withdraw as Attorney for Plaintiffs (ECF No. 34), and Matthew B. Weisberg's Notice of Appearance on behalf of Plaintiffs (ECF No. 35), it is hereby **ORDERED** that Attorney Scuderi's Motion to Withdraw as Attorney for Plaintiffs (**ECF No 34**) is **GRANTED**. Attorneys McDuffy and Scuderi are terminated as counsel for all Plaintiffs.

**IT IS FURTHER ORDERED** that:

1. This Court's previous Scheduling Orders (**ECF Nos. 27 and 32**) are **VACATED**.

2. Counsel for the parties shall confer and submit a joint proposed scheduling order for summary judgment briefing on or before July 22, 2015, by faxing the joint proposed order to my chambers at (267) 514-2444.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE