IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| SAUNDRA S. RUSSELL, WILLIAM CAMPBELL, AND KEITH SADOWKSI: PLAINTIFFS | |
| v. | CIVIL ACTION NO. 13-cv-3151 |
| CITY OF PHILADELPHIA, CHARLES S. RAMSEY, AARON HORNE, CARROLL MADDEN : CHARLES GREEN, EDWARD SPANGLER, JACK FEINMAN, JAMES KELLY, KEVEIN BETHEL, LAVERNE VANN, : MELVIN SINGLETON, THOMAS HYERS, WILLIAM BROADBENT, AND WILLIAM BLACKBURN DEFENDANTS | |

## LIST OF EXHIBITS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' RESPONSE THERETO

1. Payroll Master Records for William Campbell, Keith Sadowksi, and Saundra Russell (undated) *D001- D005*

2. Saundra Russell History (undated) *D006*

3. Memo from Commanding Officer, IAD Investigation #01-0014 dated March 23, 2001 *D007-D009*

4. Memo from Commanding Officer, IAD Investigation #01-465 dated November 30, 2001 *D010*

5. EEO Case #2004-018 dated January 5, 2006 *D011-D129*

6. Memo from Commanding Officer, IAD PS #05-16 dated March 9, 2006 *D130*

**7.**     Letter from Cpt. Ryan dated December 12, 2006     **D131**

**8.**     Non-EEO Case #2006-034 dated January 29, 2007     **D132-D136**

**9.**     Summary of PBI Hearing #06-0510 dated May 31, 2007 (Dial and Russell) *D137-D145*

**10.**    IAD Report # 07-1027 dated September 7, 2007     *D146-D221*

**11.**    EEOC Complaint by Saundra Russell dated August 12, 2008     *D222-D227*

**12.**    EEOC Determination for Keith Sadowski dated January 8, 2009     *D228-230*

**13.**    EEOC Determination for William Campbell dated January 29, 2009     **D231-D233**

**14.**    Amended EEOC Complaint by Saundra Russell dated February 23, 2009 *D234-D238*

**15.**    Arbitration transcript of Sadowski suspension grievance dated May 7, 2009 *D239-D366*

*16.*      Employment termination letter to Saundra Russell dated July 6, 2009     **D367**

**17.**    EEOC Determination for Saundra Russell dated August 7, 2009     *D368-D371*

**18.**    IAD Report # 08-1077, dated October 6, 2009 (Singleton and Russell)     *D372-396*

**19.**    Defendants' Answers to Plaintiffs' First Set of Interrogatories dated April 14, 2014 *D397-D405*

**20.**    Eric Dial deposition dated May 2, 2014     *D406-D497*

**21.**    William Campbell Deposition dated July 28, 2014     **D498-527**

*22.*      Saundra Russell deposition dated August 15, 2014     *D528-D576*

*23.*      Melvin Singleton deposition dated September 15, 2014     *D577-685*

**24.**    Keith Sadowski deposition dated September 24, 2014     *D686-796*