# In The Matter Of:

*Saundra S. Russell v.*
*City of Philadelphia*

# COPY

*Officer Eric F. Dial*
*May 2, 2014*

*Dynamic Reporting, LLC*
*10 Alberta Court, Sewell, NJ 08080*
*Two Penn Center, Suite 1850*
*1500 JFK Blvd, Philadelphia, PA 19102*
*215-880-1517*

Original File Dial. Officer Eric F..txt
Min-U-Script® with Word Index

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                 -  -  -

SAUNDRA S. RUSSELL,      : NO. 3151-CV-31
4  KEITH SADOWSKI and WILLIAM  :
CAMPBELL,              :
5                    :
        Plaintiffs,     :
6                    :    COPY
     vs.              :
7                    :
CITY OF PHILADELPHIA,    :
8  COMMISSIONER CHARLES S.   :
RAMSEY and PHILADELPHIA    :
9  POLICE DEPARTMENT,      :
                    :
10       Defendants.     :

11                 -  -  -

          Friday, May 2, 2014
12                 -  -  -

13      Oral deposition of OFFICER ERIC F. DIAL, held at

14  the City of Philadelphia Law Department, 1515 Arch

15  Street, 16th Floor, Philadelphia, Pennsylvania,

16  beginning at approximately 10:03 a.m., before Nicole M.

17  Ludwig, a Professional Court Reporter and Notary Public.

18                 -  -  -

19

20         DYNAMIC REPORTING, LLC

21      10 Alberta Court, Sewell, NJ 08080

22       Two Penn Center, Suite 1850

23     1500 JFK Blvd, Philadelphia, PA 19102

24          (215) 880-1517

1  A P P E A R A N C E S:

2

   LAW OFFICES OF HERBERT McDUFFY JR. & ASSOCIATES
3  BY:  HERBERT McDUFFY, ESQUIRE
   200 Campbell Drive
4  Suite 103 E
   Willingboro, New Jersey 08046
5  (856) 505-8706
       Counsel for Plaintiffs
6      Saundra S. Russell and William Campbell

7

   LAW OFFICE OF PETER J. SCUDERI
8  BY:  PETER J. SCUDERI, ESQUIRE
   2000 Market Street
9  Suite 2925
   Philadelphia, Pennsylvania 19103
10 (215) 546-5650
       Counsel for Plaintiff
11     Keith Sadowski

12

   CITY OF PHILADELPHIA LAW DEPARTMENT
13 BY:  TOI SHIELDS, ESQUIRE
   Labor & Employment Unit
14 One Parkway Building
   1515 Parkway Street, 16th Floor
15 Philadelphia, Pennsylvania 19102
   (215) 683-5083
16     Counsel for Defendant
       City of Philadelphia and Eric Dial
17

18

19

       A L S O   P R E S E N T:
20
           Keith Sadowski
21

22

23

24

1                    I N D E X

2

3    WITNESS                                    PAGE

4    OFFICER ERIC F. DIAL

5        By Mr. McDuffy                       5, 79

6        By Mr. Scuderi                          61

7        By Ms. Shields                          78

8

9

10

11                      -   -   -

12

13                   E X H I B I T S

14

15   NUMBER          DESCRIPTION              PAGE

     DIAL P-1        Copy of Facebook messages   35
16

17

18

19

20

21

22

23

24

D409

LITIGATION SUPPORT INDEX

Direction to Witness Not to Answer

Page Line     Page Line     Page Line

(None)


Request for Production of Documents

Page Line     Page Line     Page Line

(None)


Stipulations

Page Line     Page Line     Page Line

5      1-7


Question Marked

Page Line     Page Line     Page Line

(None)

1                         -   -   -

2                    (By agreement of counsel,

3          the reading, signing, sealing,

4          filing and certification are

5          waived; and all objections, except

6          as to the form of questions, are

7          reserved until the time of trial.)

8                         -   -   -

9               OFFICER ERIC F. DIAL,

10         after having been duly sworn, was

11         examined and testified as follows:

12                        -   -   -

13              DIRECT EXAMINATION

14                        -   -   -

15    BY MR. McDUFFY:

16    Q.      Good morning, Mr. Dial.

17    A.      Good morning.

18    Q.      My name is Herb McDuffy.  I'm a

19    lawyer.  I represent the plaintiffs in this

20    action, Sandra Russell and Keith Sadowski

21    and William Campbell against the City of

22    Philadelphia and some other defendants.

23    Today we're here to take your deposition in

24    this matter.

1          Have you ever been deposed before?

2     A.     Yes.

3     Q.     Okay.  How long has it been since

4     you were deposed?

5     A.     Years.

6     Q.     Okay.  So I'm just going to go over

7     some ground rules here.

8          First of all, as you know, you are

9     under oath.  You have to tell the truth.

10          And we have a court reporter here,

11     so I'd ask that you speak clearly.  And

12     when you answer the question, that you say

13     the answer, not just nod your head or

14     mumble or say "uh-huh" or "uh-uh."

15          Those kinds of things that we

16     normally use are not good for her because

17     she has to write your testimony down.

18     We're going to use it later on and it has

19     the same power as if you were in court.

20          Do you understand so far?

21     A.     Yes.

22     Q.     Okay.  I'd ask you to only answer

23     if you know the answer to a question.  If

24     you don't know, it's okay to say, "I don't

D412

1     know."

2          Don't guess, all right?

3     A.     Okay.

4     Q.     But if you do answer the question,

5     I will assume you understood the question.

6     So if you have a problem and you don't

7     understand something, just ask me to

8     clarify. I'll rephrase the question, okay?

9     A.     Sure.

10     Q.     Okay. You can talk to Ms. Shields

11     whenever you want to. Just say "I need to

12     talk to my lawyer," that's fine. I just

13     ask that you answer any questions that are

14     on the table before you take a break and

15     before you leave the room.

16     A.     Okay.

17     Q.     Good so far?

18     A.     Yes.

19     Q.     Are you under any kind of

20     medication --

21     A.     Yes.

22     Q.     -- that would prevent you from

23     answering the questions that are asked of

24     you today?

1   A.      No.

2   Q.      What medications are you on?

3   A.      Multiple.  I have cancer.

4   Q.      Okay.  Very good.  All right.

5           Do you have any questions of me

6  before we start?

7   A.      No.

8   Q.      I'm going to ask some background

9  information.

10           Where were you born?

11   A.      Philadelphia.

12   Q.      Where do you live now?

13   A.      Somerton, Philadelphia.

14   Q.      Okay.  Is your family still here

15  with you?

16   A.      Yes.

17   Q.      Okay.  Are your parents still

18  living?

19   A.      Yes.

20   Q.      Okay.  Do you have a family, wife

21  and children, that kind of thing?

22   A.      Yes.

23   Q.      Okay.  How many children do you

24  have?

1   A.    A son who is 18 and a stepson who

2   is 14.

3   Q.    Okay.  And you went to school in

4   Philadelphia, right?

5   A.    Yes.

6   Q.    And where did you go to high

7   school?

8   A.    Mastbaum.

9   Q.    Okay.  What year did you graduate?

10   A.    In '94.

11   Q.    Where did you work after you

12   graduated from high school?

13   A.    I worked several jobs.  I worked at

14   a printing company.  I worked at a food

15   distributing company.  And I worked

16   at -- right from the distributing company,

17   I came on the police department in '98.

18   Q.    All right.  Why did you leave the

19   printing company?

20   A.    Better pay.

21   Q.    Okay.  And where was it?

22   A.    It was in Pennsauken, New Jersey.

23   Q.    Okay.  Do you remember the name of

24   the place?

1    A.    Innovation -- I'm sorry, of the

2    printing company?

3    Q.    Yes.

4    A.    The printing company actually was

5    on Byberry Road. That was in Philadelphia.

6    It was Innovation Printing.

7    Q.    Okay. And what about the food

8    company?

9    A.    The food company was in Pennsauken.

10    Q.    Okay. And why did you leave there?

11    A.    That was better pay as well.

12    Q.    Okay. How long did you work for

13    the food company?

14    A.    The food company, maybe a year and

15    a half, two years.

16    Q.    Okay. And when did you -- you said

17    your next job was at the police department?

18    A.    Yes.

19    Q.    What year was that?

20    A.    In '98. February 9, '98 is when I

21    came on.

22    Q.    And is that when you went to the

23    police academy?

24    A.    Yes. That's the day I started.

1   Q.      Okay.  And how long was the police
2   academy?
3   A.      Six months.
4   Q.      How long have you been a cop?
5   A.      Sixteen years.
6   Q.      Okay.  What are your present duties
7   at the police department?
8   A.      Instructor at the police academy.
9   Q.      Okay.  What do you do there?  What
10  do you teach?
11  A.      I teach recruits.  I'm an eval
12  instructor, as well as multiple other
13  classes that -- to become a police officer.
14  Q.      Okay.  And how long have you been
15  doing that?
16  A.      A little over three years.
17  Q.      Okay.  And what did you do before
18  that?
19  A.      I was in the second district,
20  patrol.
21  Q.      What did you do there?
22  A.      Regular patrol.
23  Q.      Okay.  And where is the 2nd
24  District?

1  A.      Northeast Philly.

2  Q.      And what about before the 2nd

3  District?

4  A.      I was at the 17th.  I was there for

5  18 months.

6  Q.      Okay.  What did you do at the 17th?

7  A.      Narcotics control.

8  Q.      Okay.  And why did you leave the

9  17th and go to the 2nd?

10 A.      I had to transfer in, and I was in

11 a shooting and they transferred me out to

12 the 2nd District.

13 Q.      Okay.  And why did you leave the

14 2nd to go to the police academy?

15 A.      I got cancer.

16 Q.      All right.  Now, you said before

17 the 17th.

18         I'm going to ask you, where were

19 you working before the 17th?

20 A.      That's Narcotics Strike Force.

21 Q.      And where is that headquarters?

22 A.      At Bridge -- Bridge and -- at

23 Frankford Arsenal.

24 Q.      Okay.  The old Frankford Arsenal --

D418

1  A.     Yes.

2  Q.     -- the old Army place?

3  A.     Yes.

4  Q.     And how long were you in the

5  Narcotics Strike Force?

6  A.     About eight years.

7  Q.     Okay.  And what years did they

8  span?

9  A.     I think for about 2000 to 2008.  I

10  got reassigned in March 2008 to the 17th.

11  Q.     Okay.  And why did you get

12  reassigned?

13  A.     Disciplinary actions.

14  Q.     And what discipline was that?

15  A.     Conduct undercover.  There were

16  several different things by the police

17  commissioner.

18  Q.     Okay.  And what caused you to be

19  charged with conduct undercover?

20  A.     I don't know.

21  Q.     Okay.  We'll come back to that one.

22  A.     Sure.

23  Q.     All right.  You get any citations

24  while you've been a police officer?

D419

1    A.    Yes.

2    Q.    Name them.

3    A.    Several merits, several mandatory

4    citations.  I got one from the state

5    representative, actually two from the state

6    representative, I think three from the

7    mayor's office, a few others that I can't

8    name off the top of my head.

9    Q.    Okay.  And you said you've been

10    disciplined at least once.

11    Any other times you've been

12    disciplined besides the one that you just

13    mentioned that caused you to get

14    transferred from the Narcotics Strike

15    Force?

16    A.    In 2005, there was a -- I got a

17    reprimand.

18    Q.    What was that for?

19    A.    A case involving Sergeant Russell

20    at the time.

21    Q.    All right.  Do you remember what

22    happened?

23    A.    Allegations that she said I called

24    her a name or something like that.

1    Q.      All right.  Do you know the
2    plaintiffs that are involved in this case?
3    A.      Yes, I do.
4    Q.      Okay.  So you know Lieutenant
5    Russell, former Lieutenant Russell?
6    A.      Yes.
7    Q.      And you know Keith Sadowski?
8    A.      Yes.
9    Q.      And you know William Campbell?  We
10   call him Billy Campbell.
11   A.      Yes, we all work --
12   Q.      How do you know him?
13   A.      We all work together.
14   Q.      Where did you work together?
15   A.      The strike force.
16   Q.      Okay.  How long have you known
17   Billy Campbell?
18   A.      Since I went to the strike
19   force -- or I guess we lost strings now,
20   since I left the strike force.
21   Q.      Right.
22   A.      I've known Officer Sadowski, Keith,
23   before.  We actually went to high school
24   together.

1    Q.     Okay.  Describe your relationship

2   with Keith Sadowski.

3    A.     We grew up together, went to high

4   school together.  Pretty much friends, you

5   know, we -- I guess, you grow apart and

6   then come together, you know, throughout

7   the years but more apart now.

8    Q.     All right.  As a police officer,

9   did you ever socialize with Keith?

10   A.     Yes, sir.

11   Q.     Can you describe some of the

12  incidents that you socialized with him?

13   A.     Just going out to bars

14  occasionally.

15   Q.     That's it?

16   A.     That I can think of offhand.  I

17  mean, we socialized, talked on the phone,

18  text messages.

19   Q.     Did you ever go to his house?

20   A.     Yes, I've been to his house a

21  couple of times.

22   Q.     Did you ever go and ride

23  motorcycles with him?

24   A.     No.  He don't ride motorcycles, not

1    that I know of.

2    Q.      You go to his wedding?

3    A.      That I can't recall, honestly.

4    Q.      Okay.  I believe you mentioned that

5    you're not as close with Keith as you were

6    before.

7            Is that fair to say?

8    A.      Correct.

9    Q.      What caused the problem with your

10   friendship?

11   A.      I guess we grew apart ever since

12   him testifying against me in 2005 -- or

13   2006, I'm sorry.

14   Q.      Okay.  Tell me about that.  What

15   happened?

16   A.      He testified against me in that

17   case Saundra Russell had against me making

18   that, I guess, rude comments to her or

19   supposedly made rude comments to her.  It

20   just didn't sit well with me.

21   Q.      Okay.  Why didn't it sit well with

22   you?

23   A.      I don't know why he would do such a

24   thing.  And I was always brought up with,

D423

1    you know, cops don't testify against other

2    cops.

3          I don't know if you were ever a

4    cop, sir, but you just don't do that, and I

5    felt that it wasn't right.

6    Q.      Okay.  Do you remember the incident

7    that occurred between you and Lieutenant

8    Russell?

9    A.      Absolutely.

10   Q.      Tell me what happened.

11   A.      Do you want me to start from the

12   very beginning?

13   Q.      Yes.

14   A.      It actually started the day before

15   the conversation we had in the

16   lieutenant -- at the lieutenant's office

17   between myself, her, and at the time it was

18   Lieutenant Smith, who is Captain Smith

19   right now.  The day before -- it was

20   actually in the parking lot outside of our

21   headquarters and myself and another

22   officer, Officer Bochmayer, at the time.

23          We were having a conversation and

24   we were actually sitting on a warrant for a

1  vehicle at the time waiting for the narc to

2  come through to search the vehicle for

3  narcotics, drugs and anything else that was

4  inside the vehicle.

5           Sergeant Russell at the time

6  approached us. We had a little

7  conversation. I'm not sure exactly what it

8  was it about, but she informed me that for

9  the next day, which was Saturday, our last

10  day of our tour, for myself, not to hit the

11  street until I finished making corrections

12  on paperwork, which is a 7549, which we

13  have to produce for discovery for the

14  District Attorney's Office, for myself not

15  to hit the street until she sees it and

16  approves it and approves the corrections

17  that I make and then I can hit the street.

18           So the next morning, I come in

19  early and I do the corrections and I'm

20  waiting for her inside the

21  corporal/sergeant's office. Time goes by,

22  maybe a couple of hours, and another

23  sergeant comes in and what I'm doing inside

24  the office, why I'm not on the street. So

1   I told him the same thing; I was informed

2   not to hit the street until Sergeant

3   Russell approves my corrections and I can

4   hit the street and for me not to hit the

5   street.

6        And I asked him where -- is

7   Sergeant Russell coming in, if she was in

8   yet, and he informed me that she was

9   actually already out in the street.  She

10   was running late for the day.

11        So then -- and at that time, I was

12   actually on bike patrol for that day.  So I

13   think I grabbed my bike, found the vehicle,

14   put the bike on the vehicle and then headed

15   out to East Division in the 24th.  And I

16   believe I met up with them on Kensington

17   Ave.  I don't remember the cross street,

18   but I do remember it was Kensington Avenue,

19   if I'm not mistaken.

20        And I told her that, you know, I

21   made the corrections and that she can

22   approve it later on this afternoon when we

23   get inside.  So she told me to ride with

24   another vehicle, take my bike to the

D426

1   firehouse, which was a couple of blocks

2   away from the location we were at on

3   Kensington Ave.

4                   THE WITNESS:  I'm sorry,

5          am I going too quick, ma'am?

6                   THE REPORTER:  No.

7                   THE WITNESS:  Okay.  And

8          so the officer met me up at the

9          firehouse.  We decided that, you

10         know, it was late in the afternoon

11         so we would grab lunch because

12         I -- we didn't eat breakfast, or I

13         didn't eat breakfast myself.

14                   So we proceeded to Erie.

15         I think it was F and Erie, if I'm

16         not mistake.  There's a little

17         diner across the street called

18         Amici's.  I don't know if it's

19         still there.  I believe they closed

20         it down.  But we went to the pizza

21         shop, had our lunch, and then

22         decided to head back out on the

23         street to ride our bikes, at which

24         time, I got a phone call for

1     another fellow officer who had a

2     flat tire on her bike and she asked

3     if I could pick her up and take her

4     back because she had no equipment

5     to change her tire.

6          So we started making our

7     way over to -- I forget what the

8     location was where she was at.  And

9     so we started making our way over

10    to that location, at which time, I

11    had another phone call from the

12    same officer stating that she -- an

13    off-duty cop that, you know, she

14    said that she knew from her husband

15    picked her up and transported her

16    back to our headquarters on -- at

17    the Arsenal.

18         So by the time everything

19    transpired it was later in the day

20    closer to us reporting that we made

21    ourselves to the headquarters.  And

22    while in our little meeting there

23    we have our computers where

24    everybody does their paperwork and

1       stuff on the computer, and we were

2       just, you know, having a

3       conversation with other

4       officers -- I don't know who was

5       there -- and then Sergeant Russell

6       came in and said she needed to

7       speak to me in the lieutenant's

8       office.

9               So I went in the

10      lieutenant's at that time.

11      Lieutenant Smith, at the time, he

12      was inside there. She wanted to

13      have a conversation in front of the

14      lieutenant. At which time she

15      informed me that, you know, I

16      disobeyed a direct order,

17      basically, because, you know, I

18      didn't -- I wasn't out in the

19      street.

20              She said I was dodging my

21      job not wanting to ride the bikes

22      because I didn't feel like riding a

23      bike and that was it. She said she

24      was, basically, finished talking to

D429

1    me.  I left the office and I went

2    home.

3  BY MR. McDUFFY:

4  Q.    Okay.  That was it?

5  A.    Yes, sir.

6  Q.    Did you say any words to her before

7  you -- when you left?

8  A.    No.

9  Q.    Did you mumble any words when you

10  left?

11  A.    No.

12  Q.    Okay.  And this is the incident

13  that Keith and Billy testified against you

14  about?

15  A.    Yes, sir.

16  Q.    Okay.  What did they say?

17           MS. SHIELDS:  What did who

18    say?

19  BY MR. McDUFFY:

20  Q.    What did Keith say about you about

21  your interaction with Ms. Russell?

22  A.    I don't know what Keith said about

23  me.  If I can read whatever he said from

24  the PBI, I could tell you.  I don't

1  remember off the back of my head what he

2  said.

3  Q.      All right.  But that was enough to

4  destroy your friendship?

5  A.      Testifying against me?

6  Q.      Yes.

7  A.      Absolutely.

8  Q.      All right.  And do you remember

9  what Billy said about you?

10                  MS. SHIELDS:  In what

11          context?

12  BY MR. McDUFFY:

13  Q.      In context of your interaction with

14  Lieutenant Russell?

15  A.      I'm guessing both --

16                  MS. SHIELDS:  I don't want

17          you to guess.  Only if you know.

18                  THE WITNESS:  I don't

19          know.

20  BY MR. McDUFFY:

21  Q.      You don't know?

22  A.      (Indicating.)

23  Q.      Okay.  Did that fracture your

24  friendship with Billy too?

1    A.     Absolutely.  Testifying against me,

2    yes.

3    Q.     Okay.  And tell me why it's bad for

4    a cop to testify against another cop.

5    A.     It's just something you just don't

6    do.

7    Q.     Why?

8    A.     If you're not a cop, you wouldn't

9    understand it.

10    Q.     Try me.

11    A.     Try you?

12    Q.     Yeah, try me.  Do the best you can.

13    A.     You just don't testify against

14    another cop.

15    Q.     Is there a reason for that?

16    A.     It's just an honor code amongst

17    cops.

18    Q.     An honor code amongst cops?

19    A.     Yes, sir.

20    Q.     Under any circumstances?

21    A.     Absolutely.

22    Q.     Be it truthful or not?

23    A.     Absolutely.

24    Q.     Okay.  Do you remember I asked you

D432

1    about why you were reprimanded --

2    A.    Yes, sir.

3    Q.    -- and you didn't quite recall the

4    facts?

5    A.    Yes, sir.

6    Q.    After going through what you

7    described a few minutes ago, does that jog

8    your memory at all?

9    A.    Yes.

10    Q.    Can you tell me why you were

11    reprimanded?

12    A.    I guess they felt that I called

13    Saundra Russell a -- whatever allegations

14    they said.

15    Q.    What names?  What did you call her?

16    A.    I didn't call her anything.

17    Q.    All right.  Did you ever tell Keith

18    that you called her something?

19    A.    No.

20    Q.    Did you ever tell Billy that you

21    called her something?

22    A.    No, sir.

23    Q.    Did you ever tell anyone that you

24    called her something?

D433

1    A.    No.

2    Q.    Okay.  Not even Lieutenant

3    Spangler?

4    A.    No.

5    Q.    Okay.  I'm going to ask you if you

6    have ever used some of these words that I'm

7    getting ready to say.

8    Have you ever used the following

9    words either at work or outside of work,

10   either when you're serious or just joking

11   around.

12    "Cunt," have you ever used that

13   word?

14   A.    No.

15   Q.    Have you ever used the word

16   "bitch"?

17   A.    No.

18   Q.    Have you ever said the word

19   "fucking"?

20   A.    No.

21   Q.    Have you ever used the word "dick"?

22   A.    No.

23   Q.    Have you ever used the word

24   "asshole"?

```
 1   A.      Yes.
 2   Q.      Okay.  And in what context did you
 3   use the word asshole?
 4   A.      Just saying, "This person is an
 5   asshole."
 6   Q.      All right.  Do you use that word
 7   when you're talking to your wife?
 8   A.      Meaning?
 9   Q.      Asshole.
10   A.      Like calling her an asshole or
11   saying, "This person is an asshole," or
12   somebody is an asshole?
13   Q.      Just have you ever used the word
14   talking to your wife?
15   A.      Absolutely.
16   Q.      How about your children?
17   A.      No, I don't curse in front of my
18   son.
19   Q.      Okay.  Why not?
20   A.      I just don't.
21   Q.      You don't curse in front of your
22   son.
23           Is there a reason why you don't
24   curse in front of your son?
```

1    A.    I just don't feel I need to curse

2    in front of my son.  He's my son.

3    Q.    Okay.

4    A.    If I curse in front of my wife is a

5    different thing, or friends, but my son is

6    my son.

7          Do you curse in front of your son,

8    sir, or your daughter?

9    Q.    Excuse me, sir, I'm asking the

10   questions here today.  I just asked you

11   why.

12   A.    Okay.

13   Q.    Now, when did the incident that you

14   told me about with the bike and the flat

15   tire and going into Lieutenant Russell's

16   office -- or Sergeant Russell at the time,

17   I believe, right?

18   A.    Yes.

19   Q.    Do you remember what month and year

20   that occurred?

21   A.    In 2005.  I'm not sure of the

22   month.  I know it was 2005.

23   Q.    Was it the spring, summer, winter

24   or fall?

1    A.     I'm not sure exactly.

2    Q.     All right.  Now, this matter with

3    you and Lieutenant Russell was

4    investigated, correct?

5    A.     Yes, sir.

6    Q.     Okay.  Do you know who gave

7    statements in this investigation?

8    A.     I believe Officer Sadowski,

9    Campbell and Sergeant Russell at the time.

10   I'm not exactly sure of the rest.  I think

11   there might have been a couple other

12   people, if I'm not mistaken.

13   Q.     Who did the investigations?

14   A.     I don't know if it was internally

15   or Internal Affairs.

16   Q.     Okay.  Did your immediate

17   supervisor investigate?

18   A.     I don't remember.

19   Q.     Who was your lieutenant at the time

20   of this investigation?

21   A.     Edward Spangler.

22   Q.     Did Edward Spangler investigate?

23   A.     Honestly, I don't know if he

24   investigated or Internal Affairs

D437

1   investigated it.

2   Q.      Did he ever talk to you about it?

3   A.      I don't remember.

4   Q.      Did you ever talk to him about it?

5   A.      Honestly, I don't remember that.

6   Q.      Who was the supervisor of

7   Lieutenant Spangler at the time?

8   A.      It was Captain -- I think it might

9   have been Captain Jim Kelly, James Kelly.

10  Q.      All right.  Did you talk to the

11  captain about this incident with Sergeant

12  Russell?

13  A.      I don't believe so.

14  Q.      Did the captain talk to you?

15  A.      I don't believe so.  I don't

16  remember.

17  Q.      Did you ever have any proceedings

18  with, I think they call it, a Police Board

19  of Inquiry, a PBI?

20  A.      Yes, I had a PBI.  Yes.

21  Q.      Okay.  Did you participate in that?

22  A.      Yes.

23  Q.      Did you give testimony in that?

24  A.      Yes.

1    Q.      Okay.  Do you remember what they

2  accused you of saying?

3  A.      It was calling Sergeant Russell

4  some names or whatever.  She -- there was a

5  couple of different things.  I don't

6  remember.

7  Q.      You don't remember the names?

8  A.      Not off the top of my head, no.

9  Q.      And you got suspended for

10  the -- you got reprimanded for this, but

11  you don't remember the names?

12  A.      Yeah, reprimanded, not suspended.

13  Q.      Okay.  And were there any other

14  investigations in this matter besides the

15  PBI?

16  A.      For that incident?

17  Q.      Yes.

18  A.      Not that I recall.

19  Q.      And what were the results of the

20  PBI?

21  A.      I got a reprimand.

22  Q.      Okay.  And do you remember what the

23  reprimand said?

24  A.      No, I don't remember what it said.

1    I didn't get suspended.

2    Q.      What happens when you get a

3    reprimand in the police department?

4    A.      It just goes on your file.

5    Q.      Okay.  Do you know if anything

6    happened to Keith and Billy after they

7    testified against you?

8    A.      Not that I know of.

9    Q.      Did you hear of anybody leaving a

10   "rat note" in the locker room?

11   A.      I heard of an incident of that.  I

12   don't know who did it.

13   Q.      Okay.  Tell me what you know about

14   that, what you heard about that.

15   A.      I just heard there was a thing left

16   in one of their lockers.

17   Q.      Okay.  Did that surprise you?

18   A.      Yeah, at the time.  Yes.

19   Q.      All right.  Do you ever use

20   Facebook?

21   A.      Yes, sir.

22   Q.      Okay.  Did you ever -- do you have

23   an account now?

24   A.      No.

1    Q.    You don't?

2    A.    No.

3    Q.    When did you have an account for

4    Facebook?

5    A.    I had it for a while.

6    Q.    Okay.  Did you have an account with

7    Facebook in 2011?

8    A.    Yes, sir.

9    Q.    Did you have one in 2013?

10   A.    Yes, sir.

11   Q.    Okay.  I'm going to show you this

12   document here.

13             MR. McDUFFY:  I'm going to

14        give one to the reporter and ask it

15        to be marked Dial Plaintiff's

16        Exhibit No. 1.

17             (At this time, a document

18        was marked for identification as

19        Exhibit No. Dial Plaintiff 1.)

20   BY MR. McDUFFY:

21   Q.    Take a look at that, please.

22   A.    (Witness complies.)

23   Q.    Have you read the second page?

24   A.    Yes.

1   Q.      Do you recognize those Facebook

2   postings?

3   A.      Oh, yeah.

4   Q.      Okay.  Is that your picture?  There

5   is a picture of a man in the upper --

6   A.      Absolutely, yes.

7   Q.      That's you?

8   A.      Yeah.

9   Q.      Okay.  And that's you on the first

10  page and that's you on the second page,

11  right?

12  A.      Yes, sir.

13  Q.      All right.  Did you send these

14  messages to Keith?

15  A.      Yes.

16  Q.      Okay.  I'm going to ask you to read

17  it.  Read it out loud, please.

18          MS. SHIELDS:  I think the

19          document speaks for itself.

20          MR. McDUFFY:  You telling

21          him not to do it?

22          MS. SHIELDS:  I'm not

23          instructing him not to do it, but I

24          think it speaks for itself and I

1    wanted the record to reflect that.

2            Go ahead.

3            THE WITNESS:  All right.

4    "Keith, before you delete this,

5    please give it a minute to hear

6    what I have to say."

7            "The past year has been

8    trying for me.  I've had some

9    health problems, but that's besides

10   the point.  It has given me a total

11   different outlook on life.  A few

12   years back an incident happened

13   that I'm sure it put you and

14   Campbell in a situation where I'm

15   sure you had" -- "I'm sure it had

16   two" --

17           MS. SHIELDS:  Take your

18   time.

19           THE WITNESS:  Okay.  "I'm

20   sure you two had your hand

21   tied" -- I guess it's supposed to

22   be "hands tied."

23           "When you guys testified

24   against me was a day that I thought

1    that I would never see and to be

2    honest with you it pissed me off

3    and I hated yous both at the time

4    and have for a long time.  But you

5    know, looking back yous guys did

6    the right thing and I don't fault

7    you for that.  I admire you both."

8         "Anyway, I just wanted to

9    let you know that I have no hard

10   feelings.  Being sick the past year

11   has made me think about life.  Life

12   is too short for me being

13   bullheaded.  And you know that I

14   can be a big dick and an asshole."

15        "Hopefully you read this

16   and accept my apology for the way I

17   acted.  I know I lost a good friend

18   over something stupid that

19   happened."

20        "Okay.  I'm sure I bored

21   you enough.  Okay.  Let me let you

22   go."

23        "Oh, yeah, congrats.  I

24   heard you had a few kids, maybe

1          one.  I'm not too sure, but I
2          definitely know one.  Okay.  I'm
3          rambling on.  Take care.  Be safe
4          out there."
5     BY MR. McDUFFY:
6     Q.      All right.  And what's the date on
7     that?
8     A.      The date is October 17, 2011.
9     Q.      Okay.  Please read the next one.
10    A.      "Hey Keith, before you delete this,
11    please take a second to read it and hear me
12    out.  It's been a lot of years since we
13    have seen each other and talked."
14          "I wanted to first start off by
15    apologizing.  Over the year I've been a
16    dick.  I admit that the whole situation
17    that happened back in '05 was just so
18    crazy, I know things could never be the
19    same as being best friends or friends,
20    period.  I'm not really sure what your
21    feelings are towards me.  I just wanted to
22    get this off of my chest."
23          "I did send you a message a long
24    while ago on Facebook.  I'm not sure if you

1  got it, but I just wanted to make another

2  attempt.  I sure hope all is well with

3  yourself and your family.  Take care and be

4  safe."

5          And that was July 11, 2013.

6  Q.      Okay.  Let's go back to the first

7  page.  You mentioned here in your second

8  sentence, and I quote, "It has given me a

9  total different outlook on life."

10          What did you mean by that sentence?

11  A.      I have cancer and you think about a

12  lot of things when you're only given eight

13  months to live and you're scared to go to

14  sleep at night not knowing if you're going

15  to wake up and you look at things a hell of

16  a lot different than a normal person would.

17  Q.      All right.  What did you mean in

18  the next sentence when you said, "I'm sure

19  you had your hands tied"?

20  A.      Being called to testify against a

21  friend and being put on the stand and I

22  don't know if you were forced to do

23  something or not forced to do something,

24  and you know, do what you got to do and

```
 1   testify.  I'm sure he had a hard time doing
 2   it.
 3   Q.      Okay.  Further down you say, "But
 4   you know, looking back you guys did the
 5   right thing and I don't fault you for that.
 6   I admire you both."
 7           What did you mean by that?
 8   A.      Because if they didn't testify, I
 9   don't know what kind of repercussions would
10   have happened.  If they would have lied or
11   not lied or told the truth or not told the
12   truth, I don't know what would have
13   happened if they didn't -- if they didn't
14   cooperate with the investigation.
15   Q.      Okay.  What did you mean by "the
16   right thing"?
17   A.      They testified.  They could have
18   said nothing and just sat there.
19   Q.      All right.  Now, you said you were
20   friends with Keith for a long time, right?
21   A.      Absolutely.
22   Q.      Okay.  Do you know him to be an
23   honest man?
24   A.      Yes, sir.
```

1    Q.    Okay.  So what did you mean when

2    you called yourself -- you said, "You know

3    that I can be a big dick and an asshole."

4         What did you mean by that?

5    A.    Officer Sadowski knows what that

6    means.  I mean, I can be a total prick.

7    How can I put this?  Not talking to

8    somebody, just -- I don't know how I can

9    explain it.

10         Honestly, I don't know how I can

11    explain it.  Just how you act towards

12    somebody.

13    Q.    Okay.  And how you act towards

14    somebody, what about how you act towards

15    somebody makes you a dick, a big dick you

16    said?

17    A.    Like, it was obvious that he knew

18    that I didn't like him.  "Hey, Keith.  Hey,

19    buddy.  How you doing," you know, knowing

20    somebody don't like you; that's being a

21    dick.  I mean, that's my perception of it.

22         And he knows what I'm talking about

23    because Keith has a personality that, you

24    know, he can come off as being a dick or an

1  asshole.  I'm not saying he is, but you

2  have that -- if you have that personality

3  where you know somebody who don't like you,

4  and you know, "Hey, buddy.  How you doing?

5  How's the family," and you know that -- you

6  damn well know that you really don't mean

7  it.

8  Q.      Okay.  Can you describe some of the

9  behaviors that you have that you know

10  you've done that would cause you to label

11  yourself as "a big dick"?

12  A.      I just went over it with you.  I

13  just said it.

14  Q.      And that's the only thing you've

15  done?

16  A.      Yes, sir.

17  Q.      Okay.  So how does that translate

18  to you losing your friendship with Keith?

19  Can you explain that?

20  A.      At the time, you know, I disliked

21  or hated him for testifying against me over

22  that situation.  Like I said, you don't

23  testify against another cop.  And you know

24  what, I look back and I feel bad that our

1  friendship went to hell because we had a

2  good friendship.  We grew up together, and

3  you know, it's -- you know, you lose a good

4  friendship like that is terrible.

5  Q.       And you asked him to accept your

6  apology for the way you acted in a sentence

7  in here, right?

8  A.       Yes, sir.  Life is too short

9  especially in my situation.

10  Q.       Okay.  And then you say, "I now

11  know I lost a good friend over something

12  stupid that happened."

13          What was something stupid that

14  happened?

15  A.       Him testifying against me.

16  Q.       In your mind that's stupid?

17  A.       Yes.

18  Q.       Okay.  Let's look at the second

19  page.  In the middle of your Facebook

20  message here you say, "The whole situation

21  that happened back in 2000" -- correction,

22  I'm sorry, strike that -- "the whole

23  situation that happened back in '05 was

24  just so crazy," and then you have a comma.

1         What did you mean by that?

2  A.     Just the whole -- the whole

3  situation, him testifying, Officer Campbell

4  testifying.  It was just a crazy situation.

5  Q.     Why was it crazy?

6  A.     Just the whole nonsense of it.

7  Q.     Why was it nonsense?

8  A.     It was just crazy that he had to

9  testify against me.  There is nothing else

10  more to it.  It was just crazy.  It's just

11  like this crazy weather out, you know,

12  it's...

13  Q.     What's crazy about the weather?

14  A.     It's cold and it's, you know,

15  springtime.  I got to wear -- I got to put

16  a blanket on at nighttime.  I should have

17  my air on.

18  Q.     Okay.  Do you know an officer with

19  the last name of Schweizer?

20  A.     Yes, sir.

21  Q.     Do you know about the incident he

22  was involved with with some postings in his

23  locker?

24  A.     Yes, sir.

1  Q.      Okay.  Tell me what you know about

2  that.

3  A.      Apparently, he had a picture in his

4  locker that was distasteful.

5  Q.      Do you know what the picture was?

6  A.      If I can remember back, it was a

7  police officer half in Klansman and half in

8  a police officer's uniform.

9  Q.      Was there any writing on it?

10 A.      I think it said, "Blue by day.

11 White by night."

12 Q.      Okay.  And where was this poster?

13 A.      From what I heard, it was inside of

14 his locker.

15 Q.      Okay.  Is that all you know about

16 that incident?

17 A.      Yes.

18 Q.      Okay.  Were you ever -- was there

19 an investigation conducted about that?

20 A.      Yes.

21 Q.      Okay.  Do you know how many

22 officers were asked questions about that

23 incident?

24 A.      That I couldn't tell you.  I know

1    there were multiple people.

2    Q.    Were you ever part of the

3    investigation?

4    A.    Yes, sir.

5    Q.    All right.  And who did you testify

6    to?

7    A.    What did I testify to?

8    Q.    Yes.

9    A.    I went to an arbitration.

10   Q.    Okay.  Were you ever

11   questioned -- okay.

12         When did this happen?

13   A.    I believe it was in '08.

14   Q.    Okay.  And where were you assigned

15   when that happened?

16   A.    Narcotic Strike Force.

17   Q.    Okay.  And how long after this

18   investigation did you leave the Narcotic

19   Strike Force?

20   A.    I got reassigned in March.

21   Q.    Okay.  And that was after this

22   investigation happened, right?

23   A.    Yes.

24   Q.    Okay.  Did you receive any

1   punishment?

2   A.     Yes, I got 20 days' suspension.

3   Q.     Do you remember what for?

4   A.     Yes, 111 and 112. Lying under

5   police investigation. Failure to cooperate

6   during a police investigation. I think

7   there was a few other ones. I can't

8   remember off the top of my head.

9   Q.     All right. How did they say you

10  lied?

11  A.     They said I wasn't telling the

12  truth.

13  Q.     Okay. Do you remember what they

14  asked you about?

15  A.     I remember they asked me about the

16  picture. I can't tell you the exact

17  questions they asked.

18  Q.     Okay.

19          MS. SHIELDS: For the

20        record could we just clarify, who

21        is "they"?

22          MR. McDUFFY: Good point.

23        Thank you.

24  BY MR. McDUFFY:

1    Q.      Let me just rephrase that.  Were

2    you ever questioned about it by your

3    supervisors?

4    A.      Yes.

5    Q.      Who was your supervisor at the

6    time?

7    A.      My supervisor at the time was

8    Lieutenant Smith, who is actually Captain

9    Smith now.

10   Q.      Okay.  Did Lieutenant Smith, now

11   Captain Smith -- did his supervisor ever

12   question you about it?

13   A.      Yes.

14   Q.      Who was that person?

15   A.      It was -- I believe it was

16   Lieutenant Hagg, H-A-G-G.  I don't know his

17   badge number off the top of my head.

18   Q.      Okay.  Did anyone else in your

19   police department chain of command ask you

20   about that note in Schweizer's locker?

21   A.      Yes, Internal Affairs.  Actually

22   Impact, part of Internal Affairs.

23   Q.      Okay.  Do you remember who

24   questioned you about that from Internal

1   Affairs?

2   A.      It was Lieutenant -- I can't think

3   of his last name off the top of my head.

4   It was a lieutenant from Internal Affairs.

5   Q.      Can you remember what those three

6   people you just talked about, the

7   lieutenant from Internal Affairs, the

8   captain, Lieutenant Hagg and your other

9   lieutenant, Smith I believe you said, what

10  did they ask you?  Do you remember what

11  they asked you?

12  A.      I don't know the direct questions.

13  Q.      In general?

14  A.      Like I said, I don't know direct

15  questions that he asked me.  If you can

16  refresh my memory, that would be fine.

17  Q.      That's fine.  Did any police

18  officers that you know of give testimony

19  against you in that investigation?

20  A.      I believe it was Officer Villata.

21  Q.      And how do you know him?

22  A.      We were partners.

23  Q.      Okay.  And how long were you

24  partners?

1  A.      I think a year and a half.

2  Q.      Okay.  And how did the partnership

3  end?

4  A.      It wasn't too bad.  We're friends

5  now.  I actually just talked to him the

6  other night.

7  Q.      Okay.  That's good.  But how did

8  the partnership end?

9  A.      It was rocky for a while.

10  Q.      Okay.  Did he ask to not be your

11  partner anymore?

12  A.      That I'm not sure.

13  Q.      Okay.  You said it was "rocky."

14          Why was it rocky?

15  A.      Like I said, he testified against

16  me.  I felt that it was wrong.

17  Q.      Okay.  You said he was your friend

18  before when you were partners, right?

19  A.      Yeah.  And we're in the same

20  motorcycle club.

21  Q.      Okay.  And he's your friend now,

22  right?

23  A.      Yes.

24  Q.      Okay.  Is he an honest man?

1  A.      I believe everybody to be honest.

2  Q.      Is that a "yes"?

3  A.      Yes, I'm sorry.  Yes.

4  Q.      Okay.  Do you remember what he said

5  during the investigation when he testified

6  against you?

7  A.      No, I don't know.

8  Q.      And what happened to you as a

9  result of that investigation?

10  A.      Like I said, I got 20 days'

11  suspension.

12  Q.      Did you appeal it?

13  A.      No, I was informed that I couldn't

14  appeal because it was an arbitration.

15  Q.      Okay.  So you got suspended and

16  then you went to arbitration?

17  A.      It was the arbitration hearing.

18  Q.      The arbitration hearing?

19  A.      Yes.

20  Q.      Okay.  And did you have a lawyer

21  during the arbitration hearing?

22  A.      Yes.

23  Q.      And did the lawyer go over

24  documents with you to get you ready for the

1   arbitration?

2   A.     I believe so, yes.

3   Q.     Okay.  And during the arbitration,

4   did your lawyer tell you that

5   Officer -- Officer Who, Vilaca (ph)?

6   A.     Villata.

7   Q.     Villata?

8   A.     Yes.

9   Q.     Did your lawyer tell you that this

10   guy testified against you and this is what

11   he said?

12   A.     He was there when I testified -- I

13   was there when he testified at the

14   arbitration, yes.

15   Q.     Okay.  So I'm going to ask you

16   again, what did he say about you at the

17   arbitration when he gave his testimony that

18   caused your relationship to get rocky?

19   A.     Like I said, I don't remember

20   exactly word for word what he said, like, I

21   don't remember what he said.  Like I said,

22   he testified against me and I have a hard

23   feeling when somebody testifies against

24   another cop.

D459

1    Q.    Okay.  You don't remember the exact

2    words but what was the nature of it?  What

3    did he -- what kinds of things did he say?

4    A.    Like I just said, I don't know.  If

5    you have something that can refresh my

6    memory, let me read it.  And if it

7    refreshes my memory, that's fine, but I

8    can't say what he testified to.

9    Q.    You remember none of it?

10   A.    No, sir.

11   Q.    Not a word?

12   A.    No, I don't.

13   Q.    Okay.

14   A.    Is it funny?

15            MS. SHIELDS:  Calm down.

16        Do you need a break?

17            THE WITNESS:  No, I'm

18        fine.

19   BY MR. McDUFFY:

20   Q.    Okay.  Did he say that you knew

21   anything about the Schweizer incident with

22   the poster of the half cop/half Klansman in

23   the man's locker?

24   A.    Yes.  Now that refreshes my memory,

D460

1    sir.  Yes.

2    Q.      Okay.  All right.  So that's what

3    he said?

4    A.      Yes.

5    Q.      Okay.  Did anyone else besides

6    Officer Villata -- you said his name is

7    Villata?

8    A.      Villata, yes.

9    Q.      Did anyone else give any

10   information that implicated you with that

11   picture of the Klansman and the cop in the

12   man's locker?

13   A.      His wife.

14   Q.      Okay.  Do you remember what she

15   said?

16   A.      That I don't remember.  No, sir.

17   Q.      Is what she said -- is what she

18   said -- did it implicate you as having some

19   knowledge about the poster in that man's

20   locker, in Schweizer's locker?

21   A.      I think that's what she testified

22   to.  Like I said, I don't remember off the

23   top of my head.

24   Q.      And you were there, right, in the

1    arbitration?

2    A.      Yes, I was.

3    Q.      Okay.  And this happened in 2008?

4    A.      Yes.

5    Q.      And the other incident we have

6    before we talked about with the -- what you

7    described with the bike and fixing the tire

8    and all of that stuff, that happened in

9    2005, right?

10   A.      Yes.

11   Q.      Okay.  Now, what punishment did you

12   receive when you were -- when you left the

13   Narcotic Strike Force?

14   A.      I got suspended for 20 days.

15   Q.      With or without pay?

16   A.      Without pay.

17   Q.      Okay.  And I believe you said that

18   the charges were making a false statement?

19   A.      Making false statement, failure to

20   cooperate during police investigation.  I

21   think there might have been a few other

22   ones.  I know 111 and 112.

23   Q.      Okay.  And the other one, that was

24   2008, right?

1    A.     Yes, the locker incident.  Yes,

2  sir.

3    Q.     Okay.  And the other time you were

4  disciplined was in 2006, you said?

5    A.     2005.

6    Q.     2005.

7    A.     That's when the alleged incident

8  happened.  In 2006, is when the PBI was.

9    Q.     Have you ever gotten any other

10  discipline letters in your file or

11  anything?

12    A.     Not that I think of off the top of

13  my head, no.

14    Q.     Okay.  Did you ever take a look at

15  those signs that were in Schweizer's

16  locker?

17    A.     Yeah, at the arbitration they

18  showed me pictures.  And I believe during a

19  couple of the interviews, yes, they showed

20  me pictures.

21    Q.     Okay.  Were you ever asked if you

22  thought they were offensive?

23    A.     Yes.

24    Q.     What did you answer?

1   A.    Yes, I thought they were

2  distasteful.

3   Q.    Okay.  And you said that every time

4  you were asked?

5   A.    I believe so, if I'm not mistaken.

6   Q.    Okay.  And why did you find them

7  distasteful?

8   A.    Well, I guess because if a Klans

9  member in Klan uniform, or whatever you

10  want to call it, is in a police officer's

11  uniform.

12   Q.    What do you think that picture

13  meant?

14   A.    Oh, I don't know what it meant.

15   Q.    Okay.  What does a clansmen

16  represent to you?

17   A.    Basically, hatred towards a lot of

18  different races.

19   Q.    Okay.  And what does a cop

20  represent to you?

21   A.    Law enforcement.

22   Q.    Okay.  And the picture had one half

23  the Klansman and one half the cop, right?

24   A.    Yes, sir.

1    Q.    Okay.  Did those combined images

2  mean anything to you?

3    A.    No.

4    Q.    Okay.  But the Klansman means

5  hatred and the cop means law?

6    A.    Okay.

7    Q.    Okay.  What happened to Officer

8  Schweizer after this investigation about

9  the Klansman and the cop?

10    A.    He got a 20-day suspension and

11  transferred out of Narcotics well.

12    Q.    Okay.  Let me ask you a couple more

13  questions about that.

14          Officer Villata was your partner,

15  right?

16    A.    Yes, sir.

17    Q.    Okay.  Did you and he have any

18  conversations about this Klan and the cop

19  diagram when it first -- when it first

20  became known?

21    A.    Not that I recall.

22    Q.    He never mentioned it to you?

23    A.    Like I said, not that I recall.

24    Q.    You never talked about it in the

```
 1    squad car?

 2    A.      Like I just said, not that I

 3    recall.

 4    Q.      Okay.  Were you surprised that

 5    Officer Villata came forward with this

 6    information?

 7    A.      Oh, yeah.

 8    Q.      Were you surprised that his wife

 9    came forward with her information?

10    A.      I mean, I have no idea why she

11    would.  I only met the woman a few times.

12    Q.      Well, why do you think that Officer

13    Villata would say those things about you?

14    A.      I don't know.  It's your job to ask

15    him.  I don't know.

16    Q.      Say that again.

17    A.      It's your job to ask him.  I don't

18    know.  I have no idea.

19    Q.      Oh, I will.

20    A.      That's fine.

21    Q.      Okay.  But he's an honest man,

22    right?

23    A.      Like I said earlier, yes.

24    Q.      Okay.
```

1          MR. McDUFFY:  Excuse me

2      just one second.  I want to confer

3      with counsel.

4          (At this time, a

5      discussion was held off the

6      record.)

7          MR. McDUFFY:  I have no

8      further questions.

9              -   -   -

10          CROSS-EXAMINATION

11              -   -   -

12   BY MR. SCUDERI:

13   Q.     Officer, your code of conduct, you

14   said you've never testified against another

15   police officer; is that correct?

16   A.     Yes.

17   Q.     Okay.  Is that also true if you saw

18   another officer commit a crime?

19   A.     Honestly, sir, I don't know what I

20   would do.

21   Q.     Okay.  So you're not sure about

22   your code of conduct about testifying

23   against other officers?

24   A.     Like I said, I don't know what I

1    would do.

2    Q.        In 2008, you said you were

3    suspended for the locker incident; is that

4    correct?

5    A.        Suspended and transferred, yes.

6    Q.        And you were transferred.

7              That's why you were transferred?

8    A.        Yes, sir.

9    Q.        Okay.  The incident about which

10   we're here today, that occurred in 2005; is

11   that correct?

12   A.        Yes.

13   Q.        And what is your understanding

14   about the allegation for the bases of why

15   you had the hearing in 2006?

16   A.        I supposedly called Sergeant

17   Sadowski, at the time, I guess, names.

18   Q.        Well, what names did you allegedly

19   call her?

20   A.        I guess the "C" word and the "B"

21   word.

22   Q.        Okay.  And you went to a hearing

23   about this, correct?

24   A.        Yes, sir.

1    Q.      Okay.  And were you specifically

2   asked whether you used those words to -- or

3   whether you called her those words?

4   A.      Yes.

5   Q.      And did you say that you did not

6   call her those words?

7   A.      That's correct.

8   Q.      Okay.  And were you present when

9   Officer Sadowski testified?

10   A.      Yes, sir.

11   Q.      Okay.  And do you recall what

12   Officer Sadowski said that you said about

13   Sergeant Russell, as far as using those

14   words?

15   A.      Not off the top of my head, no.

16   Q.      Well, do you recall the nature of

17   what he said about what you said to Officer

18   Russell?

19   A.      No.

20   Q.      Well, when you -- you wrote this

21   e-mail in 2011; is that correct?

22   A.      Yes.

23   Q.      Okay.  And that's on page one.  And

24   when you wrote this e-mail, do you know if

1    you were under -- you were taking any kind

2    of medication that would prevent you from

3    remembering what you said?

4    A.       Meaning what?  What do you mean

5    remember what I said?

6    Q.       Well, in 2011, you wrote this

7    e-mail; is that correct?

8    A.       Yes.

9    Q.       And these are your words?

10    A.       Yes.

11    Q.       Okay.  And halfway down the page, I

12    believe the words appears, "when you guys

13    testified against me."

14    A.       Okay.

15    Q.       Do you see that?

16    A.       Yes.

17    Q.       And I believe you testified to

18    Mr. McDuffy and you said, "when you guys

19    testified against me."

20           So as you sit here today, do you

21    have a recollection that Officer

22    Sadowski -- and you were addressing this

23    e-mail to Officer Sadowski -- testified

24    against you; is that correct?

1   A.     Yes.

2   Q.     Okay.  And now, does that mean that

3   he contradicted what you said at the

4   hearing?

5   A.     What do you mean?

6   Q.     Well, you said that he testified

7   against you.

8           Can you tell me what testifying

9   against you means?

10          Does that mean that they said

11   something which contradicted what you said?

12   A.     I didn't say anything.

13   Q.     You didn't say anything?

14   A.     No.

15   Q.     Okay.  Well, do you know if they

16   testified in a matter against what you

17   allegedly said?

18   A.     That's better, yes.

19   Q.     Okay.  So you were accused of

20   calling Officer Russell the "C" word and

21   the "B" word; is that correct?

22   A.     Sergeant Russell, yes.

23   Q.     Sergeant Russell.

24           Okay.  And you saw Officer Sadowski

1    testify; is that correct?

2    A.    Yes.

3    Q.    All right.  And is it your

4    recollection that Officer Sadowski said

5    that you did call Russell the "C" word and

6    the "B" word?

7    A.    From his testimony, yes.

8    Q.    You were present when he testified;

9    is that correct?

10   A.    Yes.

11   Q.    And you heard his testimony?

12   A.    Yes.

13   Q.    And you said he testified against

14   you in this e-mail here -- or the Facebook

15   message?

16   A.    Um-hmm.

17   Q.    Is that correct?

18   A.    Yes.

19   Q.    So it's my understanding

20   that -- you tell me if it's your

21   understanding that he testified in a manner

22   which was inconsistent with what you said?

23   A.    Yes.  Which I didn't say, yes.

24   Q.    Okay.  Sir, I'm not saying you said

1    it, but Officer Sadowski said that you

2    called Sergeant Russell, or used the

3    words -- the "C" word and the "B" word; is

4    that correct?

5    A.      That's correct.

6    Q.      Sir, when you say halfway down,

7    "when you guys," "guys" refers to Sadowski

8    and Campbell; is that correct?

9    A.      Yes.

10   Q.      And when you say "testify," you

11   mean at the hearing; is that correct?

12   A.      Yes.

13   Q.      Where you were present?

14   A.      Yes.

15   Q.      And when you say "against me," it

16   means that he was saying that you did

17   actually use those words against Sergeant

18   Russell; is that correct?

19   A.      That I did use them?

20   Q.      Sadowski said that you did those

21   words; is that correct?

22   A.      Yes.

23   Q.      All right.  So he said

24   something -- he said that you said

```
 1    something, which you say you didn't say; is

 2    that correct?

 3    A.       That's correct, sir.

 4    Q.       So it's your testimony today that

 5    he lied at the hearing?

 6    A.       Yes.

 7    Q.       He lied at the hearing, correct?

 8    A.       Yes.

 9    Q.       Okay.  Now, further down in the

10    e-mail you said a few lines down, "But you

11    know what, looking back you guys did the

12    right thing."

13            Now, when you used the phrase "the

14    right thing," does right thing mean to tell

15    the truth?

16    A.       That they testified.

17    Q.       I understand that.  You said that

18    before.

19            I'm asking you, you used -- you

20    wrote this Facebook message, correct?

21    A.       Yes, sir.

22    Q.       And you used the words "the right

23    thing"?

24    A.       Yeah.  And like I just said,
```

1    testified --

2    Q.      Testified and --

3    A.      Testified against me.

4    Q.      Testified and lied under oath.

5           You're saying they did the right

6    thing by lying under oath against you?  Is

7    that what your testimony is?

8    A.      Yes, sir.

9    Q.      Is that what you're saying?

10    A.      Yeah, that they lied.

11    Q.      And you're saying that you don't

12    fault them for lying?

13    A.      That's correct.

14    Q.      Okay.  And next you say, "I admire

15    you both."

16           Are you saying that you admire them

17    for lying under oath against you --

18    A.      For them testifying.

19    Q.      -- or are you saying that you lied

20    at the hearing and they did the right thing

21    by telling the truth?

22    A.      You're not putting words in my

23    mouth, sir.  You know, don't try to twist

24    this up.  I'm telling you what I said.

D475

1   Q.     Okay.  Well, you said, "I admire

2  you both."

3  A.     Yeah, because they testified.  Yes.

4  Q.     Testified truthfully or just

5  because they testified?

6  A.     Just because they testified, yes.

7  Q.     So you're saying that -- well,

8  isn't that against your code of conduct?

9  A.     Yeah.

10  Q.     So you're saying here that you

11  admire them for breaking your personal code

12  of conduct; is that correct?

13  A.     Because if they didn't testify,

14  they probably would have gotten the same

15  thing.  They probably would have got

16  reprimanded, you know, suspended,

17  transferred.

18  Q.     Okay.  On the second page of your

19  Facebook message towards the top it says,

20  "I wanted to first start off by

21  apologizing."

22         Apologizing for what?

23  A.     Then it says right after, being a

24  dick.

1    Q.      It's just before that.  It says, "I
2    wanted to first start off by apologizing."
3           Do you see that on the page?
4    A.      Yeah, I see it.
5    Q.      Okay.  And you said, "I have been a
6    dick," but what are you apologizing for?
7    A.      Just being -- you know, hating
8    them.
9    Q.      Hating them?
10   A.      Yes, sir.
11   Q.      Okay.  But do you normally
12   apologize to somebody who lies about you?
13   A.      Well, like, I said before -- I
14   forget your name, sir.  I apologize for
15   that.  But when you have cancer and you're
16   only given so much time to live, you
17   rethink old friendships, new friendships,
18   if you hate somebody.  God don't like that,
19   and I'm not going to my grave of hating
20   people.
21   Q.      I understand that.
22   A.      Apparently you don't understand
23   because you're questioning me about it.
24           MS. SHIELDS:  Answer his

1          questions.

2                    THE WITNESS:   Sorry.

3      BY MR. SCUDERI:

4      Q.      Is it your testimony today that

5      your friend, Officer Sadowski, lied at that

6      hearing about what you said?

7      A.      Yes, sir.

8      Q.      And did Campbell lie about what you

9      said?

10     A.      Yes.

11     Q.      And in the incident in 2008, did

12     the other officer lie about what you did?

13     A.      What do you mean, what I did?

14     Q.      Well, do you think that you were

15     unjustly transferred out of Narcotics in

16     2008?

17     A.      Absolutely.

18     Q.      Okay.   And you deny that

19     accusation, also?

20     A.      The accusation of what?

21     Q.      Well, whatever you supposedly did

22     in 2008 while on the force?

23     A.      I didn't do nothing in 2008.

24     Q.      Well, you were accused of doing

1  something; isn't that correct?

2          MS. SHIELDS:  For the

3      record could we just clarify, are

4      you talking about the arbitration

5      and the Klansman?

6          MR. SCUDERI:  Yes, yes.

7          MS. SHIELDS:  I just want

8      to clarify for the record --

9          MR. SCUDERI:  Yes.

10          MS. SHIELDS:  -- that's

11      what he's talking about.

12          MR. SCUDERI:  Yes.

13  BY MR. SCUDERI:

14  Q.      Okay.  You were accused of some

15  improper things in 2008 involving

16  the -- we'll call it "the locker incident";

17  is that correct?

18  A.      Yes.

19  Q.      And you testified about what

20  happened with the locker incident and

21  somebody else -- another officer

22  testified -- we'll call it, inconsistently

23  with what he said?

24  A.      Yeah, I testified that I don't know

1    anything about it.

2    Q.      Okay.  And what did the other --

3    A.      That's my testimony.

4    Q.      What did the other officer say?

5    A.      Which officers?

6    Q.      Well, somebody -- some officer said

7    that you did something wrong as far as that

8    locker; is that correct?

9    A.      I think so.  I'm not really too

10   sure.

11   Q.      Well, do you recall the nature of

12   the accusation about what you did wrong in

13   2008?

14   A.      No.

15   Q.      You don't know why you were

16   transferred out of Narcotics in 2008?

17   A.      Yeah, I was found guilty of failure

18   to cooperate and giving false statements.

19   Q.      Well, do you know what the false

20   statement was?

21   A.      That they said that I wasn't

22   telling the truth about the -- I guess

23   the -- I guess the picture and what it

24   said.

D480

1    Q.      What about the picture?  What did
2    they say that you were saying that they
3    concluded -- strike that.
4            I believe you said that they
5    concluded or they found that you made a
6    false statement concerning something to do
7    with a locker; is that correct?
8    A.      Yes.
9    Q.      Okay.  What witness testified that
10   you made that false statement, and what was
11   that false statement?
12   A.      That was the lieutenant from
13   Internal Affairs.
14   Q.      Okay.  And did that lieutenant from
15   the Internal Affairs interview you about
16   the locker?
17   A.      Yes.  And his testimony was that he
18   felt that I wasn't telling the truth,
19   and --
20   Q.      I'm confused about what question.
21           What question did he ask you about,
22   which he said you lied about?
23               MS. SHIELDS:  I'm going to
24           object to the form of the question

1          only in terms of that we need to

2          identify "he," "who," "lieutenant."

3               Do you know what I mean?

4               MR. SCUDERI:  I

5          understand.

6               Well, the officer from

7          Internal Affairs.  I don't recall

8          his name.  He may, but I don't

9          think he recalls his name.

10               THE WITNESS:  I don't

11          recall his name.

12               MS. SHIELDS:  Okay.

13     BY MR. SCUDERI:

14     Q.     Okay.  But somebody from Internal

15     Affairs asked you a question about it?

16     A.     Yes, absolutely.

17     Q.     And about the picture in the

18     locker; is that correct?

19     A.     Yes.

20     Q.     Okay.  And what did they ask you

21     about that picture in the locker?

22     A.     He asked me, did I know who put it

23     in the locker.

24     Q.     Okay.

1    A.       And I didn't.

2    Q.       Did you say, "No"?

3    A.       "No."

4    Q.       Okay.  And is it your understanding

5    that that was the basis for -- your

6    negative response back that you didn't know

7    was the basis for your reprimand and

8    transfer out of Narcotics?

9    A.       Yes.

10   Q.       That was your understanding?

11   A.       Yes.

12   Q.       And basically, in that

13   investigation you said you didn't know who

14   put, we'll call it maybe a racist

15   picture -- would you agree with that as a

16   racist picture?

17   A.       Yes.

18   Q.       -- a KKK in somebody's locker.

19           So is it correct to say that you

20   did not testify against the officer who had

21   that picture in his locker?  You don't know

22   how it got there; is that correct?

23   A.       I don't know how it got there.

24   Yes, that's correct.

1    Q.      And because of that you were

2    reprimanded and transferred out of there?

3    A.      Yes, sir.

4                MR. SCUDERI:  Okay.  I

5           have no further questions.  Thank

6           you.

7                         -   -   -

8                CROSS-EXAMINATION

9                         -   -   -

10   BY MS. SHIELDS:

11   Q.      Officer Dial, did you ever hear any

12   other officers refer to former Lieutenant

13   Russell in a derogatory manner?

14   A.      Yes.

15   Q.      Who?

16   A.      Officer Campbell.

17   Q.      And what did Officer

18   Campbell -- how did he refer to Lieutenant

19   Russell?

20   A.      As Sheneneh.

21   Q.      And did he call her any other

22   derogatory names?

23   A.      Not that I recall.

24   Q.      Officer Dial, did you call Sergeant

1  and now former Lieutenant Russell any

2  derogatory names --

3  A.      No.

4  Q.      -- in 2005?

5  A.      No.

6  Q.      Were you insubordinate to her in

7  any manner in 2005?

8  A.      No.

9              MS. SHIELDS:  I have no

10         further questions.

11             MR. SCUDERI:  Nothing

12         more.

13             MR. McDUFFY:  I have one

14         more follow-up question.

15                  -  -  -

16         REDIRECT EXAMINATION

17                  -  -  -

18  BY MR. McDUFFY:

19  Q.      Okay.  Did anyone else refer to

20  Sergeant, later Lieutenant, Russell as

21  Sheneneh?

22  A.      No.

23  Q.      Just Campbell is the only one you

24  ever heard?

1    A.     Yes, sir.

2    Q.     Okay.  Very well.

3           MR. McDUFFY:  Nothing

4    further.  Thank you.

5

6           (Witness excused.)

7           (Deposition concluded at

8    11:06 a.m.)

9

10                   -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

D486

CERTIFICATE

1
2
3
4      I HEREBY CERTIFY that the witness was
5  duly sworn by me and that the deposition is a
6  true record of the testimony given by the
7  witness.
8
9
10
      Nicole M. Ludwig, a
11     Professional Court Reporter and
      Notary Public
12     Date:  May 14, 2014
13
14
15
16
17
18     (The foregoing certification of this
19  transcript does not apply to any reproduction
20  of the same by any means, unless under the
21  direct control and/or supervision of the
22  certifying reporter.)
23
24

1                           LAWYER'S NOTES

2     PAGE   LINE

3     _____  _____  _____

4     _____  _____  _____

5     _____  _____  _____

6     _____  _____  _____

7     _____  _____  _____

8     _____  _____  _____

9     _____  _____  _____

10    _____  _____  _____

11    _____  _____  _____

12    _____  _____  _____

13    _____  _____  _____

14    _____  _____  _____

15    _____  _____  _____

16    _____  _____  _____

17    _____  _____  _____

18    _____  _____  _____

19    _____  _____  _____

20    _____  _____  _____

21    _____  _____  _____

22    _____  _____  _____

23    _____  _____  _____

24    _____  _____  _____

## A

**Absolutely (10)**
18:9;25:7;26:1,21,
23;29:15;36:6;41:21;
72:17;76:16
**academy (4)**
10:23;11:2,8;12:14
**accept (2)**
38:16;44:5
**account (3)**
34:23;35:3,6
**accusation (1)**
72:19,20;74:12
**accused (4)**
33:2;65:19;72:24;
73:14
**across (1)**
21:17
**act (3)**
42:11,13,14
**acted (2)**
38:17;44:6
**action (1)**
5:20
**actions (1)**
13:13
**actually (12)**
10:4;14:5:15:23;
18:14,20,24;20:9,12;
49:8,21;51:5;67:17
**addressing (1)**
64:22
**admire (6)**
38:7;41:6;69:14,16;
70:1,11
**admit (1)**
39:16
**Affairs (11)**
31:15,24;49:21,22;
50:1,4,7;75:13,15;
76:7,15
**afternoon (2)**
20:22;21:10
**again (2)**
53:16;60:16
**against (39)**
5:21;17:12,16,17;
18:1;24:13;25:5;26:1,
4,13;34:7:37:24;
40:20;43:21,23;
44:15;45:9;50:19;
51:15;52:6;53:10,22,
23;61:14,23;64:13,19,
24;65:7,9,16;66:13;
67:15,17;69:3,6,17;
70:8,77:20
**ago (2)**
27:7;39:24
**agree (1)**
77:15
**agreement (1)**

## 5:2

**ahead (1)**
37:2
**air (1)**
45:17
**allegation (1)**
62:14
**Allegations (2)**
14:23;27:13
**alleged (1)**
57:7
**allegedly (2)**
62:18;65:17
**always (1)**
17:24
**Amici's (1)**
21:18
**amongst (2)**
26:16,18
**anymore (1)**
51:11
**apart (3)**
16:5,7;17:11
**apologize (1)**
71:12,14
**apologizing (5)**
39:15;70:21,22;
71:2,6
**apology (2)**
38:16;44:6
**Apparently (2)**
46:3;71:22
**appeal (2)**
52:12,14
**appears (1)**
64:12
**approached (1)**
19:6
**approve (1)**
20:22
**approves (3)**
19:16,16;20:3
**arbitration (13)**
47:9;52:14,16,17,
18,21;53:1,3,14,17;
56:1;57:17;73:4
**Army (1)**
13:2
**around (1)**
28:11
**Arsenal (3)**
12:23,24;22:17
**asshole (10)**
28:24;29:3,5,9,10,
11,12;38:14;42:3;
43:1
**assigned (1)**
47:14
**assume (1)**
7:5
**attempt (1)**
40:2
**Attorney's (1)**

## 19:14

**Ave (2)**
20:17;21:3
**Avenue (1)**
20:18
**away (1)**
21:2

## B

**back (16)**
13:21;21:22;22:4,
16;25:1;37:12;38:5;
39:17;40:6;41:4;
43:24;44:21,23;46:6;
68:11;77:6
**background (1)**
8:8
**bad (3)**
26:3;43:24;51:4
**badge (1)**
49:17
**bars (1)**
16:13
**bases (1)**
62:14
**basically (4)**
23:17,24;58:17;
77:12
**basis (2)**
77:5,7
**became (1)**
59:20
**become (1)**
11:13
**beginning (1)**
18:12
**behaviors (1)**
43:9
**besides (4)**
14:12;33:14;37:9;
55:5
**best (2)**
26:12;39:19
**Better (3)**
9:20;10:11;65:18
**big (4)**
38:14;42:3,15;
43:11
**bike (8)**
20:12,13,14,24;
22:2,23,23;30:14;
56:7
**bikes (2)**
21:23;23:21
**Billy (7)**
15:10,17;24:13;
25:9,24;27:20;34:6
**bitch (1)**
28:16
**blanket (1)**
45:16
**blocks (1)**

## 21:1

**Blue (1)**
46:10
**Board (1)**
32:18
**Bochmayer (1)**
18:22
**bored (1)**
38:20
**born (1)**
8:10
**both (6)**
25:15;38:3.7;41:6;
69:15;70:2
**break (2)**
7:14;54:16
**breakfast (2)**
21:12,13
**breaking (1)**
70:11
**Bridge (2)**
12:22,22
**brought (1)**
17:24
**buddy (2)**
42:19;43:4
**bullheaded (1)**
38:13
**Byberry (1)**
10:5

## C

**call (15)**
15:10;21:24;22:11;
27:15,16;32:18;
58:10;62:19;63:6;
66:5;73:16,22;77:14;
78:21,24
**called (7)**
14:23;21:17;27:12,
18,21,24;40:20;42:2;
62:16;63:3;67:2
**calling (3)**
29:10;33:3;65:20
**Calm (1)**
54:15
**came (5)**
9:17;10:21;23:6;
60:5,9
**Campbell (12)**
5:21;15:9,10,17;
31:9;37:14;45:3;67:8;
72:8;78:16,18;79:23
**can (23)**
7:10;16:11,16;
19:17;20:3;21:24;23;
26:12;27:10,38:14;
42:3,6,7,8,10,24;43:8,
19;46:6;50:5,15;54:5;
65:8
**cancer (4)**
8:3;12:15;40:11;

## 71:15

**Captain (8)**
18:18;32:8;9,11,14;
49:8,11;50:8
**car (1)**
60:1
**care (2)**
39:3;40:3
**case (3)**
14:19;15:2;17:17
**cause (1)**
43:10
**caused (4)**
13:18;14:13;17:9;
53:18
**certification (1)**
5:4
**chain (1)**
49:19
**change (1)**
22:5
**charged (1)**
13:19
**charges (1)**
56:18
**chest (1)**
39:22
**children (3)**
8:21,23;29:16
**circumstances (1)**
26:20
**citations (2)**
13:23;14:4
**City (1)**
5:21
**clansmen (1)**
58:15
**clarify (4)**
7:8;48:20;73:3,8
**classes (1)**
11:13
**clearly (1)**
6:11
**close (1)**
17:5
**closed (1)**
21:19
**closer (1)**
22:20
**club (1)**
51:20
**code (6)**
26:16,18;61:13,22;
70:8,11
**cold (1)**
45:14
**combined (1)**
59:1
**coming (1)**
20:7
**comma (1)**
44:24
**command (1)**

49:19
comments (2)
  17:18,19
commissioner (1)
  13:17
commit (1)
  61:18
company (10)
  9:14,15,16,19;10:2,
  4,8,9,13,14
complies (1)
  35:22
computer (1)
  23:1
computers (1)
  22:23
concerning (1)
  75:6
concluded (3)
  75:3,5;80:7
Conduct (6)
  13:15,19;61:13,22;
  70:8,12
conducted (1)
  46:19
confer (1)
  61:2
confused (1)
  75:20
congrats (1)
  38:23
context (3)
  25:11,13;29:2
contradicted (2)
  65:3,11
control (1)
  12:7
conversation (5)
  18:15,23;19:7;23:3,
  13
conversations (1)
  59:18
cooperate (4)
  41:14;48:5;56:20;
  74:18
cop (15)
  11:4;18:4;22:13;
  26:4,4,8,14;43:23;
  53:24;55:11;58:19,
  23;59:5,9,18
cop/half (1)
  54:22
cops (4)
  18:1,2;26:17,18
corporal/sergeant's (1)
  19:21
correction (1)
  44:21
corrections (5)
  19:11,16,19;20:3,
  21
counsel (2)
  5:2;61:3

couple (7)
  16:21;19:22;21:1;
  31:11;33:5;57:19;
  59:12
court (2)
  6:10,19
crazy (8)
  39:18;44:24;45:4,5,
  8,10,11,13
crime (1)
  61:18
cross (1)
  20:17
CROSS-EXAMINATION (2)
  61:10;78:8
Cunt (1)
  28:12
curse (6)
  29:17,21,24;30:1,4,
  7

## D

damn (1)
  43:6
date (2)
  39:6,8
daughter (1)
  30:8
day (10)
  10:24;18:14,19;
  19:9,10;20:10,12;
  22:19;37:24;46:10
days (1)
  56:14
days' (2)
  48:2;52:10
decided (2)
  21:9,22
defendants (1)
  5:22
definitely (1)
  39:2
delete (2)
  37:4;39:10
deny (1)
  72:18
department (5)
  9:17;10:17;11:7;
  34:3;49:19
deposed (2)
  6:1,4
deposition (2)
  5:23;80:7
derogatory (3)
  78:13,22;79:2
Describe (3)
  16:1,11;43:8
described (2)
  27:7;56:7
destroy (1)
  25:4
diagram (1)

59:19
DIAL (6)
  5:9,16;35:15,19:
  78:11,24
dick (11)
  28:21;38:14;39:16;
  42:3,15,15,21,24;
  43:11;70:24;71:6
different (7)
  13:16;30:5;33:5;
  37:11;40:9,16;58:18
diner (1)
  21:17
DIRECT (4)
  5:13;23:16;50:12,
  14
Disciplinary (1)
  13:13
discipline (2)
  13:14;57:10
disciplined (3)
  14:10,12;57:4
discovery (1)
  19:13
discussion (1)
  61:5
disliked (1)
  43:20
disobeyed (1)
  23:16
distasteful (3)
  46:4;58:2,7
distributing (2)
  9:15,16
district (5)
  11:19,24;12:3,12;
  19:14
Division (1)
  20:15
document (1)
  35:12,17;36:19
documents (1)
  52:24
dodging (1)
  23:20
done (2)
  43:10,15
down (8)
  6:17;21:20;41:3;
  54:15;64:11;67:6;
  68:9,10
drugs (1)
  19:3
duly (1)
  5:10
during (6)
  48:6;52:5,21;53:3;
  56:20;57:18
duties (1)
  11:6

## E

earlier (1)
  60:23
early (1)
  19:19
East (1)
  20:15
eat (2)
  21:12,13
Edward (2)
  31:21,22
eight (2)
  13:6;40:12
either (2)
  28:9,10
else (7)
  19:3;45:9;49:18;
  55:5,9;73:21;79:19
e-mail (6)
  63:21,24;64:7,23;
  66:14;68:10
end (2)
  51:3,8
enforcement (1)
  58:21
enough (2)
  25:3;38:21
equipment (1)
  22:4
ERIC (1)
  5:9
Erie (2)
  21:14,15
especially (1)
  44:9
eval (1)
  11:11
even (1)
  28:2
everybody (2)
  22:24;52:1
exact (2)
  48:16;54:1
exactly (4)
  19:7;31:1,10;53:20
EXAMINATION (2)
  5:13;79:16
examined (1)
  5:11
except (1)
  5:5
Excuse (2)
  30:9;61:1
excused (1)
  80:6
Exhibit (2)
  35:16,19
explain (2)
  42:9,11;43:19

## F

Facebook (9)
  34:20;35:4,7;36:1;

39:24;44:19;66:14;
  68:20;70:19
facts (1)
  27:4
Failure (3)
  48:5;56:19;74:17
fair (1)
  17:7
fall (1)
  30:24
false (7)
  56:18,19;74:18,19;
  75:6,10,11
family (4)
  8:14,20;40:3;43:5
far (4)
  6:20;7:17;63:13;
  74:7
fault (3)
  38:6;41:5;69:12
February (1)
  10:20
feel (3)
  23:22;30:1;43:24
feeling (1)
  53:23
feelings (2)
  38:10;39:21
fellow (1)
  22:1
felt (4)
  18:5;27:12;51:16;
  75:18
few (8)
  14:7;27:7;37:11;
  38:24;48:7;56:21;
  60:11;68:10
file (2)
  34:4;57:10
filing (1)
  5:4
find (1)
  58:6
fine (6)
  7:12;50:16,17;54:7,
  18;60:20
finished (2)
  19:11;23:24
firehouse (2)
  21:1,9
First (8)
  6:8;36:9;39:14;
  40:6;59:19,19;70:20;
  71:2
fixing (1)
  56:7
flat (2)
  22:2;30:14
following (1)
  28:8
follows (1)
  5:11
follow-up (1)

79:14
food (5)
    9:14;10:7.9,13,14
Force (10)
    12:20;13:5;14:15;
    15:15,19,20;47:16,19;
    56:13;72:22
forced (2)
    40:22,23
forget (2)
    22:7;71:14
form (2)
    5:6;75:24
former (3)
    15:5;78:12;79:1
forward (1)
    60:5,9
found (3)
    20:13;74:17;75:5
fracture (1)
    25:23
Frankford (2)
    12:23,24
friend (6)
    38:17;40:21;44:11;
    51:17,21;72:5
friends (6)
    16:4;30:5;39:19,19;
    41:20;51:4
friendship (7)
    17:10;25:4,24;
    43:18,44:1,2,4
friendships (2)
    71:17,17
front (7)
    23:13;29:17,21,24;
    30:2,4,7
fucking (1)
    28:19
funny (1)
    54:14
Further (6)
    41:3;61:8;68:9;
    78:5;79:10;80:4

**G**

gave (2)
    31:6;53:17
general (1)
    50:13
given (4)
    37:10;40:8,12;
    71:16
giving (1)
    74:18
God (1)
    71:18
goes (2)
    19:21;34:4
Good (11)
    5:16.17;6:16;7:17;
    8:4;38:17;44:2.3,11;

48:22;51:7
grab (1)
    21:11
grabbed (1)
    20:13
graduate (1)
    9:9
graduated (1)
    9:12
grave (1)
    71:19
grew (3)
    16:3;17:11;44:2
ground (1)
    6:7
grow (1)
    16:5
guess (13)
    7:2;15:19;16:5;
    17:11,18;25:17;
    27:12;37:21;58:8;
    62:17,20;74:22,23
guessing (1)
    25:15
guilty (1)
    74:17
guy (1)
    53:10
guys (8)
    37:23;38:5;41:4;
    64:12,18;67:7,7;
    68:11

**H**

Hagg (2)
    49:16;50:8
H-A-G-G (1)
    49:16
half (7)
    10:15;46:7,7;51:1;
    54:22;58:22,23
halfway (2)
    64:11;67:6
hand (1)
    37:20
hands (2)
    37:22;40:19
happen (1)
    47:12
happened (21)
    14:22;17:15;18:10:
    34:6;37:12;38:19;
    39:17;41:10,13;
    44:12,14,21,23;47:15.
    22;52:8;56:3,8;57:8;
    59:7;73:20
happens (1)
    34:2
hard (3)
    38:9,41:1;53:22
hate (1)
    71:18

hated (2)
    38:3;43:21
hating (3)
    71:7,9,19
hatred (2)
    58:17;59:5
head (4)
    6:13;14:8;21:22;
    25:1,33:8;48:8;49:17;
    50:3;55:23;57:13;
    63:15
headed (1)
    20:14
headquarters (4)
    12:21;18:21;22:16,
    21
health (1)
    37:9
hear (4)
    34:9;37:5;39:11;
    78:11
heard (7)
    34:11,14,15;38:24;
    46:13;66:11;79:24
hearing (11)
    52:17,18,21;62:15.
    22;65:4;67:11;68:5,7;
    69:20;72:6
held (1)
    61:5
hell (2)
    40:15;44:1
Herb (1)
    5:18
Hey (4)
    39:10;42:18,18;
    43:4
high (4)
    9:6,12;15:23;16:3
hit (6)
    19:10,15,17;20:2,4,
    23
home (1)
    24:2
honest (5)
    38:2;41:23;51:24;
    52:1;60:21
honestly (5)
    17:3;31:23;32:5;
    42:10;61:19
honor (2)
    26:16,18
hope (1)
    40:2
Hopefully (1)
    38:15
hours (1)
    19:22
house (2)
    16:19,20
How's (1)
    43:5
husband (1)

22:14

**I**

idea (2)
    60:10,18
identification (1)
    35:18
identify (1)
    76:2
images (1)
    59:1
immediate (1)
    31:16
Impact (1)
    49:22
implicate (1)
    55:18
implicated (1)
    55:10
improper (1)
    73:15
incident (19)
    18:6;24:12;30:13:
    32:11;33:16;34:11;
    37:12;45:21;46:16.
    23;54:21;56:5;57:1,7;
    62:3,9;72:11;73:16,
    20
incidents (1)
    16:12
inconsistent (1)
    66:22
inconsistently (1)
    73:22
Indicating (1)
    25:22
information (4)
    8:9;55:10;60:6,9
informed (5)
    19:8;20:1,8;23:15;
    52:13
Innovation (2)
    10:1,6
Inquiry (1)
    32:19
inside (6)
    19:4,20,23;20:23;
    23:12;46:13
instructing (1)
    36:23
Instructor (2)
    11:8,12
insubordinate (1)
    79:6
interaction (2)
    24:21;25:13
Internal (11)
    31:15,24;49:21.22,
    24;50:4,7;75:13,15;
    76:7,14
internally (1)
    31:14

interview (1)
    75:15
interviews (1)
    57:19
into (1)
    30:15
investigate (2)
    31:17,22
investigated (3)
    31:4.24;32:1
investigation (15)
    31:7,20;41:14;
    46:19;47:3,18,22;
    48:5,6,50:19;52:5,9;
    56:20;59:8;77:13
investigations (2)
    31:13;33:14
involved (2)
    15:2;45:22
involving (2)
    14:19;73:15

**J**

James (1)
    32:9
Jersey (1)
    9:22
Jim (1)
    32:9
job (4)
    10:17;23:21;60:14,
    17
jobs (1)
    9:13
jog (1)
    27:7
joking (1)
    28:10
July (1)
    40:5

**K**

Keith (18)
    5:20;15:7,22;16:2.
    9;17:5;24:13,20,22;
    27:17;34:6;36:14.
    37:4;39:10;41:20;
    42:18,23;43:18
Kelly (2)
    32:9.9
Kensington (3)
    20:16,18;21:3
kids (1)
    38:24
kind (4)
    7:19;8:21;41:9;
    64:1
kinds (2)
    6:15;54:3
KKK (1)
    77:18

Klan (2)
58:9;59:18
Klans (1)
58:8
Klansman (7)
46:7;54:22;55:11;
58:23;59:4,9;73:5
knew (3)
22:14;42:17;54:20
knowing (2)
40:14;42:19
knowledge (1)
55:19
known (3)
15:16;22;59:20
knows (2)
42:5,22

**L**

label (1)
43:10
last (3)
19:9;45:19;50:3
late (2)
20:10;21:10
later (4)
6:18;20:22;22:19;
79:20
Law (2)
58:21;59:5
lawyer (6)
5:19;7:12;52:20,23;
53:4,9
least (1)
14:10
leave (6)
7:15;9:18;10:10;
12:8,13;47:18
leaving (1)
34:9
left (6)
15:20;24:1,7,10;
34:15;56:12
letters (1)
57:10
lie (2)
72:8,12
lied (10)
41:10,11;48:10;
68:5,7;69:4,10,19;
72:5;75:22
lies (1)
71:12
Lieutenant (28)
15:4,5;18:7,16,18;
23:11,14;25:14;28:2;
30:15;31:3,19;32:7;
49:8,10,16;50:2,4,7,8,
9;75:12,14;76:2;
78:12,18;79:1,20
lieutenant's (3)
18:16;23:7,10

life (5)
37:11;38:11,11;
40:9;44:8
lines (1)
68:10
little (4)
11:16;19:6;21:16;
22:22
live (3)
8:12;40:13;71:16
living (1)
8:18
location (3)
21:2;22:8,10
locker (22)
34:10;45:23;46:4,
14;49:20;54:23;
55:12,20,20;57:1,16;
62:3;73:16,20;74:8;
75:7,16;76:18,21,23;
77:18,21
lockers (1)
34:16
long (12)
6:3;10:12;11:1,4,
14;13:4;15:16;38:4;
39:23;41:20;47:17;
50:23
look (5)
35:21;40:15;43:24;
44:18;57:14
looking (3)
38:5;41:4;68:11
lose (1)
44:3
losing (1)
43:18
lost (3)
15:19;38:17;44:11
lot (5)
18:20;39:12;40:12,
16;58:17
loud (1)
36:17
lunch (2)
21:11,21
Lying (4)
48:4;69:6,12,17

**M**

ma'am (1)
21:5
makes (1)
42:15
making (6)
17:17;19:11;22:6,9;
56:18,19
man (4)
36:5;41:23;51:24;
60:21
mandatory (1)
14:3

manner (3)
66:21;78:13;79:7
man's (3)
54:23;55:12,19
many (2)
8:23;46:21
March (2)
13:10;47:20
marked (2)
35:15,18
Mastbaum (1)
9:8
matter (4)
5:24;31:2;33:14;
65:16
may (1)
76:8
maybe (5)
10:14;19:22;38:24;
77:14
mayor's (1)
14:7
McDUFFY (19)
5:15,18;24:3,19;
25:12,20;35:13,20;
36:20;39:5;48:22,24;
54:19;61:1,7;64:18;
79:13,18;80:3
mean (21)
16:17;40:10,17;
41:7,15;42:1,4,6,21;
43:6;45:1;59:2;60:10;
64:4;65:2,5,10;67:11;
68:14;72:13;76:3
Meaning (2)
29:8;64:4
means (5)
42:6;59:4,5;65:9;
67:16
meant (2)
58:13,14
medication (2)
7:20;64:2
medications (1)
8:2
meeting (1)
22:22
member (1)
58:9
memory (5)
27:8;50:16;54:6,7,
24
mentioned (4)
14:13;17:4;40:7;
59:22
merits (1)
14:3
message (5)
39:23;44:20;66:15;
68:20;70:19
messages (2)
16:18;36:14
met (3)

20:16;21:8;60:11
middle (1)
44:19
might (3)
31:11;32:8;56:21
mind (1)
44:16
minute (1)
37:5
minutes (1)
27:7
mistake (1)
21:16
mistaken (3)
20:19;31:12;58:5
month (2)
30:19,22
months (3)
11:3;12:5;40:13
more (5)
16:7;45:10;59:12;
79:12,14
morning (3)
5:16,17;19:18
motorcycle (1)
51:20
motorcycles (2)
16:23,24
mouth (1)
69:23
much (2)
16:4;71:16
Multiple (3)
8:3;11:12;47:1
mumble (2)
6:14;24:9
myself (5)
18:17,21;19:10,14;
21:13

**N**

name (12)
5:18;9:23;14:2,8,
24;45:19;50:3;55:6;
71:14;76:8,9,11
names (8)
27:15;33:4,7,11;
62:17,18;78:22;79:2
narc (2)
19:1
Narcotic (3)
47:16,18;56:13
Narcotics (9)
12:7,20;13:5;14:14;
19:3;59:11;72:15;
74:16;77:8
nature (3)
54:2;63:16;74:11
need (4)
7:11;30:1;54:16;
76:1
needed (1)

23:6
negative (1)
77:6
New (2)
9:22;71:17
next (6)
10:17;19:9,18;39:9;
40:18;69:14
night (3)
40:14;46:11;51:6
nighttime (1)
45:16
nod (1)
6:13
none (1)
54:9
nonsense (2)
45:6,7
normal (1)
40:16
normally (2)
6:16;71:11
Northeast (1)
12:1
note (2)
34:10;49:20
number (1)
49:17

**O**

oath (4)
6:9;69:4,6,17
object (2)
75:24
objections (1)
5:5
obvious (1)
42:17
occasionally (1)
16:14
occurred (3)
18:7;30:20;62:10
October (1)
39:8
off (16)
14:8;25:1;33:8;
38:2;39:14,22;42:24;
48:8;49:17;50:3;
55:22;57:12;61:5;
63:15;70:20;71:2
off-duty (1)
22:13
offensive (1)
57:22
offhand (1)
16:16
office (8)
14:7;18:16;19:14,
21,24;23:8;24:1;
30:16
OFFICER (46)
5:9:11:13;13:24;

D492

15:22;16:8;18:22,22;
21:8;22:1,12;31:8;
42:5;45:3,18;46:7;
50:20;53:5,5;55:6;
59:7,14;60:5,12;
61:13,15,18;63:9,12,
17;64:21,23;65:20,
24;66:4;67:1;72:5,12;
73:21;74:4,6;76:6;
77:20;78:11,16,17,24
**officers (6)**
23:4;46:22;50:18;
61:23;74:5;78:12
**officer's (2)**
46:8;58:10
**old (3)**
12:24;13:2;71:17
**once (1)**
14:10
**one (16)**
13:21;14:4,12;
34:16;35:9,14;39:1,2,
9;56:23;58:22,23;
61:2;63:23;79:13,23
**ones (2)**
48:7;56:22
**only (8)**
6:22;25:17;40:12;
43:14;60:11;71:16;
76:1;79:23
**order (1)**
23:16
**others (1)**
14:7
**ourselves (1)**
22:21
**out (15)**
12:11;16:13;20:9,
15;21:22;23:18;
36:17;39:4,12;45:11;
59:11;72:15;74:16;
77:8;78:2
**outlook (2)**
37:11;40:9
**outside (2)**
18:20;28:9
**over (10)**
6:6;11:16;22:7,9;
38:18;39:15;43:12,
21;44:11;52:23

## P

**page (9)**
35:23;36:10,10;
40:7;44:19;63:23;
64:11;70:18;71:3
**paperwork (2)**
19:12;22:24
**parents (1)**
8:17
**parking (1)**
18:20

**part (2)**
47:2;49:22
**participate (1)**
32:21
**partner (2)**
51:11;59:14
**partners (3)**
50:22,24;51:18
**partnership (2)**
51:2,8
**past (2)**
37:7;38:10
**patrol (3)**
11:20,22;20:12
**pay (4)**
9:20;10:11;56:15,
16
**PBI (4)**
24:24;32:19,20;
33:15,20;57:8
**Pennsauken (2)**
9:22;10:9
**people (4)**
31:12;47:1;50:6;
71:20
**perception (1)**
42:21
**period (1)**
39:20
**person (4)**
29:4,11;40:16;
49:14
**personal (1)**
70:11
**personality (1)**
42:23;43:2
**ph (1)**
53:5
**Philadelphia (5)**
5:22;8:11,13;9:4;
10:5
**Philly (1)**
12:1
**phone (3)**
16:17;21:24;22:11
**phrase (1)**
68:13
**pick (1)**
22:3
**picked (1)**
22:15
**picture (15)**
36:4,5;46:3,5;
48:16;55:11;58:12,
22;74:23;75:1;76:12,
21;77:15,16,21
**pictures (1)**
57:18,20
**pissed (1)**
38:2
**pizza (1)**
21:20
**place (2)**

9:24;13:2
**Plaintiff (1)**
35:19
**plaintiffs (2)**
5:19;15:2
**Plaintiff's (1)**
35:15
**please (5)**
35:21;36:17;37:5;
39:9,11
**point (2)**
37:10;48:22
**police (22)**
9:17;10:17,23;11:1,
7,8,13;12:14;13:16,
24;16:8;32:18;34:3;
46:7,8;48:5,6;49:19;
50:17;56:20;58:10;
61:15
**poster (3)**
46:12;54:22;55:19
**postings (2)**
36:2;45:22
**power (1)**
6:19
**present (4)**
11:6;63:8;66:8;
67:13
**Pretty (1)**
16:4
**prevent (1)**
7:22;64:2
**prick (1)**
42:6
**printing (1)**
9:14,19;10:2,4,6
**probably (2)**
70:14,15
**problem (2)**
7:6;17:9
**problems (1)**
37:9
**proceeded (1)**
21:14
**proceedings (1)**
32:17
**produce (1)**
19:13
**punishment (2)**
48:1;56:11
**put (7)**
20:14;37:13;40:21;
42:7;45:15;76:22;
77:14
**putting (1)**
69:22

## Q

**quick (1)**
21:5
**quite (1)**
27:3

**quote (1)**
40:8

## R

**races (1)**
58:18
**racist (2)**
77:14,16
**rambling (1)**
39:3
**rat (1)**
34:10
**read (8)**
24:23;35:23;36:16,
17;38:15;39:9,11;
54:6
**reading (1)**
5:3
**ready (2)**
28:7;52:24
**really (3)**
39:20;43:6;74:9
**reason (2)**
26:15;29:23
**reassigned (3)**
13:10,12;47:20
**recall (12)**
17:3;27:3;33:18;
59:21,23;60:3;63:11,
16;74:11;76:7,11;
78:23
**recalls (1)**
76:9
**receive (2)**
47:24;56:12
**recognize (1)**
36:1
**recollection (2)**
64:21;66:4
**record (5)**
37:1;48:20;61:6;
73:3,8
**recruits (1)**
11:11
**REDIRECT (1)**
79:16
**refer (3)**
78:12,18;79:19
**refers (1)**
67:7
**reflect (1)**
37:1
**refresh (2)**
50:16;54:5
**refreshes (2)**
54:7,24
**Regular (1)**
11:22
**relationship (2)**
16:1;53:18
**remember (36)**
9:23;14:21;18:6;

20:17,18;25:1,8;
26:24;30:19;31:18;
32:3,5,16;33:1,6,7,11,
22,24;46:6;48:3,8,13,
15;49:23;50:5,10;
52:4;53:19,21;54:1,9;
55:14,16,22;64:5
**remembering (1)**
64:3
**repercussions (1)**
41:9
**rephrase (2)**
7:8;49:1
**reporter (3)**
6:10;21:6;35:14
**reporting (1)**
22:20
**represent (3)**
5:19;58:16,20
**representative (2)**
14:5,6
**reprimand (5)**
14:17;33:21,23;
34:3;77:7
**reprimanded (6)**
27:1,1,11;33:10,12;
70:16;78:22
**reserved (1)**
5:7
**response (1)**
77:6
**rest (1)**
31:10
**result (1)**
52:9
**results (1)**
33:19
**rethink (1)**
71:17
**ride (5)**
16:22,24;20:23;
21:23;23:21
**riding (1)**
23:22
**right (53)**
7:2;8:4;9:4,16,18;
12:16;13:23;14:21;
15:1,21;16:8;18:5,19;
25:3,8;27:17;29:6;
30:17;31:2;32:10;
34:19;36:11,13;37:3;
38:6;39:6;40:17;41:5,
16,19,20;44:7;47:5,
22;48:9;51:18,22;
55:2,24;56:9,24;
58:23;59:15;60:22;
66:3;67:23;68:12,14,
14,22;69:5,20;70:23
**Road (1)**
10:5
**rocky (4)**
51:9,13,14;53:18
**room (2)**

7:15;34:10
**rude (2)**
  17:18,19
**rules (1)**
  6:7
**running (1)**
  20:10
**Russell (30)**
  5:20;14:19;15:5,5;
  17:17;18:8;19:5;20:3,
  7;23:5;24:21;25:14;
  27:13;30:16;31:3,9;
  32:12;33:3,63:13,18;
  65:20,22,23,66:5;
  67:2,18;78:13,19;
  79:1,20
**Russell's (1)**
  30:15

## S

**Sadowski (17)**
  5:20;15:7,22;16:2;
  31:8;42:5;62:17;63:9,
  12,64:22,23;65:24;
  66:4;67:1,7,20;72:5
**safe (2)**
  39:3;40:4
**same (6)**
  6:19;20:1;22:12;
  39:19;51:19;70:14
**Sandra (1)**
  5:20
**sat (1)**
  41:18
**Saturday (1)**
  19:9
**Saundra (2)**
  17:17;27:13
**saw (2)**
  61:17;65:24
**saying (14)**
  29:4,11;33:2;43:1;
  66:24;67:16;69:5,9,
  11,16,19;70:7,10;75:2
**scared (1)**
  40:13
**school (5)**
  9:3,7,12;15:23;16:4
**Schweizer (3)**
  45:19;54:21;59:8
**Schweizer's (3)**
  49:20;55:20;57:15
**SCUDERI (10)**
  61:12;72:3;73:6,9,
  12,13;76:4,13;78:4;
  79:11
**sealing (1)**
  5:3
**search (1)**
  19:2
**second (8)**
  11:19;35:23;36:10;

39:11;40:7;44:18;
  61:2;70:18
**sees (1)**
  19:15
**send (2)**
  36:13;39:23
**sentence (4)**
  40:8,10,18;44:6
**Sergeant (18)**
  14:19;19:5,23;20:2,
  7;23:5;30:16;31:9;
  32:11;33:3,62:16;
  63:13;65:22,23;67:2,
  17;78:24;79:20
**serious (1)**
  28:10
**several (4)**
  9:13;13:16;14:3,3
**Sheneneh (2)**
  78:20;79:21
**Shields (17)**
  7:10;24:17;25:10,
  16;36:18,22;37:17;
  48:19;54:15;71:24;
  73:2,7,10;75:23;
  76:12;78:10;79:9
**shooting (1)**
  12:11
**shop (1)**
  21:21
**short (2)**
  38:12;44:8
**show (1)**
  35:11
**showed (2)**
  57:18,19
**sick (1)**
  38:10
**signing (1)**
  5:3
**signs (1)**
  57:15
**sit (3)**
  17:20;21:64:20
**sitting (1)**
  18:24
**situation (8)**
  37:14;39:16;43:22;
  44:9,20,23;45:3,4
**Six (1)**
  11:3
**Sixteen (1)**
  11:5
**sleep (1)**
  40:14
**Smith (8)**
  18:18,18;23:11;
  49:8,9,10,11;50:9
**socialize (1)**
  16:9
**socialized (2)**
  16:12,17
**somebody (13)**

29:12;42:8,12,14,
  15,20;43:3;53:23;
  71:12,18;73:21;74:6;
  76:14
**somebody's (1)**
  77:18
**Somerton (1)**
  8:13
**son (9)**
  9:1;29:18,22,24;
  30:2,2,5,6,7
**sorry (6)**
  10:1;17:13;21:4;
  44:22;52:3;72:2
**span (1)**
  13:8
**Spangler (4)**
  28:3;31:21,22;32:7
**speak (2)**
  6:11;23:7
**speaks (2)**
  36:19,24
**specifically (1)**
  63:1
**spring (1)**
  30:23
**springtime (1)**
  45:15
**squad (1)**
  60:1
**stand (1)**
  40:21
**start (5)**
  8:6;18:11;39:14;
  70:20;71:2
**started (4)**
  10:24;18:14;22:6,9
**state (2)**
  14:4,5
**statement (6)**
  56:18,19;74:20;
  75:6,10,11
**statements (2)**
  31:7;74:18
**stating (1)**
  22:12
**stepson (1)**
  9:1
**still (3)**
  8:14,17;21:19
**street (12)**
  19:11,15,17,24;
  20:2,4,5,9,17;21:17,
  23;23:19
**Strike (11)**
  12:20;13:5,14:14;
  15:15,18,20:44:22;
  47:16,19;56:13;75:3
**strings (1)**
  15:19
**stuff (2)**
  23:1;56:8
**stupid (4)**

38:18;44:12,13,16
**summer (1)**
  30:23
**supervisor (5)**
  31:17;32:6;49:5,7,
  11
**supervisors (1)**
  49:3
**supposed (1)**
  37:21
**supposedly (3)**
  17:19;62:16;72:21
**Sure (20)**
  7:9;13:22;19:7;
  30:21;31:1,10;37:13,
  15,15,20;38:20;39:1,
  20,24;40:2,18;41:1;
  51:12;61:21;74:10
**surprise (1)**
  34:17
**surprised (2)**
  60:4,8
**suspended (8)**
  33:9,12;34:1;52:15;
  56:14;62:3,5;70:16
**suspension (3)**
  48:2;52:11;59:10
**sworn (1)**
  5:10

## T

**table (1)**
  7:14
**talk (6)**
  7:10,12;32:2,4,10,
  14
**talked (6)**
  16:17;39:13;50:6;
  51:5;56:6;59:24
**talking (7)**
  23:24;29:7,14;42:7,
  22;73:4,11
**teach (2)**
  11:10,11
**telling (6)**
  36:20;48:11;69:21,
  24;74:22;75:18
**terms (1)**
  76:1
**terrible (1)**
  44:4
**testified (38)**
  5:11;17:16;24:13;
  34:7;37:23;41:17;
  51:15;52:5;53:10,12,
  13,22;54:8;55:21;
  61:14;63:9;64:13,17,
  19,23;65:6,16;66:8,
  13,21;68:16;69:1,2,3,
  4;70:3,4,5,6;73:19,22,
  24;75:9
**testifies (1)**

38:18;44:12,13,16
**testify (14)**
  18:1;26:4,13;40:20;
  41:1,8;43:23;45:9;
  47:5,7,66:1;67:10;
  70:13;77:20
**testifying (10)**
  17:12;25:5;26:1;
  43:21;44:15;45:3,4;
  61:22;65:8;69:18
**testimony (11)**
  6:17;32:23;50:18;
  53:17;66:7,11,68:4;
  69:7;72:4;74:3;75:17
**thought (3)**
  37:24;57:22;58:1
**three (3)**
  11:16;14:6;50:5
**throughout (1)**
  16:6
**tied (3)**
  37:21,22;40:19
**times (3)**
  14:11;16:21;60:11
**tire (4)**
  22:2,5;30:15;56:7
**Today (7)**
  5:23;7:24;30:10;
  62:10;64:20;68:4;
  72:4
**together (7)**
  15:13,14,24;16:3,4,
  6;44:2
**told (6)**
  20:1,20,23;30:14;
  41:11,11
**top (9)**
  14:8;33:8;48:8;
  49:17;50:3;55:23;
  57:12;63:15;70:19
**total (3)**
  37:10;40:9;42:6
**tour (1)**
  19:10
**towards (6)**
  39:21;42:11,13,14;
  58:17;70:19
**transfer (1)**
  12:10;77:8
**transferred (12)**
  12:11;14:14;59:11;
  62:5,6,7;70:17;72:15;
  74:16;78:2
**translate (1)**
  43:17
**transpired (1)**
  22:19
**transported (1)**
  22:15
**trial (1)**
  5:7
**true (1)**
  61:17

**truth (8)**
6:9;41:11,12;48:12;
68:15;69:21;74:22;
75:18
**truthful (1)**
26:22
**truthfully (1)**
70:4
**Try (4)**
26:10,11,12;69:23
**trying (1)**
37:8
**twist (1)**
69:23
**two (4)**
10:15;14:5;37:16,
20

## U

**uh-uh (1)**
6:14
**Um-hmm (1)**
66:16
**under (8)**
6:9;7:19;26:20;
48:4;64:1;69:4,6,17
**undercover (2)**
13:15,19
**understood (1)**
7:5
**uniform (3)**
46:8;58:9,11
**unjustly (1)**
72:15
**up (9)**
16:3;17:24;20:16;
21:8;22:3,15;40:15;
44:2;69:24
**upper (1)**
36:5
**use (7)**
6:16,18;29:3,6;
34:19;67:17,19
**used (12)**
28:6,8,12,15,21,23;
29:13;63:2;67:2;
68:13,19,22
**using (1)**
63:13

## V

**vehicle (6)**
19:1,2,4;20:13,14,
24
**Vilaca (1)**
53:5
**Villata (9)**
50:20;53:6,7;55:6,
7,8;59:14;60:5,13

## W

**waiting (2)**
19:1,20
**waived (1)**
5:5
**wake (1)**
40:15
**warrant (1)**
18:24
**way (4)**
22:7,9;38:16;44:6
**wear (1)**
45:15
**weather (2)**
45:11,13
**wedding (1)**
17:2
**what's (2)**
39:6;45:13
**whenever (1)**
7:11
**White (1)**
46:11
**whole (6)**
39:16;44:20,22;
45:2,2,6
**wife (6)**
8:20;29:7,14;30:4;
55:13;60:8
**William (2)**
5:21;15:9
**winter (1)**
30:23
**without (2)**
56:15,16
**WITNESS (11)**
21:4,7;25:18;35:22;
37:3,19;54:17;72:2;
75:9;76:10;80:6
**woman (1)**
60:11
**word (19)**
28:13,15,18,21,23;
29:3,6,13;53:20,20;
54:11;62:20,21;
65:20,21;66:5,6;67:3,
3
**words (16)**
24:6,9;28:6,9;54:2;
63:2,3,6,14;64:9,12;
67:3,17,21;68:22;
69:22
**work (7)**
9:11;10:12;15:11,
13,14;28:9,9
**worked (4)**
9:13,13,14,15
**working (1)**
12:19
**write (1)**
6:17

**writing (1)**
46:9
**wrong (3)**
51:16;74:7,12
**wrote (4)**
63:20,24;64:6;
68:20

## Y

**year (8)**
9:9;10:14,19;30:19;
37:7;38:10;39:15;
51:1
**Years (9)**
6:5;10:15;11:5,16;
13:6,7;16:7;37:12;
39:12
**yous (2)**
38:3,5

## 0

**05 (2)**
39:17;44:23
**08 (1)**
47:13

## 1

**1 (2)**
35:16,19
**11 (1)**
40:5
**11:06 (1)**
80:8
**111 (2)**
48:4;56:22
**112 (2)**
48:4;56:22
**14 (1)**
9:2
**17 (1)**
39:8
**17th (6)**
12:4,6,9,17,19;
13:10
**18 (2)**
9:1;12:5

## 2

**20 (3)**
48:2;52:10;56:14
**2000 (2)**
13:9;44:21
**2005 (10)**
14:16;17:12;30:21,
22;56:9;57:5,6;62:10;
79:4,7
**2006 (4)**
17:13;57:4,8;62:15
**2008 (12)**

13:9;10:56;3:24;
62:2;72:11,16,22,23;
73:15;74:13,16
**2011 (4)**
35:7;39:8;63:21;
64:6
**2013 (2)**
35:9;40:5
**20-day (1)**
59:10
**24th (1)**
20:15
**2nd (5)**
11:23;12:2,9,12,14

## 7

**7549 (1)**
19:12

## 9

**9 (1)**
10:20
**94 (1)**
9:10
**98 (3)**
9:17;10:20,20

 **Eric F Dial**

Hey Keith, before you delete this please give it a minute and hear what i have to say. The past year has been pretty trying for me i have had some health problems but that's besides the point, it has given be a total different outlook on life. A few years back a incident happen that I'm sure it put you and Campbell in a situation where I'm sure you two had your hand tied. When you guys testefied against me was a day that i thought i would never see and ill be honest with you it pissed me off and i hated both of you at the time and have for along time now. . But you know what looking back you guys did the right thing and i don't fault you for that. I admire you both. Anyway i just wanted to let you know i have no hard feelings. Being sick the past year made me think about life, life is too short and me being bullheaded and you know that i can be a big dick and asshole. Hopefully you read this and can accept my apology for the way i have acted. I now know i lost a good friend over something stupid that happen. Ok I'm sure i bored you enough



EXHIBIT

Dcl P-1
5/2/14  D496
PENGAD 800-631-6989

happen. Ok I'm sure i bored you enough and ill let you go.

Oh yeah congrads i heard you had a few kids or maybe one not too sure but i know def. One. Ok I'm rambling on take care and besafe out there.

Oct 17, 2011



**Eric F Dial**
Hey Keith before u delete this please take a second and read this and hear me out. It's been alot of years since we have seen each other and talked. I wanted to first start off by apologizing over the year I have been a dick I"ll admit that. The whole situation that happen back in 05 was just so crazy, I know things could never be the same is being best friends or friends period. Not really sure what ur feelings are toward me. I just wanted to get this off my chest. I did sen u a message along while ago on Facebook and sure sure if u got it but I wanted to make another attempt. Sure hope all is well with urself and the family. Take care and besafe.

Jul 11, 2013 · Sent from Mobile



[ Reply ] [ Reply All ] [ Forward ] [ Mark Unread ] Actions     [ Go ] [ Delete ] [ Spam ]

Standard Version | Terms of Service | Privacy Policy | About Our Ads | Shortcuts     © 2014 AOL Inc. All Rights Reserved

D497