⏺ ⎃ **ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
* * *

SAUNDRA S. RUSSELL      :   CIVIL ACTION
KEITH SADOWSKI         :
WILLIAM CAMPBELL,      :
       Plaintiffs   :
                   :
      vs.         :

CITY OF PHILADELPHIA     :   NO. 3151-cv-13
COMMISSIONER CHARLES S. RAMSEY :
PHILADELPHIA POLICE DEPARTMENT :
In his individual and official :
capacity
and               :

DEPUTY COMMISSIONER KEVIN BETHEL:
PHILADELPHIA POLICE DEPARTMENT :
In his individual and official :
capacity
and               :

DEPUTY COMMISSIONER WILLIAM  :
BLACKBURN PHILADELPHIA POLICE :
DEPARTMENT
In his individual and official :
capacity
and               :

CAPTAIN WILLIAM BROADBENT,  :
(RETIRED)
PHILADELPHIA POLICE DEPARTMENT :
In his individual and official :
capacity
and               :

INSPECTOR JAMES KELLY     :
PHILADELPHIA POLICE DEPARTMENT :
In his individual and official :
capacity
and               :

CAPTAIN MELVIN SINGLETON,  :
PHILADELPHIA POLICE DEPARTMENT :
In his individual and official :
capacity           :

## Page 2

```
 1                         :
 2    LIEUTENANT THOMAS HYERS,        :
      (RETIRED)
 3    PHILADELPHIA POLICE DEPARTMENT :
      In his individual and official :
 4    capacity                        :
      and                             :
 5                                     :
 6    LIEUTENANT JACK FEINMAN,       :
      (RETIRED)
 7    PHILADELPHIA POLICE DEPARTMENT :
      In his individual and official :
 8    capacity                        :
      and                             :
 9                                     :
10    LIEUTENANT EDWARD SPANGLER,    :
      (RETIRED)
11    PHILADELPHIA POLICE DEPARTMENT :
      In his individual and official :
12    capacity                        :
      and                             :
13                                     :
14    LIEUTENANT CHARLES GREEN       :
      PHILADELPHIA POLICE DEPARTMENT :
15    In his individual and official :
      capacity                        :
16    and                             :
17                                     :
18    LIEUTENANT LAVERNE VANN        :
      PHILADELPHIA POLICE DEPARTMENT :
19    In his individual and official :
      capacity                        :
20    and                             :
21                                     :
22    INSPECTOR AARON HORNE          :
      PHILADELPHIA POLICE DEPARTMENT :
23    In his individual and official :
      capacity                        :
24    and                             :
```

## Page 3

```
 1                * * *
 2           Oral deposition of SAUNDRA RUSSELL,
 3    taken at the CITY OF PHILADELPHIA LAW DEPARTMENT, One
 4    Parkway Building, 1515 Arch Street, 15th Floor,
 5    Philadelphia, Pennsylvania 19102, beginning at 1:55
 6    p.m., on Friday, August 15, 2014, before Alice T.
 7    Mattes, Court Reporter and Notary Public, there being
 8    present:
 9
10                * * *
11           PRECISION REPORTING, INC.
             230 South Broad Street - Suite 302
12             Philadelphia, PA  19102
                 (215) 731-9847
13               1-800-528-3060
                 1134 Parliament Way
14             Thorofare, NJ  08086
                 (856) 848-4978
15
16
17
18
19
20
21
22
23
24
```

## Page 4

```
 1
 2    A P P E A R A N C E S :
 3
        HERBERT McDUFFY, JR., ESQUIRE
 4      200 Campbell Drive, Suite 246
        Willingboro, NJ 08046
 5      -- Representing the Plaintiff
 6
 7
 8      TOI SHIELDS, ESQUIRE
        CITY OF PHILADELPHIA LAW DEPARTMENT
 9      One Parkway Building
        1515 Arch Street, 16th Floor
10      Philadelphia, PA 19102
        -- Representing the Defendants
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 5

```
 1                * * *
 2           (It is hereby stipulated by and
 3    between counsel for the respective
 4    parties that signing, sealing, filing and
 5    certification are waived; and that all
 6    objections, except as to the form of the
 7    questions, be reserved until the time of
 8    trial.)
 9                * * *
10           SAUNDRA RUSSELL,
11    after having been first duly sworn, was
12    examined and testified as follows:
13                * * *
14           E X A M I N A T I O N
15                * * *
16    BY MS. SHIELDS:
17    Q    Good afternoon, Miss Russell.
18    A    Yes.
19    Q    I'm Toi Shields, and I am representing the
20    City of Philadelphia and twelve named defendants --
21    A    Um-hmm.
22    Q    -- in an action brought by you and two other
23    co-plaintiffs, Mr. Sadowski and Mr. Campbell.
24    A    Yes, ma'am.
```

1     Q    Let's go over some instructions for the
2 deposition just so we get a clear record.
3     A    Yes.
4     Q    You have to give verbal responses to my
5 questions, because the court reporter, as wonderful
6 as she is, cannot take down a nod of the head or,
7 you know, uh-huh or maybe or um-hmm, doesn't really
8 do it. Let's let each other finish before we speak.
9 Let me get my question out and then I'll let you get
10 your response out. If you don't understand a
11 question, I'll be glad to clarify it or repeat it.
12 If you need a break we'll finish up that question
13 and then we'll break.
14     A    Okay.
15     Q    You know, so if you need a break, please let
16 me know.
17     A    Okay.
18     Q    Have you ever been deposed before?
19     A    Yes.
20     Q    In connection with what matter have you been
21 deposed before?
22     A    Well, I've been deposed in the police
23 department on your side. And I've also been deposed
24 for an auto accident.

1     Q    Let me just finish asking you this. Do you
2 have any mental or physical conditions right now
3 that would prevent you from answering clearly and
4 truthfully?
5     A    No.
6     Q    You feel fine now?
7     A    Yes.
8     Q    Okay. Let's go back to cases that you
9 testified or were deposed in regarding your tenure
10 when you were a police officer. Do you remember
11 those cases?
12     A    No. It was -- Lynne Sitarski, she
13 had a case, I remember, because she wrote a letter
14 about professionalism in court.
15     Q    Okay.
16     A    I can't recall the other ones, ma'am.
17     Q    Okay. Your educational background, where
18 did you go to high school?
19     A    Cardinal Dougherty High School.
20     Q    And did you go to college?
21     A    Yes. I just recently started
22 college. Penn State. I started Penn State in 2010
23 online and I'm taking up psychology. And a minor in
24 sociology.

1     Q    Let's go to your employment history with the
2 Philadelphia Police Department.
3     A    Yes.
4     Q    When did you join the Philadelphia Police
5 Department?
6     A    April 5th, 1999.
7     Q    And what district were you assigned to in
8 1999?
9     A    The 25th District.
10     Q    And for what length of time or what period
11 of time did you work in the 25th District, do you
12 remember?
13     A    I started out in the 25th District in
14 2 Platoon, I was in 2A. Approximately a year later
15 Captain Nestel asked me to come and work for him in
16 his Five Squad, because of my activity, you know,
17 while working in the field. I was there for
18 approximately a year. That's when the inspector,
19 Inspector Carl Holmes, asked me to come and work for
20 him in the East Task Force because of my work in the
21 field.
22     Q    And this was at the 25th District?
23     A    Yes. So I worked for -- I worked in
24 2A in the 25th District, I worked in 5 Platoon,

1 which is directly for the captain, and then I worked
2 directly for East -- I was in the East Task Force,
3 worked directly for the inspector.
4     Q    And what were your duties in the 25th
5 District?
6     A    My duties in the 25th District when I
7 was in 2A was to answer radio calls and to also be
8 proactive as an officer to look for -- to follow
9 crime patterns.
10     Q    Um-hmm.
11     A    And to, you know, go out and look for
12 people who the detectives have given us information
13 about for warrants.
14     Q    And did there come a time when you
15 transferred to the 23rd District?
16     A    Yes. I was promoted in March of
17 2004. I believe it was March of 2004, yes. And I
18 was transferred to the 23rd District. In the 23rd
19 District I was assigned to 2C Platoon. After being
20 there for a couple of weeks the captain asked me to
21 come and work for her because of my activity in the
22 field.
23     Q    What captain was this in the 23rd District?
24     A    Sharon Seaborough.

1  Q    And when you say your activities in the
2  field, what do you mean by that?
3       A    I was a person that cleaned up the
4  community. I ensured that the community was treated
5  fairly. And by ensuring that the community is
6  treated fairly, I went out and stopped crime.
7  Q    And we're in the 23rd District now, because
8  your complaint goes over --
9       A    Um-hmm.
10 Q    -- a few assignments over a period of years.
11 So I'm going to take --
12      A    Yes.
13 Q    -- each one.
14      A    Okay.
15 Q    Okay? So we have at least a clear record.
16      A    Yes.
17 Q    So we're in the 23rd District. And, also,
18 what were your duties and responsibilities in the
19 23rd District?
20      A    In 2A my job was as -- I was a
21 platoon sergeant. I cannot remember the amount of
22 officers that I had under my command at the time,
23 but I was supposed to ensure that I monitored my
24 officers and to ensure that they patrolled their

1  sectors effectively and that they treated the
2  community with the level of services that they
3  deserve.
4  Q    And who were your direct supervisors when
5  you were in the 23rd District?
6       A    I had McCullum. Lieutenant McCullum
7  was my direct lieutenant.
8  Q    Do you have a first name?
9       A    That's what I was thinking about.
10 His nephew's name is Bob McCullum.
11 Q    Don't worry about it.
12      A    Okay. There's two of 'em on the
13 department, two McCullums. So I didn't want to get
14 them mixed up. But that particular lieutenant was
15 two -- two days after making sergeant he took me to
16 roll call with him and he told my subordinates that
17 I was not there to supervise them, that I was only
18 there to follow directions under his lead and that I
19 could not do anything to them without his approval
20 and that he could take my stripes because they were
21 Velcro.
22 Q    Okay. You're getting ahead of me.
23      A    Oh, okay.
24 Q    That's okay. We're going to get to that.

1       A    Okay.
2  Q    Now, Lieutenant McCullum, what race is he?
3       A    He's a black male.
4  Q    Okay. What racial discrimination, if any,
5  did you experience when you were in the 23rd
6  District?
7       A    I didn't experience any -- only by
8  Lieutenant Hyers, he called me a girl and basically
9  stated, you know -- I don't know if you want me to
10 tell you that now.
11 Q    Go ahead.
12      A    He stated, Girl, you wouldn't be back
13 here at 5 Squad if it wasn't for that lady upstairs.
14 Referring to the black captain, Sharon Seaborough.
15 Q    When did Lieutenant Hyers say that to you?
16 Do you remember?
17      A    It was right before I was being --
18 when I was told that I was being transferred to the
19 Narcotics Strike Force, it was -- it was around that
20 time. But everything happened so fast, because he
21 got there and I wasn't there that long before I
22 left. But I know it was in the timeframe basically
23 of when he first got there up until I went to the
24 Strike Force, which was only a matter of months,

1  ma'am.
2  Q    Okay. Let's go back to Lieutenant McCullum.
3  You testified that he made statements about you in
4  roll call --
5       A    Yes.
6  Q    -- in front of other officers.
7       A    Yes.
8  Q    Explain that for me, please.
9       A    My first day in the 23rd District I
10 had an officer, Floyd Richardson, he showed up two
11 hours late for work. I asked him where he was, and
12 he told me that he was a boxer and that the
13 lieutenant and the captain knew why he didn't come
14 to work on time. Lieutenant McCullum was not there.
15 When the captain came downstairs I asked her if, you
16 know, this officer, how should I carry him on the
17 DAR, which is our daily attendance report, because
18 he said he was two hours late and she knew about it.
19 She stated, he's lying, and I want him on a foot
20 beat for 30 days. I was the messenger and I went to
21 Officer Richardson and told him what the captain had
22 stated. He never got to work early. When the day
23 that the lieutenant came back he was at work early
24 and told the lieutenant that I had put him on a

1 30-day foot beat. It wasn't by me. So the
2 lieutenant never spoke to me. He walked past me.
3 And when I went to roll call that's when he told
4 them that I could not do anything to them and that
5 my stripes was Velcro and he could take them,
6 because I was on probation.
7 Q Who else, if anyone, discriminated against
8 you because of your gender or your sex?
9 A Well, that was Lieutenant Hyers. So
10 the captain asked me to go to 5 Platoon. I never
11 asked the captain. She assigned me there, because I
12 did go out and officers that weren't performing, I
13 was showing them this is how you have -- you can't
14 have people standing on the corners. People are
15 coming home from work, they don't want to feel
16 insecure going into their doors. I did a great job
17 doing that. The captain observed that. She decided
18 to put me in 5 Platoon.
19 Q Okay. Miss Russell, did you tell anybody
20 about the comments that Lieutenant McCullum made?
21 A Yes, I told the captain.
22 Q And what did you tell the captain, that he
23 made those comments in roll call?
24 A Yes. I didn't tell her. Someone

1 else told her. And she called me on the phone while
2 I was on my day off and asked me what's going on
3 with you and Lieutenant McCullum. I explained to
4 her what happened. She screamed, what? She called
5 myself -- I'm sorry, she called Lieutenant McCullum,
6 she was there. I don't know if it was anybody else.
7 But I know I was there. And she told him that he
8 did not have a right to do that, and he actually
9 apologized for doing it.
10 Q Now, the statements that Lieutenant Hyers
11 made, you testified just a moment ago that he called
12 you a girl.
13 A Yes. Lieutenant McCullum went to
14 Lieutenant Hyers and told him that -- I got
15 promoted, ma'am, with -- I had just -- I think I had
16 like four and a half or five years on the job, which
17 was unknown of at the time. People just didn't get
18 promoted with that amount of years on the job. So
19 they basically said, Lieutenant McCullum and other
20 officers, including other sergeants, including
21 Lieutenant Kemchuck (ph), who was a sergeant at the
22 time with me, they didn't think that I had a right
23 to go to 5 Platoon.
24 Q Okay. Let me just finish my question.

1 When Lieutenant Hyers made a comment
2 to you or called you a girl, what did you do? Did
3 you complain to anybody --
4 A Yes.
5 MR McDUFFY: You got to wait till she
6 finishes the question.
7 THE WITNESS: Oh, yeah. I understand.
8 MR McDUFFY: Just --
9 THE WITNESS: Okay, I understand.
10 MR McDUFFY: -- give it a chance.
11 BY MS. SHIELDS:
12 Q You're doing okay.
13 A Okay.
14 Q Did you complain to anyone about his comment
15 to you?
16 A Yes.
17 Q To whom did you complain?
18 A Captain Seaborough.
19 Q And what did she do, if anything?
20 A She said that she would speak to him
21 about it.
22 Q Do you know if she followed up and spoke to
23 him about the comment?
24 A No.

1 Q Did you go to the EO Division of IAD?
2 A No.
3 Q Okay. Let's go to the Narcotics Strike
4 Force.
5 A Yes.
6 Q How did you come to work or get assigned to
7 the Narcotics Strike Force?
8 A Well -- okay, while being assigned to
9 5 Platoon Captain Singleton -- I'm sorry, Captain
10 Seaborough sent me to United Way for a community
11 gathering for issues that were going on in the
12 neighborhoods. So when I got there Commissioner
13 Johnson was there.
14 Q Um-hmm.
15 A Commission Johnson was very familiar
16 with my work ethics, because he would -- he said he
17 would be in the 25th District and he would actually
18 see me out there cleaning up the streets in the 25th
19 District. So he knew how hard I worked when I was
20 out there.
21 He asked me, he says, you've been in
22 the 25th District, he said, you're really a hard
23 worker out there. I hear you on the radio all the
24 time. He says, where do you want to go?

1  Q   And what did you say in response to his
2  question about where you wanted to go, or be
3  assigned, rather?
4      A   Well, no, that was -- yeah, he says,
5  where did I want to go.  And I told him, I said, I
6  don't know, I said, maybe I would like to go to
7  Highway Patrol or Narcotics Strike Force.  No, I
8  just said narcotics.  And I just left it at that.
9  Q   And what rank were you when you finally --
10 let me back up by saying strike that.
11     Take me through the next steps of
12 how you got notified of your assignment to Narcotics
13 Strike Force.  I apologize for the question.
14     A   Okay.
15 Q   Or the way it was posed.
16     A   He asked me.
17 Q   Who's "he"?
18     A   I'm sorry.  Commissioner Johnson
19 asked me where did I want to go.
20 Q   Sylvester Johnson?
21     A   Sylvester Johnson, yes.  Commissioner
22 Sylvester Johnson asked me where did I want to go.
23 I gave him the options.  Approximately maybe a month
24 or two, I can't remember the timeframe, but it

1  wasn't a long time in between, I received a phone
2  call from the Commissioner's office stating that I
3  was going to be transferred to Narcotics Strike
4  Force.  But I received this phone call after being
5  called into headquarters.  I was told to take
6  headquarters immediately.  When I got in people was
7  saying, you're going to be transferred, you're going
8  to be transferred.  That's when I got to the office
9  with Lieutenant Hyers and he told me that I was
10 transferred to the Narcotics Strike Force.  But then
11 I got a phone call after that telling me to report
12 to Narcotics Strike Force the next day at 8 o'clock
13 or something.
14 Q   And can you give me a time period that you
15 served in the Narcotics Strike Force?
16     A   Yes.  I was assigned to Narcotics
17 Strike Force in February of 2005.  And I was
18 reassigned to Citywide Vice in I think it was about
19 maybe February of 2007.
20 Q   And at this time what rank were you in the
21 Narcotics Strike Force?
22     A   I was a sergeant.
23 Q   And what were your duties as a sergeant in
24 the Narcotics Strike Force?

1      A   My duties were to ensure that all
2  surveillances were conducted properly and legally
3  and to ensure that the paperwork when a surveillance
4  officer does a surveillance, there is a PARS report
5  that is generated from that officer and that PARS
6  report is assigned to another officer.  We have a
7  wheel of officers who would put all of the discovery
8  together.  And that would include them generating a
9  75-49, which is the actual arrest report that would
10 go to court with them.  So in narcotics is you go
11 from the actual surveillance all the way through
12 court with the paperwork.  My job was to read that
13 entire -- all of the paperwork and ensure that there
14 were no misspelled words and that the story
15 corroborated with the PARS report.
16 Q   Now, did you have any prior experience in
17 the field of narcotics before your assignment there?
18     A   Well, the 25th District, and matter
19 of fact, the East Division, is a very drug-infested
20 area.  So the majority of the narcotics cases come
21 from East Division where I was assigned as an
22 officer.
23 Q   And who were your supervisors at the
24 Narcotics Strike Force?

1      A   I didn't know who my supervisor was
2  for quite a few weeks.
3  Q   And why is that?
4      A   I don't know.  When I came to the
5  Narcotics Strike Force, the first day that I got
6  there I was told to sit in the operations room.  I'm
7  getting ready to tell you.  I was told by the
8  corporal.  I don't remember who the corporal was at
9  the time.  But I was told to sit in the operations
10 room.  The corporal then brought me into his office
11 and I sat there.  I got there at 8 o'clock.  I
12 didn't see anyone until about 11:00.  At that time
13 Lieutenant Haag came out and said --
14 Q   Haag?
15     A   Haag, H-A-A-G.
16 Q   Okay.
17     A   He came out and asked me what was I
18 doing there.  And I told him that I was assigned
19 there, that the Commissioner's office, as well as my
20 supervisors, had assigned me to the Narcotics Strike
21 Force.  He told me, I don't think so.  I don't know
22 anything of you coming.  I have to go and get that
23 checked out for you.
24 Q   Okay.  Who was the captain of the Narcotics

1 Strike Force at this time?

2     A   It was Captain Broadbent, William

3 Broadbent.

4   Q   Okay. And did Lieutenant Haag go and check

5 out whether or not you were validly assigned to the

6 Narcotics Strike Force?

7     A   Apparently so. Because not too long

8 after that Captain Broadbent brought me into his

9 office.

10   Q   Is that the same day?

11     A   Yes.

12   Q   Okay. I'm sorry, continue.

13     A   He brought me into his office and

14 stated that, you know, they just found out that I

15 was being assigned there and that the chief, which

16 was Chief -- there's so many names. Keith Sadler.

17 Keith Sadler. That he wanted to see me in his

18 office.

19   Q   Was his office in the Narcotics Strike

20 Force?

21     A   It wasn't in that building. It was

22 in Building 110, which was in the arsenal on that

23 base.

24   Q   Okay. And what happened next? You met with

1 Chief Sadler or Keith Sadler?

2     A   Yes. Chief Keith Sadler.

3   Q   What happened at that meeting?

4     A   I went over -- first, I'm sorry, let

5 me strike. They wanted me to see the inspector. I

6 didn't mean to say Keith Sadler. They wanted me to

7 see the inspector, which was Inspector Sullivan.

8 But Chief Sadler was in the building.

9   Q   Okay.

10     A   When I got there the inspector was on

11 the telephone, which I'm referring to Inspector

12 Sullivan. He was on the telephone. And I was

13 instructed to wait with his aide at the time. I

14 cannot remember the aide's name.

15     While sitting there waiting, the

16 inspector didn't look too happy for me to be there.

17 After he got off the phone he looked and he just

18 didn't appear happy for me to be there. So I looked

19 at his aide and I said, you know, what did I do?

20 You know, he doesn't -- they told me to come over

21 here and speak to him, but he doesn't seem too, you

22 know, interested. He told me, I have to get back to

23 you because I have a issue that I have to deal with

24 with my son.

1   Q   So what did you do next? What happened next

2 at the --

3     A   Yeah, his aide told me that he was a

4 little bit tired of Keith Sadler, which was the

5 chief, bringing people over and he couldn't bring

6 his own people over. I left that office. By that

7 time Chief Sadler was coming in and he said, hey,

8 Saundra, and he walked me back to his office, which

9 was across the hall from Inspector Sullivan's

10 office. And I told him, I said, you never told

11 these people that, you know, I was coming here. And

12 he said, I don't have to tell them anything, this is

13 my building. He said, I told Broadbent, or

14 whatever, I told them that you were coming. And

15 that's what it came to.

16   Q   So did there come a time when you got an

17 assignment of duties in the Narcotics Strike Force?

18     A   Weeks after me being there. I sat in

19 the supervisor's office by myself for weeks. No one

20 talked to me, no one said anything to me. I didn't

21 know where the bathroom was.

22   Q   Okay. Did --

23     A   And -- okay.

24   Q   No, finish your statement, then I'll ask my

1 question.

2     A   While waiting in the office one day I

3 heard, which I now identified a voice as Sergeant

4 Haag's. It was a radio room right next to the

5 sergeant's office. And I heard him say, did you

6 hear about the new sergeant? He basically said,

7 yeah, Spanky, he's gonna basically take care of me,

8 'cause he's going to put me in Spangler's squad.

9 She might have got here easy, but she's not going to

10 have a easy way while she's here, is exactly what

11 they said.

12   Q   And let's clarify this. You overheard who

13 say this to who?

14     A   I don't know who the other person

15 was, but I identified the voice later as Sergeant

16 Haag -- I mean, as Sergeant Hayes, H-A-Y-E-S.

17   Q   Do you have a first name?

18     A   No, ma'am. I can't remember their

19 first names. It's been so many years.

20   Q   Was it a male or a female?

21     A   It was a white male.

22   Q   And when you heard this comment,

23 Miss Russell, did you go to anybody about it?

24     A   No, ma'am. I was so afraid. I don't

1 know anybody there. Who was I supposed to tell? I
2 knew nobody, especially when Lieutenant Hyers told
3 me before I walked out of his office that I didn't
4 deserve to be in Narcotics Strike Force and that he
5 was going to contact Spanky. I didn't know who
6 Spanky was. 'Cause that was his friend, and I
7 didn't deserve to be there. Ma'am, I moved up on
8 that job by myself as a black female.
9 Q     Did you go back to --
10 A     Excuse me.
11 Q     Do you want to take a break?
12 A     No, I'm good, ma'am. I'm sorry.
13 Q     Don't be sorry.
14       Did you go back to Commissioner
15 Johnson?
16 A     No. I didn't go back to Commissioner
17 Johnson. I was thankful that Commissioner Johnson
18 had put me there. And I felt like I was a strong
19 person, that I would be able to deal with it. I was
20 going to ignore them and pray about it and hope that
21 things would get better.
22 Q     So what happened next in the Narcotics
23 Strike Force with regard to you getting a permanent
24 assignment in this division?

1 A     Well, like I said, I stayed in the
2 office for some time. And then this one day I was
3 out getting something to drink and they -- prior to
4 that I was sitting -- this is what happened. I was
5 getting something to drink. I came and I sat down
6 to someone that I knew before I came on the job. He
7 was an officer. He was injured. As I was talking
8 to him another officer called on the phone. Her
9 name is Donna Stewart. She worked with me at the
10 25th District. I could hear her conversation
11 telling Tony, did you hear that she -- that she was
12 assigned to D Platoon, speaking of me. Tony asked
13 who she was speaking to. She said, Saundra Russell,
14 she's assigned to D Platoon. She's gonna come here
15 and act like this is highway patrol and not
16 narcotics, because she's so worried about cleaning
17 up the corners. Well, that's what narcotics does,
18 they clear corners.
19 Q     Um-hmm.
20 A     So I hear someone call for roll call.
21 I didn't know where I was assigned. Another young
22 lady, Renee Jeffcoat said, why do you never come to
23 roll call? I said, because nobody ever told me
24 where I was assigned. She said, that's because they

1 don't want you here. I said, well, can you show me
2 where the bathroom is. And she showed me where the
3 bathroom is and the locker, which I hadn't been
4 assigned a locker or anything. And then I went to
5 roll call and I stood there.
6 Q     I'm just going to ask you a very basic
7 question. If you didn't know where the bathroom is,
8 how did you go to the bathroom during the day?
9 A     I didn't.
10 Q     All day?
11 A     I didn't, ma'am. I know. I didn't
12 go. I was so afraid after -- I was the only -- I
13 was the only black female there at the time. There
14 was only one other black supervisor there, which I
15 don't have to just relate to black people. But, I
16 mean, I got people walking past me that don't speak
17 to me and leave me in a office all day long. I was
18 afraid to walk out of the office.
19 Q     What were you afraid of?
20 A     Ma'am, I just was -- after Sergeant
21 Hayes made that statement that they were setting it
22 up for me when I first came there, after me being
23 there for a couple days, after them -- I mean, after
24 going over to the inspector's office and them saying

1 that, you know, he can't bring his own people over
2 there, after me sitting out in the -- in the
3 operations room and making me look stupid, like I
4 just one day just said, you know what, I'm not gonna
5 go to the 23rd District, I'm just gonna show up at
6 Narcotics Strike Force and say that that's where I'm
7 assigned. It doesn't make sense.
8 Q     Okay. So did there come a time,
9 Miss Russell, where you did get squared away in
10 connection with an assignment and some clear-cut
11 duties?
12 A     Yes.
13 Q     Okay. When did that happen?
14 A     The day that I went to roll call
15 Lieutenant Feinman called me to his office and he
16 told me, I'm your lieutenant. He said, your call
17 sign is Nathan 107, you get a radio that you keep
18 with you, and your call sign will correspond with
19 the car, the radio patrol car. So that's at Nathan
20 107 as well. And he basically -- that was basically
21 it, I can recall of that conversation.
22 Q     So Lieutenant Jack Feinman was your --
23 A     Spangler.
24 Q     Spangler was your supervisor?

1    A    He was my first supervisor.

2    Q    Supervisor.

3    A    That's the one who told me about

4  Nathan 107. I hope that's what I said.

5    Q    I think you said Feinman.

6    A    Oh, I'm sorry. Spangler. It's just

7  so many supervisors.

8    Q    No, take your time.

9         So this was Lieutenant Spangler.

10    A    Yes.

11    Q    Okay. So he was your supervisor at this

12  particular time.

13    A    Yes.

14    Q    And what were your duties?

15    A    My duties were to ensure that --

16  well, he didn't tell me what my duties were. I

17  basically was trained by Sergeant Lackman. He's the

18  one that showed me what I was supposed to do, and

19  that was basically to ensure that the surveillance

20  officers were conducting the investigations

21  properly, and as I stated, about the paperwork, what

22  I was supposed to do for the paperwork. And also to

23  ensure that the 75-68s were signed and the 75-49's

24  were conducted properly.

1    Q    With regard to let's take any racial

2  discrimination. Who, if anyone, engaged in any

3  conduct or comment that were racially offensive

4  while you were in the Narcotics Strike Force?

5  That's a mouthful.

6    A    It is. We just say NSF.

7    Q    NSF. That's how we will then refer to it.

8    A    Yes, NSF. On May 14th of 2005 I had

9  to come in late that day. I forget, or maybe I went

10  to the doctor or something. But I told the

11  lieutenant that I would be late that day.

12         Let me go back to May 13th. On

13  May 13th of 2005 Lieutenant Spangler came to me and

14  told me that the next day that all of the officers

15  that were bike trained were to ride their bikes,

16  which included some officers that was directly

17  assigned to me, which included Officer Eric Dial.

18  Eric -- I told Officer Dial, as well as all of my

19  subordinates, that they would have to ride their

20  bikes the next day. Officer Dial told me that he

21  was not riding his bike. He had an issue with

22  Lieutenant Spangler from prior before I got there,

23  because Lieutenant Spangler apparently dismissed him

24  from the bike squad and put him in the line squad,

1  which are the officers that ride the vehicles.

2         I told him, it doesn't matter. You

3  basically -- this is what the commander is saying

4  and this is now my directive to you. Once he gives

5  me a directive, it's my directive to tell you to

6  ride your bike.

7         I come in late that day. When I

8  come in Eric had not -- he didn't ride his bike at

9  all. Lieutenant Spangler told me, I need you to

10  talk to Eric, he still did not ride his bike. No

11  problem. We get back to headquarters. When we get

12  back to headquarters I had -- I'll tell you that in

13  a minute.

14         Okay, we get back to headquarters

15  and when we get back, I call Officer Dial in the

16  office. But I don't like to talk to a subordinate

17  without someone else there present. Lieutenant

18  Smith, I can't remember his first name either, he

19  was in the office. I brought Eric in and I told

20  Eric, you did not ride your bike, you are not in --

21  you are not cooperating with what we're trying to do

22  in the squad and you were definitely defiant toward

23  lieutenant's orders, as well as my orders. Eric, I

24  asked him again, why didn't he ride his bike. Eric

1  basically shrugged it off, I didn't want to. When

2  he left the office as I was closing the door, it

3  wasn't closed all the way, the lieutenant was

4  sitting in the far end of the office like here and I

5  was at the door there. I heard Eric Dial state,

6  that fucking cunt, she has the nerve to tell me

7  about riding my bike. As much as I do, this, that,

8  and the other. He said some other things in between

9  that I can't recall at this time. And he called me

10  a bitch. Ma'am, I will not lie. I wanted to open

11  that door and say something to him. But I knew as a

12  professional that I could not at that time. I told

13  Lieutenant Smith, I said, did you hear him?

14  Lieutenant Smith said, no, I didn't hear him. I

15  told Lieutenant Smith what he said.

16         I went home that day and I wrote a

17  memorandum immediately to discipline him. That was

18  on a Saturday. We're off Sunday and Monday. When I

19  came back on Tuesday, which was the 16th, I believe,

20  I went to Lieutenant Spangler and told him what Eric

21  had done. He said, okay, bring him in the office,

22  no problem. When I brought him in the office I said

23  to him, I said, Eric, I heard you call me a cunt and

24  a bitch. I said, you are disrespectful. Forget

1  this uniform, but you are disrespectful to me as a
2  woman and as a mother, because the word cunt has
3  nothing feminine about it at all.  I said, you would
4  call me something like that?  I said that's a... So
5  he told me --
6  Q    Who's "he"?
7      A    Sorry, ma'am.  It's like you re-live
8  it all over again.
9           Eric Dial stated, yeah, you might
10  hear me, I might have said something like that,
11  yeah.  Matter of fact, I said it.  You know, I can
12  just be an asshole sometimes and say things like
13  that.  And he basically admitted it in front of me
14  and the lieutenant.  And I told the lieutenant, I'm
15  taking him to the front.  Meaning, I'm going to
16  discipline him.  Eric left the office.  The next
17  thing you know, the lieutenant forwarded it to the
18  captain.  Captain Broadbent said it wasn't bad
19  enough.  He didn't think it was that bad what he
20  called me.
21  Q    Did you meet with Captain Broadbent about
22  it?
23      A    Yes.  I met with Captain Broadbent
24  about it and asked him was he going to discipline

1  him.
2  Q    When did you meet with Captain Broadbent
3  about it?
4      A    It was not too long after it
5  happened.
6  Q    Do you need a moment?
7      A    No.  'Cause I just re-live it every
8  day, ma'am.  No.
9  Q    Let's take a break.
10         * * *
11         (Whereupon, a short break was taken.)
12         * * *
13  BY MS. SHIELDS:
14  Q    So you met with Captain Broadbent with Eric
15  Dial present, correct?
16      A    No.  I met with Lieutenant Spangler
17  with Eric Dial present.
18  Q    Okay.  So then you went to Captain
19  Broadbent.
20      A    He called me to him to ask me exactly
21  what happened.
22  Q    Okay.  And then what happened in this
23  meeting with Captain Broadbent?
24      A    It was very brief.  He just asked me

1  what happened, I told him, and he said okay.
2  Q    Did you present the memo to Captain
3  Spangler?
4      A    Yes, that day.
5  Q    And Captain Spangler sent it through the
6  chain of command to Captain Broadbent?
7      A    Yes.
8  Q    And what happened next in connection with
9  this incident with Eric Dial?
10      A    Well, I kept inquiring about when the
11  interviewing process would come.  And that's when I
12  was told that the captain didn't think that it was
13  that bad what Eric had said.
14  Q    And did anything else happen at the
15  Narcotics Strike Force that would be considered sex
16  discrimination?
17      A    Well, when Commissioner Johnson, I
18  think it was August 24th of -- I can't remember if
19  it was 2005 or 2006, but I know it was in August of
20  one of those years.  He came and then Inspector
21  Boyle was then assigned as the inspector over
22  narcotics.  And they were basically getting rid of
23  the dead weight, they call it, people who weren't
24  producing enough activity in the Strike Force and

1  anybody who had disciplinary infractions.  At that
2  time they told me that they were going to go forward
3  with Eric Dial's paperwork.  Again, no interviews,
4  nothing happened.  I continually inquired about it
5  often, when is something going to be done.  Because
6  when Eric got away with that, basically he got
7  away -- I mean, it took so long for them to
8  discipline him.  I was the laughing stock of the
9  unit.  I had officers, Officer Donna Stewart one day
10  I was coming out of the sergeant's office and she
11  just basically said, what are we going to do to F
12  with Sergeant Russell today?  It was consistent
13  insubordination at that time.
14  Q    This is Sergeant Donna Stewart?
15      A    She's now a sergeant.  At the time
16  she was my officer.
17  Q    And what race is Donna Stewart?
18      A    She's a white female.
19  Q    And did she say that directly to you?
20      A    No.  But I was standing there when
21  she said it to another officer.
22  Q    And what other conduct or comments were made
23  to you that you would say either were discriminatory
24  based on your sex?  Let's take sex, any other

1  incidents that you could think of?
2      A    Well, I was the only female
3  supervisor in the Narcotics Strike Force that was a
4  sergeant, that was able to go out on the field.  So
5  I was basically the only person.  And I remember
6  Lieutenant Spangler giving me details that he called
7  me the rookie and I was the only person that can now
8  do these details, because, you know, whatever
9  reason, you know.  It was like I was consistently
10 picked on because of -- I know it was because of my
11 gender.
12     Q    Any other conduct or --
13     A    Oh, yes.
14         MR McDUFFY:  Wait.
15         THE WITNESS:  Oh, no, no, no.  Oh, I
16     wasn't finished and then you started.  Okay.
17 BY MS. SHIELDS:
18     Q    Okay.  Then you finish and then...
19     A    Right.
20     Q    Go ahead.
21     A    Okay.  Also 'cause you asked me what
22 other comments.  I was called Shanaynay and
23 Sheneneh.
24     Q    Who called you that?

1      A    Jeannie Spicer.
2      Q    And what is her race?
3      A    She's a white female.
4      Q    And what was her rank?
5      A    She was a officer.  Donna Stewart
6  called me that.
7      Q    Called you what?
8      A    Shanaynay and Sheneneh.
9      Q    To your face?
10     A    I was standing there and heard them
11 saying it, ma'am.
12     Q    How many times and what was the frequency of
13 them calling you Shanaynay and Sheneneh?
14     A    It was often.  Any time I had to
15 correct them with something, I was, oh, Shanaynay
16 said to do this, or Sheneneh, you know, here comes
17 Sheneneh.  And it was just -- and the other white
18 supervisors would laugh at it.  They would laugh
19 about it when it happened.
20     Q    Would this happen every day, Miss Russell?
21     A    It wasn't every day, ma'am.  But it
22 was enough a week for it to consistently happen.
23 Any time I would -- I would -- when you say in
24 reference to my gender, any time I told an officer

1  if a male officer -- a supervisor walked up to
2  another male and said to them come on, man, you
3  know, you got to shave, you know.  You coming in
4  here looking like that?  I've heard this.  I went to
5  the same officer and said, you know, you can't go
6  out on the street like that.  I was a bitch.  It's
7  totally different for a female supervisor in the
8  Philadelphia Police Department.  The men can say
9  things that the females can't say.
10     Q    Now, the derogatory term or the term
11 Shanaynay or Sheneneh, that would be based on your
12 race?
13     A    Yes.  And it couldn't have been based
14 on my articulation.  It couldn't have been based on
15 my intelligence.  My mother gave me a designer
16 education before she bought me designer clothes.  So
17 it couldn't have been based on that, ma'am.  It
18 could not have been.  I rose through the ranks too
19 fast.  They wanted to know how this little black
20 girl rose through the -- I didn't have any college
21 education.  I didn't have any time on the job to
22 give me credits.  And these people had been on the
23 job for fifteen years and I was sitting in the
24 lieutenant's class with them.  Because I did my

1  job, because I do know the policies and the
2  procedures of the Philadelphia Police Department.
3  I'm such a menace to society, but why am I going to
4  all of these places?
5      Q    Now, who else made any references to your
6  race in connection with your job?
7      A    Do you mean just not in the Strike
8  Force?
9      Q    No.  Let's just focus on the Strike Force.
10     A    That was basically it.  And Jeannie
11 Spicer called me -- there was an incident that
12 occurred.  We were in South Philadelphia.  And the
13 surveillance was over and I went over the air and
14 told them to take -- I'm sorry, take their secondary
15 assignment.  The secondary assignment means to go to
16 headquarters.  When I got back to headquarters
17 Jeannie wasn't there.  I looked all over for
18 Jeannie.  I went to Sergeant Lackman.  I said
19 Sergeant Lackman, where is Jeannie?  He said,
20 Jeannie left.  He said, she came in the office and
21 looked and she left.  I went to Lieutenant Spangler.
22 I said Lieutenant Spangler, where's Jeannie?  He
23 told me he didn't know.  I went to her partner,
24 Officer -- I don't want to get his name wrong, but I

1    know his name is Dimitrios. I went to him and I
2    asked him where Jeannie was. He told me Jeannie was
3    in the bathroom. Came back to him 15 minutes later.
4    Jeannie's upstairs in the bike room. They had me
5    going all around the building looking for Jeannie
6    and they knew Jeannie was gone.
7        All of a sudden Lieutenant Spangler
8    comes out and asks Dimitrios, where's Jeannie?
9    Dimitrios said something to him in his ear and he
10   backed up away from the seat and was like, I don't
11   even want to know. He went back into his office.
12   All of the supervisors left, and I was the only one
13   there by myself. Jeannie calls on the phone, and I
14   had told Sergeant Lackman, I said, I'm going to have
15   to carry her AWOL, because she left and I didn't
16   know where her -- if she could have -- she could
17   have gotten hurt somewhere, I would not have known.
18   She left without my permission. Someone told
19   Jeannie. She calls the phone in the Narcotics
20   Strike Force and tells me you cannot carry me AWOL.
21   I'm coming back. I said, Jeannie, you cannot come
22   back to work, because it's past our working hours
23   now. It is 12 o'clock. So in order to ensure that
24   I did the proper thing, I got a police radio check,

1    which gives you the time stamp. It was after 12
2    o'clock. Jeannie could hear it, but I also gave her
3    the time stamp and said do not come into work. I'm
4    typing on the S and R. Jeannie walks up next to me
5    abruptly and states, I'm back. Now you can't carry
6    me AWOL. I told her, Jeannie, you have to go home.
7    I did not tell you to come back here. I thought she
8    left.
9        I go to walk past the lieutenant's
10   office, Jeannie is standing in the lieutenant's
11   office where she is not authorized to be. I said,
12   Jeannie, I thought I told you to go home, we can
13   discuss this tomorrow. But right now I need you to
14   go home. Jeannie kept continually talking. I put
15   my hand up, I said, Jeannie, please, leave the
16   office. When she walked past me, her shoulder
17   brushed my hand. Didn't think anything about it. I
18   smell her breath. Her breath is reeking with
19   alcohol. I told her, Jeannie, you have to go, but
20   do not drive. Because I wasn't gonna send an
21   officer out there with alcohol on her breath. I
22   went into the office to contact the lieutenant and
23   to get someone to drive her home. Jeannie leaves
24   out of the back door and kicks the door open and

1    says, that fucking black bitch. I go back to look
2    out the window, because I didn't want her to drive.
3    As I'm going back, her boyfriend Charlie Capuziak
4    and now federally indicted Officer Michael Spicer,
5    who is her brother, were standing there. They told
6    me that I should leave Jeannie alone because she's a
7    hard working officer and that she was only at the
8    bar with them getting a couple of drinks. And
9    Officer Switzer was also standing there, too. I
10   can't think of his first name. But he was the one
11   that was involved in the racial stickers in the
12   lockers.
13       They left. I told them to leave the
14   building, because they had no right to be back
15   there. As I'm walking out to ensure that the other
16   door is locked, I can hear through the windows in
17   the roll call room, the windows are up, they are out
18   there calling me all kind of racial names, Sheneneh,
19   Shanaynay, come downstairs you black bitch, I'll F
20   you up. And then Officer Switzer said, yeah, a
21   black bitch is what she is, you got that right.
22       I told them to leave. Officer
23   Cudahy went downstairs and told them, yo, guys, you
24   better leave, she can call somebody. I can hear him

1    out of the window stating this. He gets them back
2    to their car, he comes back upstairs.
3        The next day I come into work. Oh,
4    I'm sorry, I called the commander of the -- that was
5    covering the 15th District, that commander happened
6    to be in the 25th that day. I called him and told
7    him what had happened. So I would make sure that I
8    documented it. Tried to call Lieutenant Spangler,
9    couldn't get him on the phone at all. As I left --
10   do you want me to continue?
11   Q    Continue.
12       A    Okay. As I left the building and I
13   went home, I saw Officer Spicer turning down Bridge
14   Street. I was nervous, because I know they had
15   stated they were going to do things. But he didn't
16   follow me. I get home. Next day I come back into
17   work I tell them, tell Lieutenant Spangler what
18   transpired. He tells me, oh, yeah, Jeannie called
19   me last night and told me. I said, well,
20   Lieutenant, I was trying to call you too to tell you
21   what happened, but you never returned my call. But
22   you spoke to the subordinate?
23   Q    What day was this? Then I will let you
24   continue. I'm trying to get a timeframe on this.

1    A    This was in December of 2006, I
2    believe.
3    Q    Continue.
4    A    Or maybe 2005. I got to look at my
5    paperwork, ma'am. It's been a while. But it was in
6    December.
7    Q    So you're talking to --
8    A    Lieutenant Spangler. And I'm telling
9    him what happened. He's just sitting there with a
10   smirk on his face. So I give him the paperwork,
11   because that night I went home and wrote it up. I
12   brought it in to Lieutenant Spangler to give it to
13   him.
14   Q    And what happened after you -- did you write
15   a memo?
16   A    Wrote a memorandum for formal
17   disciplinary action against Jeannie Spicer for that
18   evening.
19   Q    And what happened to that? Was it a formal
20   memo, right?
21   A    Yes, ma'am.
22   Q    And you gave it to Lieutenant Edward
23   Spangler?
24   A    Yes.

1    Q    And what happened when you gave him the
2    memo?
3    A    He took the memo and approximately 15
4    minutes later he brought me into -- we had two
5    lieutenant's offices. He brought me into the
6    lieutenant's office where Lieutenant Doris was.
7    That was his assigned office. And he told me --
8    Q    Doris or Daris?
9    A    D-O-R-I-S.
10   Q    Okay. Continue.
11   A    He told me that Jeannie told him that
12   I hit her and that if I take her to the front she's
13   going to say that I hit her. I told him, I did not
14   hit her and I'm going to take her to the front.
15   Because why would she only tell this if I'm going to
16   punish her? If I hit her, she should be making a
17   complaint against me that I hit her. He told me, I
18   don't know. I sent the paperwork through. Again,
19   ma'am, nothing. No type of discipline whatsoever.
20   Q    Let me clarify your statement or ask you to
21   clarify your statement.
22        When you say you sent the paperwork
23   through --
24   A    Yes.

1    Q    -- what does that mean?
2    A    The formal disciplinary paperwork
3    through the chain of command. It would go through
4    Lieutenant Spangler. I gave it to him. He would
5    send it to Captain Broadbent. He would send it to
6    then Inspector Aaron Horne, and then to Chief
7    Blackburn.
8    Q    And, to your knowledge, you just testified
9    that nothing happened --
10   A    Nothing happened.
11   Q    -- in connection with the Jeannie Spicer
12   incident.
13   A    Yes. And going a little forward,
14   this is really quick. When it was time for me to
15   get promoted, Inspector Aaron Horne contacted me and
16   asked me if I still wanted to go through with
17   Jeannie Spicer's incident. And I told him yes. And
18   he told me, well, if you go through with it, they're
19   not going to promote you.
20   Q    And what was your response to Inspector
21   Horne?
22   A    I told Inspector Horne, well, I work
23   too hard to get promoted. I mean, ma'am, I had a
24   decision of should I punish this person for

1    something that happened over a year or so ago, or
2    should I get promoted to the rank that I work for?
3    I mean, I'm in a bad situation here.
4    Q    So then what did you do?
5    A    I got promoted.
6    Q    Okay. In connection with -- are there any
7    other incidents or any incidents or conduct by
8    anybody at NSF that created a hostile work
9    environment for you?
10   A    Yes.
11   Q    Tell me about those --
12   A    Captain Kelly. I went to him and
13   asked him could I --
14   Q    When did Captain Kelly become a commander of
15   NSF?
16   A    Captain Kelly came in December of
17   2006 when Lieutenant -- Captain Broadbent left. I
18   went to Captain Kelly -- no, I'm sorry. Captain
19   Kelly first called me into his office.
20   Q    When?
21   A    When he first got there.
22   Q    Okay.
23   A    He was there for approximately two
24   weeks. And he told me, what's going on. You know,

1  I was bombarded by all of the supervisors here
2  stating that, you know, your officers are saying
3  that you're basically like hounding them about going
4  out and producing on the street, like getting --
5  making sure -- they cannot -- they couldn't sit
6  around with me as a supervisor, basically. I did
7  not allow my officers to leave out of roll call --
8  first of all, I didn't allow them to have roll call
9  at 9 o'clock when it was supposed to be at 8
10 o'clock.
11 Q    I'll let you continue.
12     A    Okay.
13 Q    But I wanted to clarify something.
14          Who were your direct reports? Or
15 who were your officers that reported to you?
16     A    I had approximately ten officers
17 under my command. But when Captain Kelly was
18 promoted Sergeant Presbyorker (ph) who is now
19 Lieutenant Presbyorker, he was also promoted to
20 lieutenant. And Sergeant Lackman (ph) left and was
21 transferred to Neighborhood Services. So now I had
22 the entire squad under my command by myself as a
23 sergeant.
24 Q    And how many officers?

1      A    Approximately almost thirty. And the
2  span of control is less than thirty, of course, for
3  a sergeant, especially doing the sensitive work,
4  such as narcotic surveillances.
5  Q    And there were no other sergeants there?
6      A    There were other sergeants there, but
7  they refused to take another sergeant from another
8  squad to put in my squad to help me out. And when
9  other sergeants were assigned to the unit they were
10 not placed in my squad either. And those particular
11 sergeants that came after me, they were given an
12 assignment as soon as they came, not two weeks
13 later.
14          I asked Captain Kelly, why are all
15 of these other supervisors coming but I'm working by
16 myself and you're putting them in squads where they
17 have almost a full complement of supervisors?
18 Q    Were you the only African-American --
19     A    At that time I was the only
20 African-American supervisor in the narcotic bureau
21 in the city. Not just the Strike Force, in the
22 bureau.
23 Q    In the complaint you also -- and we'll get
24 back to Captain Kelly. But you also make an

1  allegation against an Officer Laverne Vann.
2      A    She was -- she came back to the
3  Strike Force. She was there and she was basically
4  the same thing that happened to me happened to her.
5  She was discriminated upon and she was put out of
6  the strike force. She won her arbitration and she
7  came back.
8  Q    And is she an African-American woman?
9      A    She's an African-American female.
10 And when she came to the district, to the unit, she
11 was automatically assigned to my platoon. I never
12 knew that Lieutenant -- Sergeant Vann, she's a
13 lieutenant now. I never knew that she had a issue
14 with me. But she did, because of the Commissioner's
15 aide, which was the chief at the time, Kimberly
16 Byrd, she thought that Kim Byrd we were these great
17 friends, and she had an issue with her.
18          The first day Sergeant Vann came to
19 the district, came to the unit, I never knew she was
20 there. Lieutenant Feinman took her in the office
21 and they had a meeting. Normally you would meet
22 with both of your supervisors at the same time.
23 They had a meeting by themselves. I find out she's
24 there. I'm like, oh, my goodness, I'm getting ready

1  to welcome her. As I'm turning the corner to go
2  into the sergeant's office, I hear her say, why did
3  they put me in that bitch's squad? I don't want to
4  be in that bitch's squad. She was talking to Chief
5  Blackburn.
6  Q    Okay. Let's back up a minute. Sergeant
7  Laverne Vann, she would be your peer or
8  counterpart --
9      A    My peer.
10 Q    Right. So why would she -- help me
11 understand why she would be in your squad.
12     A    She was placed there as a sergeant.
13 Q    Um-hmm.
14     A    But I never -- all of the other
15 sergeants that came before her, they never gave me
16 help. She comes and she has a issue with me and
17 they put her in my squad. I don't know that she has
18 an issue with me, but they know. Meaning Kelly,
19 Feinman, they know she has an issue with me, so they
20 put her in my squad for us to bump heads, basically.
21 And she was friends with them. So whatever they
22 told her to do, she did to me. She made a statement
23 that anything that she's ever got on the job, and
24 she was telling this to someone else in the office.

1  She said, anything that I ever got on this job I
2  never got from a black person. Everything I got I
3  got from a white man.
4  Q    But was she reporting to you?
5      A    No. She was my peer.
6  Q    Right. Okay.
7      A    She followed the directions of the
8  supervisor. She did things to me by not allowing
9  subordinates to respect me. She told them they
10 didn't have to listen to me. She was going along
11 with what was already happening to me there in the
12 Narcotics Strike Force.
13 Q    And who was the supervising lieutenant then?
14     A    That was Lieutenant Feinman.
15 Q    Okay.
16     A    And they rode in the car together
17 every night. They went to get coffee. They brought
18 each other coffee in. Not that I wanted coffee.
19 But they brought each other coffee in, they never
20 talked to me. So it was a division right there. It
21 was -- Lieutenant Feinman and -- they showed
22 disparity consistently.
23 Q    Now, I cut you off. But I want to circle
24 back to Captain Kelly coming to the NSF in 2006 and

1  then you -- let's talk about the meeting with
2  Captain Kelly, your meeting with Captain Kelly.
3  Tell me about that meeting.
4      A    He was saying that he was meeting
5  with all of the supervisors, but he brought me in
6  and was telling me, you know, what other supervisors
7  had stated, which was -- one of them was Sergeant
8  Hayes. Jeannie Spicer had went to him and told him
9  that, you know, I didn't basically know what I was
10 doing or whatever. I had more time on the job than
11 her. But it wasn't that I didn't know what I was
12 doing. I wasn't allowing her to be corrupt.
13 Q    Okay. So tell me about the meeting with
14 Captain Kelly.
15     A    That was basically it. He was
16 telling me, trying to find out what were some of the
17 complaints that, you know, that they were -- the
18 other supervisor, which was Hayes and --
19 Q    Is Hayes black or white?
20     A    He's a white male.
21 Q    Okay.
22     A    All of these supervisors were white
23 males.
24 Q    Are they sergeants?

1      A    They were sergeants. They were my
2  peers. And it was -- basically the complaints
3  were -- came from the officers, which was the
4  surveillance officers, which was Jeannie Spicer, and
5  also we had two squads, which was the bike squad and
6  the line squad. And the bike squad, they thought
7  that they were the elite. When you work together in
8  a unit, you know, you have to be fair with
9  everything. And if I did anything that they did not
10 like, they could get transferred out of my squad.
11 If I told an officer, you know what, you can't go to
12 lunch today, they would go inside and tell the
13 supervisors and they would get transferred.
14 Q    With all of this conduct, the comments by
15 Jeannie Spicer, her brother, her boyfriend --
16     A    Yes.
17 Q    Did her boyfriend work in the NSF?
18     A    Yes.
19 Q    Did you go to the EEO unit of the police
20 department and lodge a complaint?
21     A    I would never use the EEOC in EEO in
22 the police department. They're -- the people that
23 you make the complaints to are friends with the
24 people that they could have worked as a partner next

1  to that person. They have cops, police and cops. I
2  would never go to them, because it wouldn't be -- it
3  would be bias.
4  Q    Okay. Did you tell Commissioner Johnson
5  what was going on?
6      A    No, I didn't. I didn't have -- I
7  didn't know Commissioner Johnson that well to go
8  over and just make a phone call and call him on the
9  phone and say this is what they're doing to me. I
10 didn't know him in that capacity. Although, this is
11 the rumor that went around because I went directly
12 to the Narcotics Strike Force. I did not know
13 Commissioner Johnson in that capacity. But any time
14 Commissioner Johnson moved a black female in the
15 Philadelphia Police Department he had to be sleeping
16 with them or they were his niece, as the white males
17 stated about them. You couldn't just get moved on
18 your merit. You had to be sleeping with the
19 Commissioner in order to get there. And that was
20 just an overall gist of his reputation in the police
21 department.
22        And because of his reputation in the
23 police department because they thought that I was
24 affiliated with Kim Byrd, now Commissioner Ramsey

1  doesn't like me, because he doesn't like Kim Byrd.
2  I'm just being honest. This is what it's all about.
3  Q    You're under oath. You have to be honest.
4       A    Okay. Yes. This is what it's --
5  this is what it's all about. He has a problem
6  because they thought that Kim Byrd transferred
7  people and she had all of these friends. Any phone
8  records that I have will show that Kim Byrd and I
9  were not friends. I saw her, she saw me, hey, how
10 you doing, whatever the case may be. But we were
11 not friends. I didn't hang out with her. I didn't
12 talk to her regularly on the phone.
13 Q    What was your relationship like with your
14 supervisor, Lieutenant Feinman?
15      A    Lieutenant Feinman came to -- as soon
16 as he came in, ma'am, the first statement that he
17 made was -- he's made a statement about impact and
18 he knew a whole bunch of people in impact in
19 Internal Affairs. I didn't know what he was -- what
20 that was referring to. I didn't know why he would
21 say that to me. And I said, okay, sir, well, you're
22 my supervisor, but I don't know why you're referring
23 to impact. After he got there I knew that there
24 were some goings-on with the way that the

1  surveillances were being conducted. I had officers
2  complaining to me about the manner in which Officer
3  Jeannie Spicer was conducting surveillances and also
4  the credibility, her credibility was in question.
5  And it wasn't just the officers, it was myself as
6  well.
7  Q    Okay. Did there come a time when you asked
8  Captain Kelly to investigate the Eric Dial situation
9  incident?
10      A    Yes.
11 Q    And what did Captain Kelly say and or do in
12 response to your request for an investigation?
13      A    I remember I asked Captain Kelly in
14 the roll call room, I specifically asked him, what's
15 going to happen with Eric Dial? This was on a day
16 when I had told an officer that he could not do
17 something on a surveillance. I can't remember
18 exactly what it was. But it was Officer Billy Toll.
19 And when I came into headquarters Billy Toll had
20 already called headquarters and told Lieutenant Haag
21 that I had said something to him that I was doing my
22 job incorrectly and I was telling him to do
23 something that he didn't want to do. I was upset.
24 I was crying, because at that point, ma'am, I was so

1  fed up.
2       Captain Kelly came into the roll
3  call room and I stated to him, this is happening to
4  me, sir, because you have not done anything. No one
5  is helping me and no one is doing anything. Ever
6  since Eric Dial called me those names and nothing
7  was done under Broadbent's command and now you're
8  here. This is why they are continually -- my
9  subordinates are being insubordinate. He told me
10 that he could not punish an officer for something
11 that didn't happen under his command, which is
12 totally false, according to police policy.
13 Q    And did there come a time when you wrote a
14 memo to Captain Kelly about this?
15      A    I wrote several memos to Captain
16 Kelly about incidents that were occurring. However,
17 I did write a memo from -- through the chain of
18 command from Lieutenant Feinman all the way through
19 to Chief Blackburn, detailing the things that
20 happened, some of the things that had happened while
21 I was assigned and that I had sent paperwork through
22 and referencing requests for formal disciplinary
23 action and nothing was done.
24 Q    In these memos did you ever reference being

1  called Shanaynay, Sheneneh, the Eric Dial incident,
2  being called black bitch, did you write that in the
3  memo?
4       A    Yes, ma'am. And they still didn't do
5  anything. Until this day they have never talked
6  about it. I saw -- Chief Broadbent had came over to
7  the Narcotics Strike Force one day. I said, chief,
8  did you get my memo, are you going to help me out?
9  He says, I gotta go, Saundra. I can't talk about
10 that. And he walked away from me. Until this day
11 it has never been settled.
12 Q    So after Captain Kelly tells you that
13 there's really nothing that can be done 'cause it
14 didn't happen on his watch, what, if anything, did
15 he do? Did he do nothing?
16      A    He did nothing. About -- I don't
17 know how long after I spoke to him, I ran into then
18 Chief Kimberly Byrd, Kim Byrd. And when I ran into
19 her, she asked me the same thing, hey, how are you
20 doing, how you making out there? I wasn't gonna
21 lie. I said, I'm not making out great over there.
22 And she says, what's going on? I said, I got a guy
23 over here that called me all of these names and he
24 was never punished. She was appalled. She said,

1 well, how did this person not get punished and you
2 wrote formal disciplinary action? I told her, I
3 don't know. She contacted -- I'm getting ready to
4 say inspector. He's now an inspector -- Captain
5 Kelly. And she informed him, she asked him about
6 the disciplinary action. I learned this later, that
7 she asked him about the disciplinary action. He
8 stated that he has started investigations and that
9 none of the people that he investigated stated that
10 anything happened. She said, well, I want to have
11 the whole squad investigated. How can you just
12 interview a certain amount of people? You have to
13 interview the whole squad to find out if something
14 happened. Later Captain Kelly only interviewed
15 Keith Sadowski and William Campbell.
16 Q    Those were the only people he interviewed?
17    A    He interviewed after she told him to
18 interview the entire squad.
19 Q    But he only interviewed William Campbell and
20 Keith Sadowski?
21    A    After Chief Byrd spoke to him.
22 Q    So he only interviewed two people?
23    A    Yes. He did not interview the entire
24 squad like she informed him to do.

1 Q    Were you friends with William Campbell and
2 Keith Sadowski?
3    A    I was never friends with them. I
4 worked with William. We call him Billy. I worked
5 with William Campbell in the 25th District. I was
6 in 2 Platoon. He was on last out, night work. We
7 saw each other in passing, was at a promotional
8 examination together, hey, how you doing. Keith, I
9 knew Keith from the 39th District. I had only had
10 one interaction with him when he was in the 39th
11 District. We were talking about arrests that had
12 been made. I didn't know either one of them. And I
13 had a good relationship with them, working
14 relationship. But not a relationship where we went
15 out to eat lunch together consistently. It was none
16 of that.
17 Q    Do you know what they testified to or what
18 they stated -- not really testified, but what they
19 stated to Captain Kelly in connection with the Eric
20 Dial incident? Are you aware of the contents of
21 their statements?
22    A    Now I am, yes. Afterwards. I mean,
23 when they had their statements, you're not supposed
24 to talk about anything.

1 Q    So you didn't know it at that time.
2    A    No, I didn't know at that time. Only
3 thing I know is they, about maybe a couple weeks
4 later, or something, they brought it to my knowledge
5 that they were being treated unfairly. Like people
6 stopped talking to 'em. I knew it was a difference
7 even with myself, but they stopped talking to Keith.
8 They stopped talking to Billy. Keith was in the
9 men's locker room and someone said something like,
10 you're supposed to be on our side, referencing
11 whites. And then it was a note placed on, I believe
12 it was Keith's locker. It was either Keith or
13 Billy's locker, I can't remember. But someone had
14 wrote a note stating that they were going to contact
15 somebody. I really don't know the gist of the note.
16 However, someone went by and wrote "rat" on the
17 note. I was aware of that.
18 Q    Now, were William Campbell and Keith
19 Sadowski your direct reports?
20    A    Yes, they reported directly to me.
21 Q    And did you have a good working relationship
22 with them?
23    A    Yes.
24 Q    Okay.

1    A    But they were all treated fairly.
2 Everyone. I treated everyone fairly.
3 Q    Do you need a sip of water?
4    A    Yeah, you could tell. Thank you.
5 Q    Did you go to the EEOC in connection with
6 these incidents with regard to racial remarks,
7 hostile work environment issues, sex discrimination?
8 Did you go to the EEOC at any time?
9    A    Yes. I went to the Federal EEOC in
10 2006. They lost my paperwork and I had to refile in
11 2007. When I filed in 2006, that's the paperwork
12 that contained a lot of other information that I
13 could not use. That was the information that had
14 incidents about McCullum, some of the things that
15 had happened prior to me getting to the Narcotics
16 Strike Force and how my reputation and my character
17 was assassinated before I arrived there.
18 Q    Were any of your work assignments ever
19 changed while you were at the Narcotics Strike
20 Force?
21    A    Well, yeah. Like I said earlier, I
22 was given unfair details. A lot of Saturdays they
23 would have details, and no one really wants to go to
24 a detail. You want to work, you know, with your

1 officers. But after I got there every detail
2 Lieutenant Spangler was sending me to the details.
3 Q What does that mean sending somebody to the
4 details?
5 A Well, like you get details of
6 funerals or if they're having a rally they would
7 send a narcotic supervisor to those types of
8 details. And that's what he -- not that I didn't
9 want to go, because it was for the community. But
10 why did I have to be the only person that went when
11 Sergeant -- our squad was full. Sergeant Lackman
12 and Sergeant Presbyorker were in the squad.
13 And that's another issue I would
14 like to go back for a minute to when I arrived
15 there. I was placed in Lieutenant Spangler's
16 platoon, which was 2D, and there were other platoons
17 that was lacking supervisors. So I could have went
18 somewhere else to help out, but I was specifically
19 placed in Lieutenant Spangler's squad so that he
20 would be able to come after me and make a hostile
21 working environment for me.
22 Q But these details are part of the job,
23 correct?
24 A They're part of the job, yes. But it

1 doesn't mean that it has to be part of my job.
2 Q They're not viewed as a demotion, correct?
3 A They're viewed -- as far as the norm
4 in the police department, they're viewed as getting
5 stuck with something. It's an unfavorable
6 assignment.
7 Q But it's part of the job, correct?
8 A It's part of the job, yes.
9 Q Did your salary remain the same?
10 A Yes.
11 Q Okay. At some point did you request a
12 transfer from NSF to Citywide Vice?
13 A I requested the transfer per Captain
14 Sharon Seaborough and staff inspector -- at the time
15 Staff Inspector Teresa Peay-Clark.
16 Q Tell me how that came about.
17 A Apparently someone had went to these
18 females and explained to them what I was going
19 through at Narcotics Strike Force. I didn't go to
20 them. Captain Seaborough contacted me and told me,
21 look, I talked to Terry Peay-Clark and we know that
22 they're trying to stop you from getting promoted.
23 So Terry -- Inspector Peay wanted me to come over to
24 Citywide Vice, because she worked in that building

1 and she wanted me to work on daywork with her so
2 that I would -- so that she could kind of monitor
3 what was going on, because she had heard of the
4 things that was going on with me and that people
5 were bothering me and I was working in a hostile
6 working environment. I couldn't go to daywork,
7 because there was another officer there, a corporal
8 there, Janine Merritt, who couldn't work 6:00 to
9 2:00. So she said, well, work 6:00 to 2:00, which
10 was 6:00 p.m. to 2:00 a.m., but I'll still be in the
11 building with you.
12 Q And what period of time did you -- so you
13 successfully got the transfer to Citywide Vice,
14 correct?
15 A Yes. But it was already -- it was
16 a -- I didn't have to fill out any paperwork to go
17 there. They just told me to report there. I
18 reported.
19 Captain Kelly contacted me and told
20 me that I had to write a memorandum to go to
21 Citywide Vice. I said, well, I wasn't told that,
22 sir. I wrote the memorandum and in the memorandum
23 it stated that I am leaving the Narcotics Strike
24 Force because I'm working in a hostile working

1 environment. It was a summary of what I was
2 stating. That was the only reason I was going to
3 Citywide Vice. I didn't want to go there. He told
4 me that I had to change the memorandum and to put on
5 the memorandum that I requested to go there and that
6 was basically it, because he wouldn't accept the
7 other memorandum. So he forced me to change the
8 reason why I was going there.
9 Q Did you change the memorandum?
10 A Yes, I did.
11 Q Okay. Did you want to stay in narcotics?
12 A I didn't. I didn't want to -- I
13 didn't want to stay in narcotics. Well, Vice is a
14 part of narcotics. I wanted to get out completely,
15 but I was on a promotional list. So there was no
16 need for me to put in a transfer to go somewhere
17 else, because I was on a promotional list to leave.
18 Q So give me the time period that you were
19 transferred to Citywide Vice.
20 A I went to Citywide Vice I believe in
21 February of 2007.
22 Q And what rank were you at this time?
23 A I was still a sergeant.
24 Q Okay. And what were your duties?

1    A    I didn't really have a lot of duties
2  in Citywide Vice. I was just there to monitor the
3  officers while they went out and got arrests for
4  people who were soliciting with prostitution.
5    Q    Did anybody engage in any racially
6  discriminatory conduct towards you at Citywide Vice?
7    A    Well, I had one officer, Karina Bail,
8  she was -- it might be Bailey is her last name. She
9  had said quite a few things in reference to what was
10 going on in Narcotics Strike Force. And she was
11 consistently stating that Chief Blackburn was going
12 to get me. All of the white shirts were going to
13 get me. This is a statement that she made to
14 another officer, which was Officer Weston.
15           In addition, one day I was going up
16 on the elevator at CJC and the doors open and she
17 didn't see me standing there and she was making the
18 same statements to someone else.
19   Q    But if I hear your testimony correctly, she
20 wasn't making the statement directly to you?
21   A    No. But they were about me and she
22 was spreading those rumors of -- about me to other
23 people.
24   Q    Did anybody else engage in any

1  discriminatory conduct or make comments about you
2  that could be construed as sex discrimination?
3    A    Well, I believe that Lieutenant
4  Green, he came -- as far as my gender is concerned,
5  he came to work to monitor, to monitor me. For --
6  he had never did that. The sergeants were surprised
7  that he came to work. He came to work on -- after
8  hours. After he was off the clock he came back to
9  work to monitor me.
10   Q    What shift were you working?
11   A    I working 6:00 p.m. to 2:00 a.m. And
12 like I said, it wasn't much that I had to do. I
13 just basically went out, listened to the radio,
14 monitored the officers. And I sat behind the patrol
15 wagon when the people who were arrested were placed
16 inside of the patrol wagon. And sometimes I would
17 go around and monitor to make sure that the -- for
18 quality purposes go around and monitor to make sure
19 they were doing their job.
20   Q    Miss Russell, how do you know that he was
21 coming back to work to monitor you?
22   A    Because Corporal O'Connor got the
23 phone call, and he came in and he not only stated to
24 me that the lieutenant -- he told me the lieutenant

1  didn't want me to know that he was coming in. He
2  also stated that in roll call.
3    Q    Tell me about that. Who stated what in roll
4  call?
5    A    Corporal Connor (sic) went to roll
6  call and stated that the lieutenant was coming in
7  and the reason why he was coming in is to monitor
8  me.
9    Q    Did he say this in roll call in front of the
10 squad?
11   A    Yes. Yes. And they have wrote
12 statement -- or, well, stated this in other
13 investigations.
14   Q    Did you go to anyone to complain about this
15 conduct?
16   A    I just added it onto my EEOC
17 complaint.
18   Q    You didn't go back to Inspector Peay or
19 Captain Seaborough?
20   A    Oh, I told them, you know, that,
21 look, this is what's going on. They said, well, you
22 know, just hold your time until you can get out of
23 here.
24           In addition, Lieutenant Green

1  contacted me on the phone and accused me -- I have
2  the date that he did it, but I'm not for sure what
3  day it is. He contacted me and accused me of -- it
4  was another sergeant there. So I'm getting confused
5  with the names, because there's so many names.
6  Danny -- his first name is Dan. He was a sergeant
7  that worked with me. He contacted me to state that
8  I had placed Dan on the DAR, which had him placed
9  for working and he wasn't. He totally accused me of
10 this. And the problem was, I didn't have -- when
11 you're -- I was detailed to Citywide Vice. I could
12 only go into their records to change -- to put the
13 payroll -- I mean, to put the time in. If I was
14 transferred there I couldn't go in, but he
15 automatically accused me of it. And they had gave
16 permission to an officer to put it in.
17   Q    Well, what was the frequency of any racial
18 comments or sex discrimination comments while you
19 were at Citywide Vice?
20   A    I can't -- I don't recall at this
21 time, ma'am. It's been so -- I'm just being honest.
22 It has been so many years. I mean, if I was to look
23 at my paperwork, then I would be able to recall and
24 I would be able to give you exactly what happened

1 with that particular incident. However, at this
2 time, I don't -- I really don't -- those were the
3 only things that I recall at the time, was me not
4 being able to punish with Chief Blackburn, me not
5 being able to punish Karina Bailey, Corporal
6 O'Connor stating that the lieutenant was coming back
7 to work to follow up on me. And I was the only
8 female supervisor there again sergeant. He did not
9 do that for the other male sergeants that were
10 there.
11    Q    Okay. Did there come a time when you were
12 promoted to lieutenant?
13       A    Yes.
14    Q    And when was that?
15       A    That was in November of 2007.
16    Q    And what was your next assignment when you
17 were promoted to lieutenant?
18       A    19th District.
19    Q    And you were assigned there?
20       A    Yes.
21    Q    By whom?
22       A    I don't know. But I know Captain
23 Singleton asked me to come to the 19th District.
24 First he asked me did I know how to do CAPS. And

1 those were complaints against police. Because
2 everybody doesn't know how to do them. I told him I
3 did. This was on a day of my promotion, he walked
4 up to me with several other people standing around
5 me and asked me, he says, I need an adamant
6 lieutenant, you want to come work for me? And I
7 told him, I don't like working inside. So I don't
8 think I want to come to the 19th District. Next
9 thing I know, I was transferred to the 19th
10 District. But I did not want to go there. And
11 commanders do have a say in people that come to
12 their districts. They can contact the transfer,
13 whoever's doing the transfers, and say, I want this
14 person and that person.
15    Q    Did you ever go to anybody and say, I really
16 don't want this assignment?
17       A    I can't -- on the day of promotion I
18 can't tell -- you get assigned that day.
19    Q    I'm going to give you copies of this. I'm
20 going to let you --
21       A    That's the card I wrote.
22       MS. SHIELDS: I'm going to let you
23    read the card.
24       MR McDUFFY: Yes.

1 BY MS. SHIELDS:
2    Q    And I'm going to let you read it.
3       A    I know what I put on there.
4    Q    Okay.
5       MS. SHIELDS: We're going to mark this
6    as D-1.
7                  * * *
8       (Whereupon, the above-mentioned
9    card was marked for identification
10    as D-1.)
11                  * * *
12 BY MS. SHIELDS:
13    Q    Is this a card that you gave to -- just to
14 identify D-1 for the record. It's a thank you card.
15 Would you describe it and read the contents.
16       A    Yes. This is when I first got to the
17 district the first week I was there. Captain
18 Singleton, thank you for welcoming me into your
19 district. I am happy to work for someone with so
20 much knowledge and leadership skills. Add on -- I
21 can't even remember my own handwriting. Add on -- I
22 think it says add on a personality that is bar none
23 and you have the best. It feels good to know that
24 someone has your back even when you don't ask.

1 Bless you always, Lieutenant Saundra Russell.
2    Q    And is that your handwriting?
3       A    Yes, it is.
4    Q    And this is a card that you sent?
5       A    On the first day of the first week
6 that I was in the district.
7    Q    Okay. Did Captain Singleton engage in any
8 conduct towards you that would be sexually
9 harassing?
10       A    Absolutely.
11    Q    And would you describe that conduct. What
12 did he do?
13       A    Captain Singleton stated --
14    Q    When?
15       A    Today. That I had met him prior, but
16 he couldn't remember. But he does remember meeting
17 me in 1998 at Lieutenant Josey's house.
18    Q    Continue.
19       A    He asked me to give me -- get my
20 phone number on that day. I think it was April of
21 1998. And he was trying to have a conversation with
22 me in reference to going out. I declined. I didn't
23 see Captain Singleton again. I think he was
24 promoted to sergeant that day. I didn't see Captain

1   Singleton again until I was assigned to the 23rd
2   District and he was in narcotics. I saw him in
3   passing when I would go downstairs and change my
4   clothes at the locker and we would briefly, you
5   know, have a conversation or whatever. And he just,
6   you know, just a normal conversation. He was
7   telling me he had got married and different things.
8           I left the 23rd District, of course.
9   I went to Narcotics Strike Force. I didn't see
10  Captain Singleton again till the promotion in 2007.
11  That's why I was surprised when he walked up to me
12  and asked me if I wanted to come and work for him,
13  and he was working in narcotics when all of these
14  things were going on. He was in narcotics and I was
15  in narcotics at the same time. But even though we
16  were in separate units the bureaus are all the same.
17  He was in the field unit and I was in the Narcotics
18  Strike Force. He was promoted I believe in June of
19  2007 or July. And I was promoted in November of
20  2007. So there's no way in the world that Captain
21  Singleton did not know what was going on in
22  narcotics, because we're all in the same bureau.
23  Q        When you became his administrative
24  lieutenant did he ever ask you out on a date?

1   A        He never asked me out on a date. But
2   he asked me was I married. He had conversations
3   with me -- like his mother is a Libra. I don't know
4   his mother. He told me -- he asked me, what's your
5   sign? I told him, well, I'm a Libra. He said, oh,
6   yeah, you're just like my mom. You know, my mom,
7   she can't stand no good men or a man -- something
8   about no good men or whatever the case may be, and
9   she's a perfectionist like you. That's what this
10  male said to me. I don't know his mother to tell me
11  that his mother was a Libra. He was having these
12  conversations with me. This is not the first time.
13          He was asking me about being fixed.
14  I don't know what being fixed is. He said this to
15  me on three occasions, ma'am. It was like months
16  apart. He said it to me in like 2007, then he said
17  it again in like the beginning, I think, of -- I
18  don't know the dates, but I know it was like months
19  apart he asked me. And finally I said to him -- I
20  asked my son, I said what is fixed or whatever.
21  He's like, I don't know. He thought he was talking
22  about being -- vasectomy. I said to him, I said,
23  what are you talking about vasectomy, uncircumcised?
24  He said yes. That's what he said to me. And he --

1   and I had a ring on one day. It's a Tiffany ring
2   that my grandmother gave me years ago. I had it,
3   but it was turned on backwards. It's a gold ring.
4   I came in there and he said to me, so what, you went
5   and you got married on me? This is what Captain
6   Singleton said.
7   Q        Okay. Did he ever ask you to have sex with
8   him?
9   A        No.
10  Q        Okay.
11  A        No, he did not.
12  Q        Did you tell him to stop the comments?
13  A        I told him that. I said, I don't
14  want to have this conversation anymore. I told him
15  that after he talked about the circumcised. I was
16  afraid to close his door when I went into his
17  office. Oh, come on in, sit down, Lieutenant. I
18  felt uncomfortable after he had the first
19  conversation.
20          But, ma'am, I had came from a place
21  that had already characterized me and said things
22  about me from Narcotics Strike Force. All I want to
23  do at this time is do my job and come from under the
24  radar. I don't want any more problems, ma'am. I

1   don't. I didn't want any more problems. I was --
2   just went out and did my job and I got tired of my
3   name being stuck up under the mud. And it wasn't me
4   as a Christian. I'm sorry. It just bothered me.
5   And I stayed away from it. All I wanted to do was
6   come to work every day and I did my job and I did it
7   to the fullest. I set that entire district up for
8   Captain Singleton. He didn't know what he was doing
9   when he got there. But because I had worked in 5
10  Platoon in the 23rd District I was able to do that
11  for him. I set up those details for him and helped
12  in his crime patterns.
13  Q        Okay.
14  A        He did say sexual things to me.
15  Q        Are they the same things that you've
16  testified about?
17  A        Yes. I'm not gonna lie and say he
18  asked me to have sex with him, because he didn't.
19  Q        Okay.
20  A        He didn't ask me to go out on a date.
21  But he made sexual comments.
22  Q        Every day?
23  A        No. No, he didn't make sexual
24  comments every day. He didn't. And I don't believe

1     Captain Singleton is that type of person to make
2     sexual comments every day. But I know that he made
3     those comments.
4     Q     Did he treat you as a professional?
5       A     No. He did when I first came there.
6     But, like I said, he was -- go ahead.
7     Q     Did there was come a time when your
8     professional relationship deteriorated?
9       A     Yes, ma'am.
10     Q     Okay. And did there come a time when he
11     reassigned you to another platoon rather than be his
12     administrative aide?
13       A     Yes. And I thanked him for that.
14     Because I wasn't an inside person. I never wanted
15     to work in the inside. If you look at my files, I
16     didn't want to work in the inside. But he gave me
17     the assignment and I was glad to be there.
18     Q     Okay.
19       MS. SHIELDS: I'm going to show you
20     this card.
21       MR McDUFFY: Thank you.
22       MS. SHIELDS: I'm going to make copies
23     of this.
24       MR McDUFFY: Okay.

1       MS. SHIELDS: I have to Bates stamp it
2     and everything.
3       THE WITNESS: Um-hmm. I remember
4     writing that. I like writing cards.
5     BY MS. SHIELDS:
6     Q     I'm going to identify this as D-2. It's a
7     card with tulips on it.
8       A     Um-hmm.
9     Q     And I'm going to show you this card and ask
10     you to read it.
11       A     Okay. Captain Singleton, thank you
12     for the opportunity to work for you. I enjoy the --
13     Q     Slowly, 'cause she's got to take it down.
14       A     Oh.
15     Q     Go ahead.
16       A     You want me to start over?
17     Q     Yes.
18       A     Captain Singleton, thank you for the
19     opportunity to work for you. I enjoyed the work and
20     efforts put forth. I will continue to be a work
21     house in 1 Platoon. Thank you, Lieutenant Russell,
22     128.
23       * * *
24       (Whereupon, the above-mentioned

1     card was marked for identification
2     as D-2.)
3       * * *
4     BY MS. SHIELDS:
5     Q     In connection with Captain Singleton's
6     comments or conduct towards you, did you -- once
7     again I'm going to ask you, did you file an EEO
8     complaint?
9       A     Later I did.
10       MR McDUFFY: You got to wait for the
11     question to be finished.
12       THE WITNESS: Oh, I thought she was
13     finished.
14     BY MS. SHIELDS:
15     Q     No, I'm talking slowly.
16       A     Oh, okay. Yeah, I talk fast.
17     Q     You're too quick for me.
18       Did you file a Police Department EEO
19     complaint?
20       A     No.
21     Q     Why not?
22       A     Because I don't trust the
23     Philadelphia Police Department.
24     Q     Did you file an EEOC charge with regard to

1     Captain Singleton's conduct and comments?
2       A     Yes.
3     Q     Did you tell him that you were filing those
4     charges?
5       A     No.
6     Q     Just give me a moment.
7       A     Yes, ma'am.
8       * * *
9       (Pause.)
10       * * *
11     BY MS. SHIELDS:
12     Q     There are a couple complaints against police
13     that were filed against you, Miss Russell.
14       A     Yes.
15     Q     One was from a Mr. Osai, O-S-A-I, Becton,
16     B-E-C-T-O-N, a proprietor of a barbershop. And can
17     you tell me about that incident.
18       A     In detail or basic summary?
19     Q     Just a basic summary of him complaining
20     about your conduct towards him --
21       A     (Witness nods head.)
22     Q     -- and the comments of calling him the N
23     word.
24       A     Okay. I do a lot of community

1 policing. I go around the neighborhood and I talk
2 to people in the neighborhood. People are always
3 complaining about they don't have jobs. I go to a
4 lot of places, McDonald's, wherever who has a help
5 wanted sign, I get the person's information. And I
6 am a person that gets out of my patrol car and I do
7 talk to the young fellows on the corner, because I
8 do have to make a difference in the community. And
9 they said, oh, well, you know, I need a job. I got
10 one for you, go over to this place or go over to
11 that place. I always did that. I did that as an
12 officer in the 25th District. And people that
13 worked with me know that I did that. I saw a help
14 wanted sign in the window. I rode past.
15 Q    Of where?
16    A    Of the barbershop. I saw a help
17 wanted sign in the window. It was facing 52nd
18 Street. I went around the corner and when I came
19 back I parked -- I can't remember whether I
20 parked -- I parked on the parallel street. I can't
21 remember which street that is right now. Maybe
22 that's Thompson Street. It was two gentlemen
23 standing outside the barbershop. That's why I
24 stopped. I said, hey. Basically help wanted,

1 what's the phone number or whatever. 'Cause all it
2 said was help wanted. They said, well, you see the
3 help wanted sign. I said, yeah, but I don't know
4 where it is. I don't know -- there was nothing --
5 there was no name on the barbershop. I said, I
6 can't give anybody directions or tell them where to
7 come, you don't have any name here. That was as far
8 as it got about a sign in front of the barbershop.
9 I never called this gentleman a nigger.
10    In 1997, and you could look up the
11 records, my brother was stabbed by Donald Murdoch,
12 because they walk -- a bunch of white males walked
13 up and said it was nigger night because it was only
14 seven black families living in Olney. My father sat
15 down with us that night, because we were never
16 allowed to use that word. Because people were
17 beaten for us to not be called those names. And
18 told us that we better not ever use that word.
19    But this same officer that tried to
20 stab my mother and stabbed my brother and my brother
21 almost died, he's on the Philadelphia Police
22 Department.
23 Q    Okay.
24    A    So I don't use the word nigger. And

1 another thing, how can I be found guilty of a
2 complaint of what somebody else said that I said?
3 His workers said that I called him that. That
4 doesn't make sense, ma'am.
5 Q    Did there come a time when you sustained a
6 work related injury when you were detailed to the
7 16th District?
8    A    I worked -- oh, yeah. I was -- well,
9 yeah, I was covering. I wasn't detailed there,
10 actually.
11 Q    You were covering.
12    A    I was covering the 16th District,
13 yes, I did, ma'am.
14 Q    And did you sustain an injury to your head
15 at that time?
16    A    Yes. I sustained an injury as I was
17 looking on the ground for shell casings. There was
18 a two-by-four, not a stick, a two-by-four was well
19 five feet out of the vehicle. It was a low vehicle.
20 And they kept -- my officers kept calling me and
21 stating, you have to call homicide, because homicide
22 refused to come out to the scene. And they were
23 only sending the detectives. But the gentlemen
24 was -- passed, had passed. I struck my head from

1 above my eye all the way across my ear, because I
2 was facing this way and it hit me. And it's on a
3 slant. At that time I had wood shavings all over
4 the front of my shirt (indicating).
5 Q    Were you bleeding?
6    A    I wasn't -- well, it was a little.
7 But, you know, like a -- more like the -- if you get
8 scraped on a piece of wood it's like the white comes
9 off. You see your -- that's what it was. And I
10 went to Sergeant King, and it was other officers out
11 there, and I said, you know, I just hit my head on
12 that stick. And I'll be honest, I was so vain I was
13 looking up at the helicopters hoping that they
14 didn't catch me hit my head on the stick and appear
15 on Dumbest Cops.
16    They wiped the -- helped me wipe the
17 wood -- that's how hard I hit my head, that they
18 helped me wipe the wood off of my shirt.
19    Sergeant King immediately contacted
20 radio, police radio. That is the protocol. The
21 protocol is you contact police radio and you give
22 the badge number of the officer that is injured,
23 then you contact the front desk. You contact the
24 front desk, you give that officer's information, the

1  badge number, and where the injury was sustained.
2  In addition, you let the front desk know whether
3  that officer is being transported to the hospital or
4  whether that officer is not going to go to the
5  hospital at the time.
6        The next thing that you do is you
7  generate a 75-48A. A supervisor generates that
8  injury report, not you. A supervisor on the scene
9  generates that injury report. Sergeant King
10  generated that injury report. That supervisor is
11  supposed to notify -- make sure that the operations
12  room supervisor is notified of the injury so it can
13  be reported on the sending and receiving sheet for
14  the day.
15  Q    Go ahead. I'm sorry.
16        A    The injury report, the injury report
17  is supposed to be filled out by your supervisor.
18  Q    Did you go to the hospital in connection
19  with this head --
20        A    No. No, I didn't go to the hospital,
21  because I was trying to be brave at the time. But
22  then I also didn't want any -- I know it sounds
23  crazy, but I just didn't want -- I didn't want to
24  get involved with anything. I didn't want anybody

1  to hear my name. I had been through so many things
2  in the Strike Force. I didn't want anybody to know
3  my name. I wanted to just fall off the face of the
4  police department, because I had been through so
5  much in the Narcotics Strike Force. And that's the
6  honest to goodness truth. I just didn't want
7  anybody asking me anything, ma'am. I just didn't
8  want anything.
9  Q    But there came a time when you did complete
10  a comp services incident report.
11        A    I went to Captain Singleton -- that
12  day that I was injured Captain Singleton contacted
13  me via police radio and told me to take
14  headquarters. He told me to call him, too. I
15  couldn't use my phone, I used the officer's phone.
16  And I called Captain Singleton. He told me that he
17  needed me to come into headquarters to discuss some
18  things he had just come from comps -- from the comp
19  stat meeting. I told him, okay, I was out on the
20  scene. I left there, I went into the district.
21  Captain Singleton wasn't in the district when I
22  first came in. He hadn't arrived yet.
23  Q    Was this in the morning or in the afternoon?
24        A    It was in the morning. I can't

1  remember what time it was when I got back to the
2  office with him, to the headquarters. But it was in
3  the morning when I was injured.
4  Q    It was in the morning. Do you remember what
5  time in the morning?
6        I'm just trying to get -- you know,
7  it's so hard to get the context of this.
8        A    I know. It might -- it was between
9  8:00 and 10 o'clock, something like that.
10  Q    Okay.
11        A    Okay? Around that time.
12        And he's at comp stat on that -- but
13  he was at comp stat meeting on that particular day.
14  Okay? He called me into headquarters. He wasn't
15  there when I got there. I went into the operations
16  room. While being in the operations Room Officer
17  Sharee Mapp, they saw the injury on my head, the
18  officers in there. I cannot remember everybody that
19  was there. Officer Sharee Mapp asked me what
20  happened. I told her I had hit my head, because she
21  could see the bruise. She went over to the fire
22  department, which is right around the corner or next
23  door to us and she got ice packs for my head and
24  also Tylenol for a headache. 'Cause I had an

1  extreme headache. I went to -- I saw Captain
2  Singleton coming into the district. When I went to
3  Captain Singleton's office, he wasn't in his office.
4  He was further down in the administrative
5  lieutenant's office. He was standing in the office
6  at Sergeant Kemchuck's desk and -- at Lieutenant
7  Kemchuck's desk and Sergeant Feti was sitting at his
8  desk. Sergeant Feti saw I was holding the ice pack
9  on my head. They all -- Captain Singleton was
10  standing there, I had the ice pack on my head. He
11  comes out, we go into his office. He told me to sit
12  down. He said, Lieutenant, are you okay? Do you
13  want to go to the hospital for that? I told him,
14  no, I don't. I said, I'll be okay. Because I
15  didn't think it was so severe at the time. I did
16  not know that I had a concussion. Okay? I'm not a
17  doctor. I didn't know.
18        Captain Singleton and I discussed
19  the importance of certain corners having beefed up
20  patrol. I left his office. I went into the
21  lieutenant's office, which is the back office in the
22  operations room, and I stayed there past my time to
23  report off. Because I was finishing up some
24  paperwork. I went home and I stayed -- I continued

1    to work, and I'm not -- I had headaches, but I
2    figured I would get over them. And I started
3    noticing that I was becoming dizzy. But it wasn't
4    like severe. Just here and there. Like I would
5    drive down the street, especially at night when the
6    lights were going, and then I got out the car and I
7    feel dizzy.
8          One day I'm standing in the district
9    and the Officer Johnson, I can't think of her first
10   name, she said, Lieutenant, why are you talking so
11   loud? You don't normally talk that loud. She said,
12   you're normally soft-spoken. I could hear myself
13   talking in my ear where I was hit.
14         Right after that I had -- I was
15   driving down the street, it was a complaint for
16   police at a house on -- I can't think of the -- it
17   might have been 53rd Street. While I was standing
18   on the woman's porch and she was telling me, it was
19   like I was on a merry-go-round. I didn't know it
20   was vertigo at the time. And I went down. I was
21   going backwards, and she caught me. She gave me
22   water, and I sat there and I got myself together.
23         I went into the office and I asked
24   Lieutenant -- Captain Singleton could I go to the

1    hospital, could I just go get seen for the injury.
2    Q    And what was his response?
3    A    He told me no problem. That's what
4    he said, no problem. And he told me, wait a minute,
5    I have to call. He called down to the, I guess the
6    safety office. He told me that he needed me to fill
7    out the injury report. I said, Captain, I thought
8    you already filled out an injury report. He told
9    me, no, you have to fill it out. That's not my
10   responsibility.
11   Q    However, at the time that you wanted to seek
12   medical treatment and go to the safety office, it's
13   correct that he facilitated it?
14   A    Yes.
15   Q    Okay. And did you seek treatment or fill
16   out the comp services report?
17   A    I did. I went down to the safety
18   office.
19   Q    Give me a timeframe. I just want to keep
20   our time sequence correct.
21   A    As far as when I went to the safety
22   office?
23   Q    And filled out the comp services report.
24   A    He gave me the memorandum. And it

1    was something that I couldn't get there until --
2    they couldn't see me until a certain date. I can't
3    remember. Maybe September 17th. I can't remember
4    what it was. But that's the date I was told to come
5    down at a specific time to see Carroll Madden and I
6    think her name is Molly. And when I got there
7    Carroll Madden gave me information about how the
8    process worked, because I had never been out IOD. I
9    had never called out sick or anything. So she gave
10   me the information and I went to the doctor.
11   Q    Did you take any sick time between the time
12   that you bumped your head in June 2008 and going to
13   the safety office to see Carroll Madden in September
14   of 2008?
15   A    No, I didn't. No, I don't use sick
16   time, ma'am.
17   Q    Okay. So did you see any physicians that
18   are recommended by the safety office?
19   A    Yes.
20   Q    And can you tell me, who did you see?
21   A    I saw a doctor at workman -- at
22   Worknet, Dr. Zabeta (sic) or -- I don't know how to
23   pronounce his name. But I saw him. And the first
24   thing he asked me was why did you wait so long to

1    come to the doctor. And I thought that was a very
2    odd question of why did you wait so long to go to
3    the doctor. Because I know plenty of officers in
4    the police department that have injuries and they go
5    later.
6    Q    And what did you say to him?
7    A    I told him I just started having
8    symptoms of me falling out. And at this point I --
9    and I'm having like severe migraines, but the
10   falling out is what I was concerned about with a gun
11   on my hip. And I said I knew it was time for me to
12   come in and be seen, because this did not happen
13   until I was injured on the job.
14   Q    And what were the -- tell me your symptoms
15   related to your hitting your head. What did you
16   tell Dr. Zabaleto (sic) or whatever his name is?
17   A    Yeah. Basically that I had the
18   vertigo, which I didn't describe as vertigo because
19   I didn't know the name of it. But severe dizziness.
20   I told him that I did have sensitivity when I look
21   straight -- like if the lights are right above me,
22   not looking down, but if I'm looking and it's lights
23   there. Also I told him about the -- like my vision
24   in this eye was blurred (indicating).

1  Q   Um-hmm.

2      A   Where I was hit in the eye.

3  Q   Do you wear glasses?

4      A   No. I didn't at the time, no.

5  Q   Okay. Continue. I'm sorry.

6      A   Okay.

7  Q   I cut you off.

8      A   No, that's fine. I didn't wear

9  glasses. Where was I?

10 Q   Symptoms.

11     A   Oh, yeah. And I guess I said the

12 migraine headaches. And then it was like I had

13 like -- I couldn't remember anything. And I have a

14 very, very good memory. But at that time it was

15 just -- it was just confusion, it was a lot of

16 little symptoms that was going on, but I still

17 worked through it, because it wasn't like they were

18 severe enough. I just wanted to go and get checked

19 out and I thought maybe they could give me some

20 medicine or something for the vertigo. I was just

21 dizzy. I wasn't trying to get out of work. I just

22 wanted to know if they could give me some medicine.

23 Q   And what happened next with regards to your

24 treatment for your head injury? Did you see other

1  doctors?

2      A   I saw him, and then -- I didn't know

3  how you could go to heart and lung. Someone told me

4  that heart and lung doctors were actually better.

5  Actually, I was talking to Sheila Presley, Officer

6  Presley at the time. She was telling me that, you

7  know, that go to the heart and lung doctors, because

8  they treat you better. I said, okay, I'll go to

9  heart and lung.

10 Q   So who did you see to start the heart and

11 lung process?

12     A   I went back to Carroll Madden's

13 office and I told her that I want to do the heart

14 and lung. And when I got back to her office I

15 noticed that her treatment of me was totally

16 different.

17 Q   How so?

18     A   Just very -- well, why do you want to

19 do heart and lung? Which is my right. You know,

20 why do you want to do heart and lung, and just

21 very -- before Carroll, because we had -- I was a

22 commander as well. So we had a very good

23 relationship as far as me speaking to her on the

24 phone about officers and different things. Carroll

1  didn't really have anything to say to me at that

2  time. It was very -- just compared to when I first

3  went to her office it was totally -- the attitude

4  was totally different.

5  Q   And did you go before the heart and lung

6  panel?

7      A   I just need -- my throat is hurting.

8      I never had a arbitration hearing,

9  ma'am. When I first came -- I first had a hearing

10 for heart and lung I went and that's when Sergeant

11 King was a witness to what happened. At that point

12 they continued. That's -- right after that I was

13 denied my benefits. Let me take that back. I was

14 denied my benefits only ten days after I was on

15 heart and lung.

16     Till this day I have never had a

17 meeting for an appeal of heart and lung.

18 Q   Didn't you testify at a panel?

19     A   But that was not at a panel, ma'am.

20 That was just a hearing for Captain Singleton to

21 come down and talk about my discipline record, to

22 talk about why -- it was just basically he was

23 called there to talk about my discipline record and

24 why he -- I shouldn't get -- I'm sorry. Why he has

1  suspicions. That was not a panel hearing, if you

2  read the transcript. That was not a panel hearing.

3      To this day, as I stated, I've never

4  had a hearing in front of a panel for them to change

5  my IOD status. And that is something that I was

6  supposed to be afforded, and I never got it.

7  Q   Did there come a time after your denial of

8  your heart and lung denial, did you appeal that

9  decision?

10     A   I guess through -- I guess through

11 my -- my attorney appealed the decision or.

12 Q   Did you appeal that decision to the Civil

13 Service Commission? Does that ring a bell?

14     A   I guess my -- I guess my attorney

15 did. I'm not for sure on the legalities of what

16 happened. But I know that they -- well, I guess,

17 yeah, they were appealing the fact that I wasn't

18 on -- I wasn't being carried injured on duty.

19 Q   Okay. So this is a short way to get to

20 this. Did you ever receive any heart and lung

21 benefits?

22     A   I received heart and lung benefits I

23 think for I believe for one pay period for two

24 weeks, ten days.

1  Q    Did you return to work?
2      A    No, I didn't return to work.
3  Q    Did you use your sick time and vacation time
4  and administrative leave time?
5      A    Yes.
6  Q    And for how long a period did you run your
7  time?
8      A    It was from September, I believe --
9  no, I'm sorry, October of 2008 until -- I don't know
10 when my time was exhausted, ma'am.
11 Q    Did you --
12     A    I know I received a termination in
13 like July or something of 2009, I think.
14 Q    Did you ever contact Captain Singleton and
15 indicate that you wanted to return to work?
16     A    No, I'm not supposed to contact
17 Captain Singleton to tell him I'm supposed to return
18 to work. I'm supposed to contact the safety office.
19 Q    Did you contact Carroll Madden at the safety
20 office?
21     A    No, I didn't contact her. Because my
22 doctor, the heart and lung doctor, I was still
23 seeing him, he had not put me back to work full
24 duty. So I couldn't contact them and say I wanted

1  to come back to work when their own panel of doctors
2  was saying that I shouldn't go back to work.
3  Q    But you were denied benefits, correct?
4      A    Yes. But just because I was denied
5  benefits I was still injured. So I couldn't go back
6  to work, like I said, carrying a gun and falling
7  out. I mean, so thank goodness I was on a complaint
8  of police when that incident happened and not on an
9  incident when, you know, I was arresting someone.
10 Q    And what was your -- I'm sorry.
11     A    Go ahead.
12 Q    What was your life like when you were
13 running your time? Were you so ill that you were
14 confined to the house? Were you treating with
15 doctors? Tell me about that.
16     A    Yes, ma'am. When I started I went to
17 the neurologist that I was sent to through the heart
18 and lung panel. No, let me go back. After I went
19 to Zabeta, I was sent to Dr. Glickman.
20 Q    Um-hmm.
21     A    When I went to Dr. Glickman's office,
22 when I walked in the door they knew who I was. And
23 they stated, oh, you're Saundra Russell. You don't
24 have an appointment with Glickman, you have an

1  appointment with Winkelman. I said, no, that's not
2  correct. I have the information written down. So I
3  saw Dr. Winkelman. Dr. Winkelman didn't treat me
4  fairly, and he -- from the records that I read now,
5  Dr. Winkelman stated that I was faking my injury.
6  However, Dr. Winkelman continued to have me out
7  sick. Continued -- he told me to go out sick. I
8  was never formally told that I was denied my
9  benefits. I was told that my benefits were denied,
10 ma'am, through the MRI. From going to the MRI.
11 That's how I found out. So all of these
12 notifications, they were not made. And I had to use
13 my Blue Cross and Blue Shield at that time.
14 Q    How many doctors did you see in connection
15 with your head injury? We stated Zabaleta. I'm not
16 even sure if I'm saying that right.
17         MR McDUFFY: Zabaleta.
18 BY MS. SHIELDS:
19 Q    Zabaleta. Glickman and Winkelman are
20 partners and part of the panel.
21     A    Um-hmm.
22 Q    Did you see a Dr. Bennett or another
23 neurologist?
24     A    The first neurologist that I saw was

1  I believe Dr. Bennett at Einstein. And he gave me
2  Topamax. But he didn't -- I don't know what his
3  followup paperwork was.
4  Q    And what were your daily activities like at
5  this time?
6      A    My daily activities weren't -- you
7  know, it -- wait a minute. What do you mean? You
8  mean while I was working?
9  Q    No. While you're out sick are you just
10 treating with doctors, are you home in bed? What
11 were your daily activities like? What was your life
12 like at that time?
13     A    Because of the medication that they
14 were prescribing me, I was basically in the house
15 all day long.
16 Q    What medications were you on?
17     A    When I went to Dr. Mandel's office I
18 was on Valium.
19 Q    Valium?
20     A    Yes, I was on Valium, antidepressants
21 that stop, prevent headaches from occurring,
22 Nortriptyline, I believe. That's -- well,
23 they put you on antidepressants to stop as far as
24 headaches. That's another use for them. It was so

1  much medication. Dr. Olga Katz was actually the
2  person who was treating me for the headaches. And
3  the headaches were so bad until I had to come in and
4  go to the infusion center. Now, you don't get
5  infusions and you don't have a headache, because
6  that's not good. You will have problems. But I had
7  to go into the infusion center and I kept a -- the
8  IV, I kept that in my arm for days. So I had to go
9  down there every day, and I had to walk to the bus
10 to get down there, because I had no other way of
11 getting there. So my injury was severe. But it
12 just -- it was a concussion and it just
13 progressively got worse. Just like people in the
14 NFL.
15     Q     Are you currently employed, Miss Russell?
16         A     Yes.
17     Q     Where are you currently employed?
18         A     I work for Presbyterian Children's
19 Village.
20     Q     And tell me about, what is Presbyterian
21 Children's Village?
22         A     It's a residential facility for
23 children.
24     Q     And what do they do? What service do they

1  provide to these children?
2         A     They provide residences for the
3  children. And treatment. And mental health
4  treatment.
5     Q     Are these children some that have been
6  adjudicated juveniles --
7         A     Yes.
8     Q     -- or having problems or?
9         A     Yes.
10     Q     Okay. And what do you do? What are your
11 exact duties? What's your title, first of all?
12         A     I am a residential treatment
13 counselor.
14     Q     And when did you get this job, Miss Russell?
15         A     Earlier this year.
16     Q     When you say earlier this year, can --
17         A     I can't remember. January, I guess,
18 of 2014.
19     Q     Okay. And what are your duties as a
20 residential treatment counselor?
21         A     I basically take the girls out on
22 trips and just help them with different activities.
23 It's not a -- you know, it's not a stressful job.
24 You don't do a lot there.

1     Q     And what are your hours like?
2         A     I work from 3:00 p.m. to 11:00 p.m.
3     Q     And, ma'am, what is your salary?
4         A     I make 12 dollars and 57 cents an
5  hour.
6     Q     And do you get health benefits?
7         A     Yes, I do. I get health benefits.
8     Q     Now, between 2009 and 2014 did you have any
9  other employment?
10         A     Yeah, I worked at Devereux.
11     Q     Okay. And --
12         A     Same job.
13     Q     The same type of job?
14         A     Um-hmm.
15     Q     As like a treatment --
16         A     Um-hmm.
17     Q     -- counselor?
18         A     Yes.
19     Q     And what was your salary? What were the
20 dates that you worked at Devereux, can you remember?
21         MS. SHIELDS: I think I asked for
22 income tax returns, too.
23         MR McDUFFY: Yeah. Okay, I'll get
24 them for you.

1         THE WITNESS: I think I worked in
2  Devereux 2012 to 2013. Yeah, 'cause I was
3  in -- yeah, I was in school, too.
4  BY MS. SHIELDS:
5     Q     And you were also in school.
6         A     Yes. Well, now I'm not, because it's
7  just been too stressful, ma'am. I just can't. I
8  just can't do school and work at the same time.
9     Q     So you were at Devereux about a year,
10 correct?
11         A     Um-hmm.
12     Q     And why did you leave Devereux?
13         A     I left Devereux because it was a lot
14 of abuse going on, I would say. That person is now
15 fired. But it was a lot going on at Devereux. And
16 I was made aware of what was going on. And when I
17 informed my supervisors what was going on, it became
18 like a -- I just didn't like the environment. I
19 can't say it was a, you know, it was terrible, but
20 it was like watch your back around her because she's
21 gonna tell, more or less. So but I didn't have any
22 problem with the people there or anything.
23     Q     So did you resign?
24         A     Yeah, I left. But that's -- and not

1  just because of -- I didn't resign just because of
2  that, but it was also because of my schooling.
3  Q  And then from 2013 to 2014 were you employed
4  again?  Did you get another job?
5  A  2013 I was still working at Devereux.
6  Q  Right.  So after Devereux then did you get
7  the job at Presbyterian Children's Village?
8  A  Yes.
9  Q  Or were there any jobs in between those two?
10  A  No.  I can't remember, ma'am.  No, I
11  don't remember working anywhere else.
12  Q  Okay.
13  A  Oh.  And I worked at JFK.
14  Q  When you say JFK, the one in Jersey?
15  A  No, the one right here around the
16  corner on 112 North Broad Street.  JFK Behavioral
17  Health Services.
18  Q  And what did you do there?
19  A  I'm still actually employed there,
20  but it's per diem and they don't have any work right
21  now.  I was a psychiatrist specialist.  I handle all
22  crisis situations in the City of Philadelphia for
23  mental health patients.
24  Q  And what do you do?  Help me understand

1  more.
2  A  It's a mobile emergency team.  I had
3  a partner who drove around the city, and we
4  responded from the Office of Mental Health to people
5  who were suicidal, police barricades, police hostage
6  situations, and I had to basically try to diagnose
7  the person, find out the reason for the crisis and
8  either prepare a 302 for that person or either take
9  them to the hospital via transportation by our
10  vehicle 201.
11  Q  And was this a permanent job?
12  A  Um-hmm.  But they replaced -- three
13  of the shifts had to be replaced with medical
14  personnel.  Because it's a contract.  The City's
15  contract states that it has to be a civilian and
16  medical personnel.
17  Q  So were you essentially like laid off
18  because of the shift?
19  A  Yeah.  Yeah, I was laid off.  But I
20  was able to come and work.  Like they gave me a
21  schedule of like maybe three days a week or whatever
22  the case may be.  So it just didn't work out,
23  though.  But I can always put in -- actually, I'm
24  going to go there today.  I can always put in a

1  schedule to work, if they have something available.
2  They haven't had anything available for quite a
3  while now.
4  Q  Now, in connection with the allegations in
5  your complaint about sexual harassment --
6  A  Yes.
7  Q  -- gender discrimination, hostile work
8  environment, retaliation, did you see any
9  psychiatrists or psychologists?
10  A  Yes, ma'am.
11  Q  Tell me, and if you can, give me the dates
12  and the doctors that you saw.
13  A  First I went to EAP in the
14  Philadelphia Police Department and I saw Officer
15  Witted.  And --
16  Q  Do you know how to spell that?
17  A  W-I-T-T-E-D.  Exactly how it's --
18  Witted.
19  Q  Okay.
20  A  And I went to him a couple of times.
21  And then from there I had a breakdown at work
22  September 27th, 2006.
23  Q  In September 2006?
24  A  Yes, ma'am.

1  Q  Why did you have a breakdown?  Tell me about
2  your breakdown.
3  A  I had -- Lieutenant Feinman had been
4  stating things to me, such as, the only reason why
5  you were promoted is because you're a black female
6  and that they need black females and you're
7  articulate.  That's the only reason why I was
8  promoted as a sergeant, according to him, because
9  that's what they needed.  I had to -- I met a quota
10  in the police department.  And any time -- if I were
11  to tell an officer -- and it was simple things,
12  ma'am.  If I told an officer that they couldn't take
13  off that day or they, like I said, they had to stay
14  inside to do paperwork because the paperwork was
15  due, they would go to the lieutenant and they went
16  above me all the time to complain to Lieutenant
17  Spangler and Lieutenant Feinman, but basically
18  Lieutenant Feinman.  And I told him that I did not
19  want to meet with him anymore without someone else
20  being there, because I was -- he would keep me in
21  his office for the longest just badgering me over
22  and over and over again.  And...
23  I told the lieutenant, like I said,
24  that I didn't want to meet up with him anymore.  He

1   contacted me and told me to meet him in the back of
2   the 25th District. I was under the assumption that
3   the other officers was there, because it was
4   surveillance going on on A Street. He contacts me
5   and when I get there he's the only person there.
6   And he walks up to the car and says, you know, I
7   think I'm going to extend an olive branch. I don't
8   know what that is. I didn't know what that was at
9   the time. I had to figure it out. He says, I want
10  to extend you an olive branch, because, you know,
11  although you lied on Eric Dial and Officer Spicer,
12  you're the one that's gonna have to pay for that.
13  Ma'am, I just can't tell you what that did to me,
14  after being called those names. I mean, like as a
15  black female that is -- for people to call you those
16  kind of names, and I -- I know my history. People
17  died for me not to be called those types of names.
18  Because of your color or. It hurts. And for this
19  white man to stand there and say that to me it hurt
20  me. And it's not because he's white. My
21  grandmother's white. But it's because of the fact
22  that our history has stated that you cannot treat me
23  in this manner. And he's saying I'm lying about it.
24          So I pulled off, ma'am. I got down

1   to the surveillance and, ma'am, I just couldn't take
2   it no more. Everything that happened to me in the
3   Strike Force just flooded back and I just had an
4   anxiety induced asthma attack.
5   Q      Do you have a history of asthma?
6       A   Yes.
7   Q      And what happened with this asthma attack?
8   Were you taken to the hospital?
9       A   Yes.
10  Q      Who took you to the hospital?
11      A   Claudine Wood from NS, that was
12  assigned to Neighborhood Services.
13  Q      Was she a police officer?
14      A   Yes.
15  Q      And when you got to the hospital what was
16  the diagnosis?
17      A   That it was an anxiety induced asthma
18  attack. I was given a nebulizer and, you know, to
19  get myself back together. And Lieutenant Feinman,
20  he walked out of the hospital and told Claudine Wood
21  and another supervisor that was standing there, I
22  know I did this to her. This is -- I know that the
23  reason why she's in there is because of me.
24          How bold can you be to make that

1   kind of statement? That's not funny. Because you
2   know that you've harassed me so much that you know
3   that you're the reason why I'm in the hospital.
4   Q      And did you stay in the hospital for any
5   length of time?
6       A   No, ma'am. I asked to go. I was
7   released and, you know, I wasn't -- they gave me
8   paperwork and I asked them could I leave right then.
9   They told me, yes, they didn't have to hold me. And
10  then I got to the Narcotics Strike Force, and when I
11  got to the Narcotics Strike Force they had officers
12  to drive me home. They drove my car home.
13          So I went to my doctor and she
14  wasn't there. But I was seen by Dr. Beth Mann, and
15  she told me that she was not going to put me back to
16  work. Because I had been complaining about
17  depression to my doctor and the things that was
18  going on at work. I had been complaining to them
19  for a long time.
20  Q      Were you put on antidepressants at the time,
21  Miss Russell?
22      A   Yes. After the incident with
23  Lieutenant Feinman, yes, he put me on
24  antidepressants. I'm still on them.

1   Q      Can you tell me the names of the
2   antidepressants that you were put on at this time in
3   2006.
4       A   Celexa. I can't remember the
5   milligrams.
6   Q      It's okay.
7       A   And that was it at the time they put
8   me on. Because it's an antidepressant and it helps
9   with anxiety.
10  Q      And did you go back to work or --
11      A   No.
12  Q      -- right back to work?
13      A   No. I went to Belmont -- she made a
14  referral for me to go to Belmont Behavioral Center.
15  And --
16  Q      Was that on an outpatient basis? I'm sorry
17  to cut you off.
18      A   Yes, it was outpatient. And then I
19  went to -- I was in another -- it was another
20  doctor. She had a weird name. Wendy something. I
21  have to get her name for you. I went to her and saw
22  her. And I also went to Dr. Nelson, and he was a
23  psychiatrist and he prescribed the same medication.
24  Q      Celexa?

1     A    Yes. And he also prescribed
2  Klonopin.
3    Q    Klonopin.
4     A    Yes. Only if I had like a panic
5  attack or whatever. But I never used them. I don't
6  like using drugs.
7    Q    And in connection with your job and these
8  allegations of harassment and hostile work
9  environment, did you treat with any other doctors?
10     A    Well, no, I just stuck with the
11  psychiatrist and the psychologist.
12    Q    And how often did you treat with them?
13     A    Once a month at the time. But I
14  couldn't go for long, because when I -- in 2006 when
15  I was taking the medication and when I came back to
16  work and like they were saying things about me, I'll
17  be honest with you, I stopped taking the medication,
18  because I just didn't want to be labeled a certain
19  way. I like weaned myself off the medication
20  myself.
21    Q    And were you okay doing that?
22     A    No, I was sick. But I know -- I knew
23  it was -- you know, I wasn't what people were trying
24  to make me out to be.

1    Q    Did you see any internists, your own
2  internist in connection with what you were going
3  through on the job?
4     A    Well, yeah. When I went to her I
5  told everything that was, you know -- I told
6  Dr. -- her name was Wineman. I told her everything
7  that I was going through.
8    Q    What is Dr. Wineman's first name, do you
9  remember?
10     A    No, I don't remember her first name,
11  ma'am.
12    Q    And did she keep you on this medication?
13     A    She didn't keep me on the medication.
14  The psychiatrist had kept me on the medication.
15    Q    Are you treating with any psychiatrist or
16  psychologist currently?
17     A    I have an appointment for a new
18  psychiatrist now. The other psychiatrist left the
19  practice.
20    Q    So when --
21     A    I still take --
22    Q    I'm sorry.
23     A    I still take medication. So I'm just
24  waiting to -- I started this job in January, and my

1  benefits kicked in and then now I'm in the process
2  of finding a psychologist, someone that I can just
3  talk to. Because I live by myself. I don't have
4  anybody to talk to.
5    Q    Um-hmm.
6     A    I almost lost my home.
7    Q    When did you almost lose your home?
8     A    I had to stop making payments like in
9  2009. It went into foreclosure, and I got on that
10  plan with Obama. I just wouldn't leave a job,
11  ma'am. I got a son. No amount of discipline. I
12  had complaints before. These complaints are no
13  different than the routine complaints that you get.
14    Q    What complaints?
15     A    I've had complaints before. I've
16  always worked in a tactical unit. When you compare
17  my record to somebody in highway patrol or somebody
18  in narcotics you always get complaints. And if you
19  do everything right, the first thing they're gonna
20  say is you cursed at them. Because they don't have
21  anything else to complain about. I've had
22  complaints in the 25th District where my partner has
23  given somebody a ticket. They come to the district
24  and say I want to make a complaint on her. I never

1  even talked to the people. I was the only -- when I
2  worked in the 5 Platoon on the street for Captain
3  Nestel, I was the only black female. Like I'm
4  trying to tell you, I'm not using that as an excuse,
5  but I was always identifiable.
6    Q    So when's the last time you saw a
7  psychiatrist, Miss Russell?
8     A    I saw a psychiatrist last year. But
9  I'm still on my medication, because my doctors are
10  giving it to me.
11    Q    I don't want to keep you that much longer.
12  It's been a long, long day.
13     A    I'm sorry.
14    Q    I know. Can you just tell me what
15  medications you're currently taking and for what.
16  And then I'll stop talking to you.
17     A    No, I'm fine. I take Celexa 30
18  milligrams a day. And I take Wellbutrin 300 XL, one
19  time a day in the morning. But that doesn't stop
20  the hurt, ma'am.
21        My car was repossessed. I'm a
22  prisoner in my own home.
23    Q    Why are you a prisoner in your own home?
24     A    Because they went out, ma'am,

1  people...
2  Q   Go ahead. Just tell me.
3      A   They went out and conducted all these
4  interviews from my neighbors. I'm consistently
5  harassed. They parked in front of my -- I couldn't
6  get in my driveway, and then they falsified the
7  documents. If you look at these complaints, ma'am,
8  they're not even finished.
9  Q   Um-hmm.
10     A   But I'm like the laughing stock.
11 Come out the house and calling me a thief. There's
12 a lot of cops that live in my neighborhood. And I'm
13 considered a thief, ma'am. I never stole anything
14 in my life, not even a piece of gum. I've always
15 been a church going person. I never did these
16 things. And my character is assassinated and they
17 just think they could do whatever they want to do to
18 me on my block. If I come out the house, I was out
19 there shoveling snow by myself and a man up the
20 street who made these complaints, his wife started
21 screaming, she's staring at me, she's staring at me.
22 Ma'am, I can't even see that far. I can't. I can't
23 see that far. I don't want to sit outside my house,
24 because that's the cop that got fired. You don't

1  understand, ma'am. I'm telling you. It's all a
2  vendetta. I didn't do these things.
3          My poor son. My son was living
4  in -- he's a smart boy. He was in school in
5  Delaware Valley College of Agricultural Sciences.
6  And because I lost my job I wasn't able to afford
7  for him to go. I had to beg for money. We didn't
8  have enough money for him to stay in the dorm. My
9  baby slept in his car because he didn't want to
10 leave school. He didn't want to be a black
11 statistic. With fumes coming in the car. He went
12 to the bathroom at the 711 all night long. Who
13 would leave their child to do that to their child?
14 Nobody. Nobody.
15 Q   I have no further questions for you.
16 Just --
17     A   I'm tired, ma'am.
18 Q   I know you're tired.
19     A   I want it to be over. I'm just tired
20 of these people coming after me. I am tired, I
21 really am. And I'm sorry I'm venting, but I am
22 tired. It's over and over and over.
23          And Commissioner Ramsey doesn't know
24 me. This man has a vendetta against me for nothing.

1  Trying to make Captain Singleton look like a choir
2  boy. He's not. He has so many complaints against
3  him for the same thing. But they still have their
4  jobs.
5          I'm making 12.57 an hour trying to
6  support myself with that. You know how many times
7  I've been hungry? Hungry. And my house is falling
8  apart. I had a beautiful home. My house is falling
9  apart, because I can't get things fixed. I'm tired.
10 I'm tired. I really am tired.
11     MR McDUFFY:  Okay, that's it.
12     MS. SHIELDS:  I know you are.
13     MR McDUFFY:  That's enough. You're
14 okay. You're done.
15     THE WITNESS:  But they're just getting
16 away with it for all of these years.
17 BY MS. SHIELDS:
18 Q   What about?
19     A   They're just getting away with what
20 they're doing to me. That's all it is, 'cause I
21 didn't want to join their black club of males. It's
22 like they do whatever they want to do in the police
23 department. These black males, they all stick
24 together. Anytime a black female makes a complaint

1  they all stick together and bond up against us. And
2  Commissioner Ramsey sits on the news and says
3  anybody can make a complaint, but you back these
4  people.
5          It's horrible, ma'am. You just
6  don't know. Living by yourself is bad. And when
7  you don't have nobody to talk to. Because I can't
8  tell my mom, because my mom had three heart attacks.
9  And my dad is a Vet struggling with post whatever it
10 is. Post-traumatic. I can't tell him. Can't
11 stress my son. I'm tired.
12         I lost my relationship because these
13 people blame me for sleeping with my subordinates.
14 How much can you take?
15 I'm sorry.
16     MS. SHIELDS:  It's okay. We're done.
17         * * *
18     (Witness excused.)
19         * * *
20     (Whereupon, the deposition concluded
21 at 4:45 p.m.)
22         * * *
23
24

1          I N D E X
2          * * *
3  WITNESS: SAUNDRA RUSSELL
4  QUESTIONED BY:        PAGE
5  MS. SHIELDS        5
6
7
8
9        E X H I B I T S
10       * * *
11  NUMBER      DESCRIPTION    MK'D.
12
13  D-1       Thank You Card   76
14  D-2       Thank You Card   83
15
16  (Exhibits D-1 and D-2 withheld by counsel.)
17
18
19
20
21
22
23
24

---

1     DEPOSITION SUPPORT INDEX
2        * * *
3
4  DIRECTION TO THE WITNESS NOT TO ANSWER
5
6  Page    Line
7
8  None
9
10  REQUEST FOR PRODUCTION OF DOCUMENTS
11
12  Page    Line
13  None
14
15  STIPULATIONS
16
17  Page
18   5
19
20  QUESTIONS MARKED
21
22  Page    Line
23  None
24

---

1
2     C E R T I F I C A T I O N
3
4
5    I, Alice Mattes, a Court Reporter
  and Notary Public, do hereby certify the
6  foregoing to be a true and accurate transcript
  of the proceedings in this matter, as
7  transcribed from the stenographic notes taken
  by me.
8
9          Alice Mattes
           Court Reporter
10          Notary Public
11
12
13
14
15    (The foregoing certification of this
  transcript does not apply to any reproduction
16  of the same by any means, unless under the
  direct control and/or supervision of the
17  certifying reporter.)
18
19
20
21
22
23
24

## A

.m 68:10 71:11
Aaron 2:18 48:6,15
able 26:19 38:4
  66:20 73:23,24
  74:4,5 81:10
  111:20 123:6
above-mentioned
  76:8 83:24
abruptly 43:5
Absolutely 77:10
abuse 109:14
accept 69:6
accident 6:24
accurate 128:5
accused 73:1,3,9,15
act 27:15
action 1:2 5:22
  46:17 60:23 62:2
  62:6,7
activities 10:1
  105:4,6,11 107:22
activity 8:16 9:21
  36:24
actual 20:9,11
adamant 75:5
add 76:20,21,22
added 72:16
addition 70:15
  72:24 90:2
adjudicated 107:6
administrative
  78:23 82:12 93:4
  102:4
ADMINISTRAT...
  2:22
admitted 34:13
Affairs 58:19
affiliated 57:24
afford 123:6
afforded 101:6
afraid 25:24 28:12
  28:18,19 80:16
African-American
  51:18,20 52:8,9
afternoon 5:17
  91:23
ago 15:11 49:1 80:2
Agricultural 123:5

ahead 11:22 12:11
  38:20 82:6 83:15
  90:15 103:11
  122:2
aide 23:13,19 24:3
  52:15 82:12
aide's 23:14
air 41:13
alcohol 43:19,21
Alice 3:6 128:4,9
allegation 52:1
allegations 112:4
  118:8
allow 50:7,8
allowed 87:16
allowing 54:8
  55:12
amount 10:21
  15:18 62:12
  120:11
and/or 128:16
answer 9:7 127:4
answering 7:3
antidepressant
  117:8
antidepressants
  105:20,23 116:20
  116:24 117:2
anxiety 115:4,17
  117:9
anybody 14:19
  15:6 16:3 25:23
  26:1 37:1 49:8
  70:5,24 75:15
  87:6 90:24 91:2,7
  120:4 125:3
anymore 80:14
  113:19,24
Anytime 124:24
apart 79:16,19
  124:8,9
apologize 18:13
apologized 15:9
appalled 61:24
apparently 22:7
  31:23 67:17
appeal 100:17
  101:8,12
appealed 101:11

appealing 101:17
appear 23:18 89:14
apply 128:15
appointment
  103:24 104:1
  119:17
approval 11:19
approximately
  8:14,18 18:23
  47:3 49:23 50:16
  51:1
April 8:6 77:20
arbitration 52:6
  100:8
Arch 3:4 4:9
area 20:20
arm 106:8
arrest 20:9
arrested 71:15
arresting 103:9
arrests 63:11 70:3
arrived 65:17
  66:14 91:22
arsenal 22:22
articulate 113:7
articulation 40:14
asked 8:15,19 9:20
  13:11,15 14:10,11
  15:2 17:21 18:16
  18:19,22 21:17
  27:12 32:24 34:24
  35:24 38:21 42:2
  48:16 49:13 51:14
  59:7,13,14 61:19
  62:5,7 74:23,24
  75:5 77:19 78:12
  79:1,2,4,19,20
  81:18 92:19 94:23
  96:24 108:21
  116:6,8
asking 7:1 79:13
  91:7
asks 42:8
assassinated 65:17
  122:16
asshole 34:12
assigned 8:7 9:19
  14:11 17:6,8 18:3
  19:16 20:6,21

21:18,20 22:5,15
  27:12,14,21,24
  28:4 29:7 31:17
  36:21 47:7 51:9
  52:11 60:21 74:19
  75:18 78:1 115:12
assignment 18:12
  20:17 24:17 26:24
  29:10 41:15,15
  51:12 67:6 74:16
  75:16 82:17
assignments 10:10
  65:18
assumption 114:2
asthma 115:4,5,7
  115:17
attack 115:4,7,18
  118:5
attacks 125:8
attendance 13:17
attitude 100:3
attorney 101:11,14
August 3:6 36:18
  36:19
authorized 43:11
auto 6:24
automatically
  52:11 73:15
available 112:1,2
aware 63:20 64:17
  109:16
AWOL 42:15,20
  43:6

## B

B 126:9
B-E-C-T-O-N
  85:16
baby 123:9
back 7:8 12:12 13:2
  13:23 18:10 23:22
  24:8 26:9,14,16
  31:12 32:11,12,14
  32:15 33:19 41:16
  42:3,11,21,22
  43:5,7,24 44:1,3
  44:14 45:1,2,16
  51:24 52:2,7 53:6
  54:24 66:14 71:8

71:21 72:18 74:6
  76:24 86:19 92:1
  93:21 99:12,14
  100:13 102:23
  103:1,2,5,18
  109:20 114:1
  115:3,19 116:15
  117:10,12 118:15
  125:3
backed 42:10
background 7:17
backwards 80:3
  94:21
bad 34:18,19 36:13
  49:3 106:3 125:6
badge 89:22 90:1
badgering 113:21
Bail 70:7
Bailey 70:8 74:5
bar 44:8 76:22
barbershop 85:16
  86:16,23 87:5,8
barricades 111:5
base 22:23
based 37:24 40:11
  40:13,14,17
basic 28:6 85:18,19
basically 12:8,22
  15:19 25:6,7
  29:20,20 30:17,19
  32:3 33:1 34:13
  36:22 37:6,11
  38:5 41:10 50:3,6
  52:3 53:20 55:9
  55:15 56:2 69:6
  71:13 86:24 97:17
  100:22 105:14
  107:21 111:6
  113:17
basis 117:16
Bates 83:1
bathroom 24:21
  28:2,3,7,8 42:3
  123:12
beat 13:20 14:1
beaten 87:17
beautiful 124:8
becoming 94:3
Becton 85:15

bed 105:10
beefed 93:19
beg 123:7
beginning 3:5
    79:17
Behavioral 110:16
    117:14
believe 9:17 33:19
    46:2 64:11 69:20
    71:3 78:18 81:24
    101:23 102:8
    105:1,22
bell 101:13
Belmont 117:13,14
benefits 100:13,14
    101:21,22 103:3,5
    104:9,9 108:6,7
    120:1
Bennett 104:22
    105:1
best 76:23
Beth 116:14
BETHEL 1:9
better 26:21 44:24
    87:18 99:4,8
bias 57:3
bike 31:15,21,24
    32:6,8,10,20,24
    33:7 42:4 56:5,6
bikes 31:15,20
Billy 59:18,19 63:4
    64:8
Billy's 64:13
bit 24:4
bitch 33:10,24 40:6
    44:1,19,21 61:2
bitch's 53:3,4
black 12:3,14 26:8
    28:13,14,15 40:19
    44:1,19,21 54:2
    55:19 57:14 61:2
    87:14 113:5,6
    114:15 121:3
    123:10 124:21,23
    124:24
Blackburn 1:13
    48:7 53:5 60:19
    70:11 74:4
blame 125:13

bleeding 89:5
Bless 77:1
block 122:18
Blue 104:13,13
blurred 97:24
Bob 11:10
bold 115:24
bombarded 50:1
bond 125:1
bothered 81:4
bothering 68:5
bought 40:16
boxer 13:12
boy 123:4 124:2
boyfriend 44:3
    56:15,17
Boyle 36:21
branch 114:7,10
brave 90:21
break 6:12,13,15
    26:11 35:9,11
breakdown 112:21
    113:1,2
breath 43:18,18,21
Bridge 45:13
brief 35:24
briefly 78:4
bring 24:5 29:1
    33:21
bringing 24:5
Broad 3:11 110:16
Broadbent 1:16
    22:2,3,8 24:13
    34:18,21,23 35:2
    35:14,19,23 36:6
    48:5 49:17 61:6
Broadbent's 60:7
brother 44:5 56:15
    87:11,20,20
brought 5:22 21:10
    22:8,13 32:19
    33:22 46:12 47:4
    47:5 54:17,19
    55:5 64:4
bruise 92:21
brushed 43:17
building 3:4 4:9
    22:21,22 23:8
    24:13 42:5 44:14

45:12 67:24 68:11
bump 53:20
bumped 96:12
bunch 58:18 87:12
bureau 51:20,22
    78:22
bureaus 78:16
bus 106:9
Byrd 52:16,16
    57:24 58:1,6,8
    61:18,18 62:21

C

C 4:2 128:2,2
call 11:16 13:4 14:3
    14:23 19:2,4,11
    27:20,20,23 28:5
    29:14,16,18 32:15
    33:23 34:4 36:23
    44:17,24 45:8,20
    45:21 50:7,8 57:8
    57:8 59:14 60:3
    63:4 71:23 72:2,4
    72:6,9 88:21
    91:14 95:5 114:15
called 12:8 15:1,4,5
    15:11 16:2 19:5
    27:8 29:15 33:9
    34:20 35:20 38:6
    38:22,24 39:6,7
    41:11 45:4,6,18
    49:19 59:20 60:6
    61:1,2,23 87:9,17
    88:3 91:16 92:14
    95:5 96:9 100:23
    114:14,17
calling 39:13 44:18
    85:22 88:20
    122:11
calls 9:7 42:13,19
Campbell 1:3 4:4
    5:23 62:15,19
    63:1,5 64:18
capacity 1:8,11,14
    1:18,21,24 2:4,7
    2:11,14,17,20,24
    57:10,13
CAPS 74:24
captain 1:16,22

8:15 9:1,20,23
    12:14 13:13,15,21
    14:10,11,17,21,22
    16:18 17:9,9
    21:24 22:2,8
    34:18,18,21,23
    35:2,14,18,23
    36:2,5,6,12 48:5
    49:12,14,16,17,18
    49:18 50:17 51:14
    51:24 54:24 55:2
    55:2,14 59:8,11
    59:13 60:2,14,15
    61:12 62:4,14
    63:19 67:13,20
    68:19 72:19 74:22
    76:17 77:7,13,23
    77:24 78:10,20
    80:5 81:8 82:1
    83:11,18 84:5
    85:1 91:11,12,16
    91:21 93:1,3,9,18
    94:24 95:7 100:20
    102:14,17 121:2
    124:1
Capuziak 44:3
car 29:19,19 45:2
    54:16 86:6 94:6
    114:6 116:12
    121:21 123:9,11
card 75:21,23 76:9
    76:13,14 77:4
    82:20 83:7,9 84:1
    126:13,14
Cardinal 7:19
cards 83:4
care 25:7
Carl 8:19
carried 101:18
Carroll 2:21 96:5,7
    96:13 99:12,21,24
    102:19
carry 13:16 42:15
    42:20 43:5
carrying 103:6
case 7:13 58:10
    79:8 111:22
cases 7:8,11 20:20
casings 88:17

catch 89:14
caught 94:21
cause 25:8 26:6
    35:7 38:21 61:13
    83:13 87:1 92:24
    109:2 124:20
Celexa 117:4,24
    121:17
center 106:4,7
    117:14
cents 108:4
certain 62:12 93:19
    96:2 118:18
certification 5:5
    128:15
certify 128:5
certifying 128:17
chain 36:6 48:3
    60:17
chance 16:10
change 69:4,7,9
    73:12 78:3 101:4
changed 65:19
character 65:16
    122:16
characterized
    80:21
charge 84:24
charges 85:4
CHARLES 1:6
    2:12
Charlie 44:3
check 22:4 42:24
checked 21:23
    98:18
chief 22:15,16 23:1
    23:2,8 24:5,7 48:6
    52:15 53:4 60:19
    61:6,7,18 62:21
    70:11 74:4
child 123:13,13
children 106:23
    107:1,3,5
Children's 106:18
    106:21 110:7
choir 124:1
Christian 81:4
church 122:15
circle 54:23

circumcised 80:15
ity 1:6 3:3 4:8 5:20
51:21 110:22
111:3
City's 111:14
Citywide 19:18
67:12,24 68:13,21
69:3,19,20 70:2,6
73:11,19
Civil 1:2 101:12
civilian 111:15
CJC 70:16
clarify 6:11 25:12
47:20,21 50:13
class 40:24
Claudine 115:11,20
cleaned 10:3
cleaning 17:18
27:16
clear 6:2 10:15
27:18
clear-cut 29:10
clearly 7:3
clock 71:8
close 80:16
closed 33:3
closing 33:2
clothes 40:16 78:4
club 124:21
co-plaintiffs 5:23
coffee 54:17,18,18
54:19
college 7:20,22
40:20 123:5
color 114:18
come 8:15,19 9:14
9:21 13:13 17:6
20:20 23:20 24:16
27:14,22 29:8
31:9 32:7,8 36:11
40:2 42:21 43:3,7
44:19 45:3,16
59:7 60:13 66:20
67:23 74:11,23
75:6,8,11 78:12
80:17,23 81:6
82:7,10 87:7 88:5
88:22 91:17,18
96:4 97:1,12

100:21 101:7
103:1 106:3
111:20 120:23
122:11,18
comes 39:16 42:8
45:2 53:16 89:8
93:11
coming 14:15 21:22
24:7,11,14 37:10
40:3 42:21 51:15
54:24 71:21 72:1
72:6,7 74:6 93:2
123:11,20
command 10:22
36:6 48:3 50:17
50:22 60:7,11,18
commander 32:3
45:4,5 49:14
99:22
commanders 75:11
comment 16:1,14
16:23 25:22 31:3
comments 14:20,23
37:22 38:22 56:14
71:1 73:18,18
80:12 81:21,24
82:2,3 84:6 85:1
85:22
Commission 17:15
101:13
Commissioner 1:6
1:9,12 17:12
18:18,21 26:14,16
26:17 36:17 57:4
57:7,13,14,19,24
123:23 125:2
Commissioner's
19:2 21:19 52:14
community 10:4,4
10:5 11:2 17:10
66:9 85:24 86:8
comp 91:10,18
92:12,13 95:16,23
compare 120:16
compared 100:2
complain 16:3,14
16:17 72:14
113:16 120:21
complaining 59:2

85:19 86:3 116:16
116:18
complaint 10:8
47:17 51:23 56:20
72:17 84:8,19
88:2 94:15 103:7
112:5 120:24
124:24 125:3
complaints 55:17
56:2,23 75:1
85:12 120:12,12
120:13,14,15,18
120:22 122:7,20
124:2
complement 51:17
complete 91:9
completely 69:14
comps 91:18
concerned 71:4
97:10
concluded 125:20
concussion 93:16
106:12
conditions 7:2
conduct 31:3 37:22
38:12 49:7 56:14
70:6 71:1 72:15
77:8,11 84:6 85:1
85:20
conducted 20:2
30:24 59:1 123:3
conducting 30:20
59:3
confined 103:14
confused 73:4
confusion 98:15
connection 6:20
29:10 36:8 41:6
48:11 49:6 63:19
65:5 84:5 90:18
104:14 112:4
118:7 119:2
Connor 72:5
considered 36:15
122:13
consistent 37:12
consistently 38:9
39:22 54:22 63:15
70:11 122:4

construed 71:2
contact 26:5 43:22
64:14 75:12 89:21
89:23,23 102:14
102:16,18,19,21
102:24
contacted 48:15
62:3 67:20 68:19
73:1,3,7 89:19
91:12 114:1
contacts 114:4
contained 65:12
contents 63:20
76:15
context 92:7
continually 37:4
43:14 60:8
continue 22:12
45:10,11,24 46:3
47:10 50:11 77:18
83:20 98:5
continued 93:24
100:12 104:6,7
contract 111:14,15
control 51:2 128:16
conversation 27:10
29:21 77:21 78:5
78:6 80:14,19
conversations 79:2
79:12
cooperating 32:21
cop 122:24
copies 75:19 82:22
cops 57:1,1 89:15
122:12
corner 53:1 86:7,18
92:22 110:16
corners 14:14
27:17,18 93:19
corporal 21:8,8,10
68:7 71:22 72:5
74:5
correct 35:15 39:15
66:23 67:2,7
68:14 95:13,20
103:3 104:2
109:10
correctly 70:19
correspond 29:18

corroborated 20:15
corrupt 55:12
counsel 5:3 126:16
counselor 107:13
107:20 108:17
counterpart 53:8
couple 9:20 28:23
44:8 64:3 85:12
112:20
course 51:2 78:8
court 1:1 3:7 6:5
7:14 20:10,12
128:4,9
covering 45:5 88:9
88:11,12
crazy 90:23
created 49:8
credibility 59:4,4
credits 40:22
crime 9:9 10:6
81:12
crisis 110:22 111:7
Cross 104:13
crying 59:24
Cudahy 44:23
cunt 33:6,23 34:2
currently 106:15
106:17 119:16
121:15
cursed 120:20
cut 54:23 98:7
117:17

### D

D 27:12,14 126:1
D-1 76:6,10,14
126:13,16
D-2 83:6 84:2
126:14,16
D-O-R-I-S 47:9
dad 125:9
daily 13:17 105:4,6
105:11
Dan 73:6,8
Danny 73:6
DAR 13:17 73:8
Daris 47:8
date 73:2 78:24
79:1 81:20 96:2,4

**dates** 79:18 108:20 112:11
**day** 13:9,22 15:2 19:12 21:5 22:10 25:2 27:2 28:8,10 28:17 29:4,14 31:9,11,14,20 32:7 33:16 35:8 36:4 37:9 39:20 39:21 45:3,6,16 45:23 52:18 59:15 61:5,7,10 70:15 73:3 75:3,17,18 77:5,20,24 80:1 81:6,22,24 82:2 90:14 91:12 92:13 94:8 100:16 101:3 105:15 106:9 113:13 121:12,18 121:19
**days** 11:15 13:20 28:23 100:14 101:24 106:8 111:21
**daywork** 68:1,6
**dead** 36:23
**deal** 23:23 26:19
**December** 46:1,6 49:16
**decided** 14:17
**decision** 48:24 101:9,11,12
**declined** 77:22
**defendants** 4:10 5:20
**defiant** 32:22
**definitely** 32:22
**Delaware** 123:5
**demotion** 67:2
**denial** 101:7,8
**denied** 100:13,14 103:3,4 104:8,9
**department** 1:7,10 1:13,17,20,23 2:3 2:6,10,13,16,19 2:23 3:3 4:8 6:23 8:2,5 11:13 40:8 41:2 56:20,22 57:15,21,23 67:4

**84**:18,23 87:22 91:4 92:22 97:4 112:14 113:10 124:23
**deposed** 6:18,21,22 6:23 7:9
**deposition** 3:2 6:2 125:20 127:1
**depression** 116:17
**DEPUTY** 1:9,12
**derogatory** 40:10
**describe** 76:15 77:11 97:18
**DESCRIPTION** 126:11
**deserve** 11:3 26:4,7
**designer** 40:15,16
**desk** 89:23,24 90:2 93:6,7,8
**detail** 65:24 66:1 85:18
**detailed** 73:11 88:6 88:9
**detailing** 60:19
**details** 38:6,8 65:22 65:23 66:2,4,5,8 66:22 81:11
**detectives** 9:12 88:23
**deteriorated** 82:8
**Devereux** 108:10 108:20 109:2,9,12 109:13,15 110:5,6
**diagnose** 111:6
**diagnosis** 115:16
**Dial** 31:17,18,20 32:15 33:5 34:9 35:15,17 36:9 59:8,15 60:6 61:1 63:20 114:11
**Dial's** 37:3
**died** 87:21 114:17
**diem** 110:20
**difference** 64:6 86:8
**different** 40:7 78:7 99:16,24 100:4 107:22 120:13
**Dimitrios** 42:1,8,9

**direct** 11:4,7 50:14 64:19 128:16
**DIRECTION** 127:4
**directions** 11:18 54:7 87:6
**directive** 32:4,5,5
**directly** 9:1,2,3 31:16 37:19 57:11 64:20 70:20
**disciplinary** 37:1 46:17 48:2 60:22 62:2,6,7
**discipline** 33:17 34:16,24 37:8 47:19 100:21,23 120:11
**discovery** 20:7
**discriminated** 14:7 52:5
**discrimination** 12:4 31:2 36:16 65:7 71:2 73:18 112:7
**discriminatory** 37:23 70:6 71:1
**discuss** 43:13 91:17
**discussed** 93:18
**dismissed** 31:23
**disparity** 54:22
**disrespectful** 33:24 34:1
**district** 1:1,1 8:7,9 8:11,13,22,24 9:5 9:6,15,18,19,23 10:7,17,19 11:5 12:6 13:9 17:17 17:19,22 20:18 27:10 29:5 45:5 52:10,19 63:5,9 63:11 74:18,23 75:8,10 76:17,19 77:6 78:2,8 81:7 81:10 86:12 88:7 88:12 91:20,21 93:2 94:8 114:2 120:22,23
**districts** 75:12
**division** 17:1 20:19

**20**:21 26:24 54:20
**dizziness** 97:19
**dizzy** 94:3,7 98:21
**doctor** 31:10 93:17 96:10,21 97:1,3 102:22,22 116:13 116:17 117:20
**doctors** 99:1,4,7 103:1,15 104:14 105:10 112:12 118:9 121:9
**documented** 45:8
**documents** 122:7 127:10
**doing** 14:17 15:9 16:12 21:18 51:3 55:10,12 57:9 58:10 59:21 60:5 61:20 63:8 71:19 75:13 81:8 118:21 124:20
**dollars** 108:4
**Donald** 87:11
**Donna** 27:9 37:9,14 37:17 39:5
**door** 33:2,5,11 43:24,24 44:16 80:16 92:23 103:22
**doors** 14:16 70:16
**Doris** 47:6,8
**dorm** 123:8
**Dougherty** 7:19
**downstairs** 13:15 44:19,23 78:3
**Dr** 96:22 97:16 103:19,21 104:3,3 104:5,6,22 105:1 105:17 106:1 116:14 117:22 119:6,8
**drink** 27:3,5
**drinks** 44:8
**drive** 4:4 43:20,23 44:2 94:5 116:12
**driveway** 122:6
**driving** 94:15
**drove** 111:3 116:12
**drug-infested**

**20**:19
**drugs** 118:6
**due** 113:15
**duly** 5:11
**Dumbest** 89:15
**duties** 9:4,6 10:18 19:23 20:1 24:17 29:11 30:14,15,16 69:24 70:1 107:11 107:19
**duty** 101:18 102:24

---
**E**

**E** 4:2,2 5:14 126:1 126:9 128:2
**EAP** 112:13
**ear** 42:9 89:1 94:13
**earlier** 65:21 107:15,16
**early** 13:22,23
**East** 8:20 9:2,2 20:19,21
**EASTERN** 1:1
**easy** 25:9,10
**eat** 63:15
**education** 40:16,21
**educational** 7:17
**Edward** 2:9 46:22
**EEO** 56:19,21 84:7 84:18
**EEOC** 56:21 65:5,8 65:9 72:16 84:24
**effectively** 11:1
**efforts** 83:20
**Einstein** 105:1
**either** 32:18 37:23 51:10 63:12 64:12 111:8,8
**elevator** 70:16
**elite** 56:7
**em** 11:12 64:6
**emergency** 111:2
**employed** 106:15 106:17 110:3,19
**employment** 8:1 108:9
**engage** 70:5,24 77:7
**engaged** 31:2

enjoy 83:12
njoyed 83:19
ensure 10:23,24
    20:1,3,13 30:15
    30:19,23 42:23
    44:15
ensured 10:4
ensuring 10:5
entire 20:13 50:22
    62:18,23 81:7
environment 49:9
    65:7 66:21 68:6
    69:1 109:18 112:8
    118:9
EO 17:1
Eric 31:17,18 32:8
    32:10,19,20,23,24
    33:5,20,23 34:9
    34:16 35:14,17
    36:9,13 37:3,6
    59:8,15 60:6 61:1
    63:19 114:11
especially 26:2 51:3
    94:5
ESQUIRE 4:3,8
essentially 111:17
ethics 17:16
evening 46:18
everybody 75:2
    92:18
exact 107:11
exactly 25:10 35:20
    59:18 73:24
    112:17
examination 63:8
examined 5:12
excuse 26:10 121:4
excused 125:18
exhausted 102:10
Exhibits 126:16
experience 12:5,7
    20:16
Explain 13:8
explained 15:3
    67:18
extend 114:7,10
xtreme 93:1
eye 89:1 97:24 98:2

**F**

F 37:11 44:19
    128:2
face 39:9 46:10
    91:3
facilitated 95:13
facility 106:22
facing 86:17 89:2
fact 20:19 34:11
    101:17 114:21
fair 56:8
fairly 10:5,6 65:1,2
    104:4
faking 104:5
fall 91:3
falling 97:8,10
    103:6 124:7,8
false 60:12
falsified 122:6
familiar 17:15
families 87:14
far 33:4 67:3 71:4
    87:7 95:21 99:23
    105:23 122:22,23
fast 12:20 40:19
    84:16
father 87:14
February 19:17,19
    69:21
fed 60:1
Federal 65:9
federally 44:4
feel 7:6 14:15 94:7
feels 76:23
feet 88:19
Feinman 2:5 29:15
    29:22 30:5 52:20
    53:19 54:14,21
    58:14,15 60:18
    113:3,17,18
    115:19 116:23
fellows 86:7
felt 26:18 80:18
female 25:20 26:8
    28:13 37:18 38:2
    39:3 40:7 52:9
    57:14 74:8 113:5
    114:15 121:3
    124:24

females 40:9 67:18
    113:6
feminine 34:3
Feti 93:7,8
field 8:17,21 9:22
    10:2 20:17 38:4
    78:17
fifteen 40:23
figure 114:9
figured 94:2
file 84:7,18,24
filed 65:11 85:13
files 82:15
filing 5:4 85:3
fill 68:16 95:6,9,15
filled 90:17 95:8,23
finally 18:9 79:19
find 52:23 55:16
    62:13 111:7
finding 120:2
fine 7:6 98:8
    121:17
finish 6:8,12 7:1
    15:24 24:24 38:18
finished 38:16
    84:11,13 122:8
finishes 16:6
finishing 93:23
fire 92:21
fired 109:15 122:24
first 5:11 11:8
    12:23 13:9 21:5
    23:4 25:17,19
    28:22 30:1 32:18
    44:10 49:19,21
    50:8 52:18 58:16
    73:6 74:24 76:16
    76:17 77:5,5
    79:12 80:18 82:5
    91:22 94:9 96:23
    100:2,9,9 104:24
    107:11 112:13
    119:8,10 120:19
five 8:16 15:16
    88:19
fixed 79:13,14,20
    124:9
flooded 115:3
Floor 3:4 4:9

Floyd 13:10
focus 41:9
follow 9:8 11:18
    45:16 74:7
followed 16:22
    54:7
follows 5:12
followup 105:3
foot 13:19 14:1
force 8:20 9:2
    12:19,24 17:4,7
    18:7,13 19:4,10
    19:12,15,17,21,24
    20:24 21:5,21
    22:1,6,20 24:17
    26:4,23 29:6 31:4
    36:15,24 38:3
    41:8,9 42:20
    51:21 52:3,6
    54:12 57:12 61:7
    65:16,20 67:19
    68:24 70:10 78:9
    78:18 80:22 91:2
    91:5 115:3 116:10
    116:11
forced 69:7
foreclosure 120:9
foregoing 128:5,15
forget 31:9 33:24
form 5:6
formal 46:16,19
    48:2 60:22 62:2
formally 104:8
forth 83:20
forward 37:2 48:13
forwarded 34:17
found 22:14 88:1
    104:11
four 15:16
frequency 39:12
    73:17
Friday 3:6
friend 26:6
friends 52:17 53:21
    56:23 58:7,9,11
    63:1,3
front 13:6 34:13,15
    47:12,14 72:9
    87:8 89:4,23,24

90:2 101:4 122:5
fucking 33:6 44:1
full 51:17 66:11
    102:23
fullest 81:7
fumes 123:11
funerals 66:6
funny 116:1
further 93:4 123:15

**G**

gathering 17:11
gender 14:8 38:11
    39:24 71:4 112:7
generate 90:7
generated 20:5
    90:10
generates 90:7,9
generating 20:8
gentleman 87:9
gentlemen 86:22
    88:23
getting 11:22 21:7
    26:23 27:3,5
    36:22 44:8 50:4
    52:24 62:3 65:15
    67:4,22 73:4
    106:11 124:15,19
girl 12:8,12 15:12
    16:2 40:20
girls 107:21
gist 57:20 64:15
give 6:4 16:10
    19:14 40:22 46:10
    46:12 69:18 73:24
    75:19 77:19 85:6
    87:6 89:21,24
    95:19 98:19,22
    112:11
given 9:12 51:11
    65:22 115:18
    120:23
gives 32:4 43:1
giving 38:6 121:10
glad 6:11 82:17
glasses 98:3,9
Glickman 103:19
    103:24 104:19
Glickman's 103:21

Page 6

go 6:1 7:8,18,20 8:1
9:11 12:11 13:2
14:10,12 15:23
17:1,3,24 18:2,5,6
18:19,22 20:10,10
21:22 22:4 25:23
26:9,14,16 28:8
28:12 29:5 31:12
37:2 38:4,20 40:5
41:15 43:6,9,12
43:14,19 44:1
48:3,16,18 53:1
56:11,12,19 57:2
57:7 61:9 65:5,8
65:23 66:9,14
67:19 68:6,16,20
69:3,5,16 71:17
71:18 72:14,18
73:12,14 70:10,15
78:3 81:20 82:6
83:15 86:1,3,10
86:10 90:4,15,18
90:20 93:11,13
94:24 95:1,12
97:2,4 98:18 99:3
99:7,8 100:5
103:2,5,11,18
104:7 106:4,7,8
111:24 113:15
116:6 117:10,14
118:14 122:2
123:7
goes 10:8
going 10:11 11:24
14:16 15:2 17:11
19:3,7,7 25:8,9
26:5,20 28:6,24
34:15,24 37:2,5
37:11 41:3 42:5
42:14 44:3 45:15
47:13,14,15 48:13
48:19 49:24 50:3
54:10 57:5 59:15
61:8,22 64:14
67:18 68:3,4 69:2
69:8 70:10,11,12
70:15 72:21 75:19
75:20,22 76:2,5
77:22 78:14,21

82:19,22 83:6,9
84:7 90:4 94:6,21
96:12 98:16
104:10 109:14,15
109:16,17 111:24
114:4,7 116:15,18
119:2,7 122:15
goings-on 58:24
gold 80:3
gonna 25:7 27:14
29:4,5 43:20
61:20 81:17
109:21 114:12
120:19
good 5:17 26:12
63:13 64:21 76:23
79:7,8 98:14
99:22 106:6
goodness 52:24
91:6 103:7
gotta 61:9
gotten 42:17
grandmother 80:2
grandmother's
114:21
great 14:16 52:16
61:21
Green 2:12 71:4
72:24
ground 88:17
guess 95:5 98:11
101:10,10,14,14
101:16 107:17
guilty 88:1
gum 122:14
gun 97:10 103:6
guy 61:22
guys 44:23

——— H ———
H 126:9
H-A-A-G 21:15
H-A-Y-E-S 25:16
Haag 21:13,14,15
22:4 25:16 59:20
Haag's 25:4
half 15:16
hall 24:9
hand 43:15,17

handle 110:21
handwriting 76:21
77:2
hang 58:11
happen 29:13
36:14 39:20,22
59:15 60:11 61:14
97:12
happened 12:20
15:4 22:24 23:3
24:1 26:22 27:4
35:5,21,22 36:1,8
37:4 39:19 45:5,7
45:21 46:9,14,19
47:1 48:9,10 49:1
52:4,4 60:20,20
62:10,14 65:15
73:24 92:20 98:23
100:11 101:16
103:8 115:2,7
happening 54:11
60:3
happy 23:16,18
76:19
harassed 116:2
122:5
harassing 77:9
harassment 112:5
118:8
hard 17:19,22 44:7
48:23 89:17 92:7
Hayes 25:16 28:21
55:8,18,19
head 6:6 85:21
88:14,24 89:11,14
89:17 90:19 92:17
92:20,23 93:9,10
96:12 97:15 98:24
104:15
headache 92:24
93:1 106:5
headaches 94:1
98:12 105:21,24
106:2,3
headquarters 19:5
19:6 32:11,12,14
41:16,16 59:19,20
91:14,17 92:2,14
heads 53:20

health 107:3 108:6
108:7 110:17,23
111:4
hear 17:23 25:6
27:10,11,20 33:13
33:14 34:10 43:2
44:16,24 53:2
70:19 91:1 94:12
heard 25:3,5,22
33:5,23 39:10
40:4 68:3
hearing 100:8,9,20
101:1,2,4
heart 99:3,4,7,9,10
99:13,19,20 100:5
100:10,15,17
101:8,20,22
102:22 103:17
125:8
helicopters 89:13
help 51:8 53:10,16
61:8 66:18 86:4
86:13,16,24 87:2
87:3 107:22
110:24
helped 81:11 89:16
89:18
helping 60:5
helps 117:8
HERBERT 4:3
hey 24:7 58:9 61:19
63:8 86:24
high 7:18,19
highway 18:7
27:15 120:17
hip 97:11
history 8:1 114:16
114:22 115:5
hit 47:12,13,14,16
47:17 89:2,11,14
89:17 92:20 94:13
98:2
hitting 97:15
hold 72:22 116:9
holding 93:8
Holmes 8:19
home 14:15 33:16
43:6,12,14,23
45:13,16 46:11

93:24 105:10
116:12,12 120:6,7
121:22,23 124:8
homicide 88:21,21
honest 58:2,3 73:21
89:12 91:6 118:17
hope 26:20 30:4
hoping 89:13
Horne 2:18 48:6,15
48:21,22
horrible 125:5
hospital 90:3,5,18
90:20 93:13 95:1
111:9 115:8,10,15
115:20 116:3,4
hostage 111:5
hostile 49:8 65:7
66:20 68:5,24
112:7 118:8
hounding 50:3
hour 108:5 124:5
hours 13:11,18
42:22 71:8 108:1
house 77:17 83:21
94:16 103:14
105:14 122:11,16
122:23 124:7,8
hungry 124:7,7
hurt 42:17 114:19
121:20
hurting 100:7
hurts 114:18
Hyers 2:2 12:8,15
14:9 15:10,14
16:1 19:9 26:2

——— I ———
IAD 17:1
ice 92:23 93:8,10
identifiable 121:5
identification 76:9
84:1
identified 25:3,15
identify 76:14 83:6
ignore 26:20
ill 103:13
immediately 19:6
33:17 89:19
impact 58:17,18,23

D566

importance 93:19
incident 36:9 41:11
  48:12,17 59:9
  61:1 63:20 74:1
  85:17 91:10 103:8
  103:9 116:22
incidents 38:1 49:7
  49:7 60:16 65:6
  65:14
include 20:8
included 31:16,17
including 15:20,20
income 108:22
incorrectly 59:22
INDEX 127:1
indicate 102:15
indicating 89:4
  97:24
indicted 44:4
individual 1:7,10
  1:14,17,20,23 2:3
  2:7,10,13,16,19
  2:23
induced 115:4,17
information 9:12
  65:12,13 86:5
  89:24 96:7,10
  104:2
informed 62:5,24
  109:17
infractions 37:1
infusion 106:4,7
infusions 106:5
injured 27:7 89:22
  91:12 92:3 97:13
  101:18 103:5
injuries 97:4
injury 88:6,14,16
  90:1,8,9,10,12,16
  90:16 92:17 95:1
  95:7,8 98:24
  104:5,15 106:11
inquired 37:4
inquiring 36:10
insecure 14:16
inside 56:12 71:16
  75:7 82:14,15,16
  113:14
inspector 1:19 2:18

8:18,19 9:3 23:5,7
  23:7,10,11,16
  24:9 36:20,21
  48:6,15,20,22
  62:4,4 67:14,15
  67:23 72:18
inspector's 28:24
instructed 23:13
instructions 6:1
insubordinate 60:9
insubordination
  37:13
intelligence 40:15
interaction 63:10
interested 23:22
Internal 58:19
internist 119:2
internists 119:1
interview 62:12,13
  62:18,23
interviewed 62:14
  62:16,17,19,22
interviewing 36:11
interviews 37:3
  122:4
investigate 59:8
investigated 62:9
  62:11
investigation 59:12
investigations
  30:20 62:8 72:13
involved 44:11
  90:24
IOD 96:8 101:5
issue 23:23 31:21
  52:13,17 53:16,18
  53:19 66:13
issues 17:11 65:7
IV 106:8

J

Jack 2:5 29:22
JAMES 1:19
Janine 68:8
January 107:17
  119:24
Jeannie 39:1 41:10
  41:17,18,19,20,22
  42:2,2,5,6,8,13,19

42:21 43:2,4,6,10
  43:12,14,15,19,23
  44:6 45:18 46:17
  47:11 48:11,17
  55:8 56:4,15 59:3
Jeannie's 42:4
Jeffcoat 27:22
Jersey 110:14
JFK 110:13,14,16
job 10:20 14:16
  15:16,18 20:12
  26:8 27:6 40:21
  40:23 41:1,6
  53:23 54:1 55:10
  59:22 66:22,24
  67:1,7,8 71:19
  80:23 81:2,6 86:9
  97:13 107:14,23
  108:12,13 110:4,7
  111:11 118:7
  119:3,24 120:10
  123:6
jobs 86:3 110:9
  124:4
Johnson 17:13,15
  18:18,20,21,22
  26:15,17,17 36:17
  57:4,7,13,14 94:9
join 8:4 124:21
Josey's 77:17
JR 4:3
July 78:19 102:13
June 78:18 96:12
juveniles 107:6

K

Karina 70:7 74:5
Katz 106:1
keep 29:17 95:19
  113:20 119:12,13
  121:11
Keith 1:3 22:16,17
  23:1,2,6 24:4
  62:15,20 63:2,8,9
  64:7,8,12,18
Keith's 64:12
Kelly 1:19 49:12,14
  49:16,18,19 50:17
  51:14,24 53:18

54:24 55:2,2,14
  59:8,11,13 60:2
  60:14,16 61:12
  62:5,14 63:19
  68:19
Kemchuck 15:21
Kemchuck's 93:6,7
kept 36:10 43:14
  88:20,20 106:7,8
  119:14
KEVIN 1:9
kicked 120:1
kicks 43:24
Kim 52:16 57:24
  58:1,6,8 61:18
Kimberly 52:15
  61:18
kind 44:18 68:2
  114:16 116:1
King 89:10,19 90:9
  100:11
Klonopin 118:2,3
knew 13:13,18
  17:19 26:2 27:6
  33:11 42:6 52:12
  52:13,19 58:18,23
  63:9 64:6 97:11
  103:22 118:22
know 6:7,15,16
  8:16 9:11 12:9,9
  12:22 13:16 15:6
  15:7 16:22 18:6
  21:1,4,21 22:14
  23:19,20,22 24:1
  24:21 25:14 26:1
  26:5 27:21 28:7
  28:11 29:1,4
  34:11,17 36:19
  38:8,9,10 39:16
  40:3,3,5,19 41:1
  41:23 42:1,11,16
  45:14 47:18 49:24
  50:2 53:17,18,19
  55:6,9,9,11,17
  56:8,11 57:7,10
  57:12 58:19,20,22
  61:17 62:3 63:12
  63:17 64:1,2,3,15
  65:24 67:21 71:20

72:1,20,22 74:22
  74:22,24 75:2,9
  76:3,23 78:5,6,21
  79:3,6,10,14,18
  79:18,21 81:8
  82:2 86:9,13 87:3
  87:4 89:7,11 90:2
  90:22 91:2 92:6,8
  93:16,17 94:19
  96:22 97:3,19
  98:22 99:2,7,19
  101:16 102:9,12
  103:9 105:2,7
  107:23 109:19
  112:16 114:6,8,8
  114:10,16 115:18
  115:22,22 116:2,2
  116:7 118:22,23
  119:5 121:14
  123:18,23 124:6
  124:12 125:6
knowledge 48:8
  64:4 76:20
known 42:17

L

labeled 118:18
lacking 66:17
Lackman 30:17
  41:18,19 42:14
  50:20 66:11
lady 12:13 27:22
laid 11:17,19
late 13:11,18 31:9
  31:11 32:7
laugh 39:18,18
laughing 37:8
  122:10
Laverne 2:15 52:1
  53:7
LAW 3:3 4:8
lead 11:18
leadership 76:20
learned 62:6
leave 28:17 43:15
  44:6,13,22,24
  50:7 69:17 102:4
  109:12 116:8
  120:10 123:10,13

leaves 43:23
eaving 68:23
left 12:22 18:8 24:6
  33:2 34:16 41:20
  41:21 42:12,15,18
  43:8 44:13 45:9
  45:12 49:17 50:20
  78:8 91:20 93:20
  109:13,24 119:18
legalities 101:15
legally 20:2
length 8:10 116:5
let's 6:1,8 7:8 8:1
  13:2 17:3 25:12
  31:1 35:9 37:24
  41:9 53:6 55:1
letter 7:13
level 11:2
Libra 79:3,5,11
lie 33:10 61:21
  81:17
lied 114:11
lieutenant 2:2,5,9
  2:12,15 11:6,7,14
  12:2,8,15 13:2,13
  13:14,23,24 14:2
  14:9,20 15:3,5,10
  15:13,14,19,21
  16:1 19:9 21:13
  22:4 26:2 29:15
  29:16,22 30:9
  31:11,13,22,23
  32:9,17 33:3,13
  33:14,15,20 34:14
  34:14,17 35:16
  38:6 41:21,22
  42:7 43:22 45:8
  45:17,20 46:8,12
  46:22 47:6 48:4
  49:17 50:19,20
  52:12,13,20 54:13
  54:14,21 58:14,15
  59:20 60:18 66:2
  66:15,19 71:3,24
  71:24 72:6,24
  74:6,12,17 75:6
  77:1,17 78:24
  80:17 83:21 93:6
  93:12 94:10,24

113:3,15,16,17,18
  113:23 115:19
  116:23
lieutenant's 32:23
  40:24 43:9,10
  47:5,6 93:5,21
life 103:12 105:11
  122:14
lights 94:6 97:21,22
line 31:24 56:6
  127:6,12,22
list 69:15,17
listen 54:10
listened 71:13
little 24:4 40:19
  48:13 89:6 98:16
live 120:3 122:12
living 87:14 123:3
  125:6
locked 44:16
locker 28:3,4 64:9
  64:12,13 78:4
lockers 11:10
lodge 56:20
long 12:21 19:1
  22:7 28:17 35:4
  37:7 61:17 96:24
  97:2 102:6 105:15
  116:19 118:14
  121:12,12 123:12
longer 121:11
longest 113:21
look 9:8,11 23:16
  29:3 44:1 46:4
  67:21 72:21 73:22
  82:15 87:10 97:20
  122:7 124:1
looked 23:17,18
  41:17,21
looking 40:4 42:5
  88:17 89:13 97:22
  97:22
lose 120:7
lost 65:10 120:6
  123:6 125:12
lot 65:12,22 70:1
  85:24 86:4 98:15
  107:24 109:13,15
  122:12

loud 94:11,11
low 88:19
lunch 56:12 63:15
lung 99:3,4,7,9,11
  99:14,19,20 100:5
  100:10,15,17
  101:8,20,22
  102:22 103:18
lying 13:19 114:23
Lynne 7:12

## M

M 5:14
ma'am 5:24 7:16
  13:1 15:15 25:18
  25:24 26:7,12
  28:11,20 33:10
  34:7 35:8 39:11
  39:21 40:17 46:5
  46:21 47:19 48:23
  58:16 59:24 61:4
  73:21 79:15 80:20
  80:24 82:9 85:7
  88:4,13 91:7
  96:16 100:9,19
  102:10 103:16
  104:10 108:3
  109:7 110:10
  112:10,24 113:12
  114:13,24 115:1
  116:6 119:11
  120:11 121:20,24
  122:7,13,22 123:1
  123:17 125:5
Madden 2:21 96:5
  96:7,13 102:19
Madden's 99:12
majority 20:20
making 11:15 29:3
  47:16 50:5 61:20
  61:21 70:17,20
  120:8 124:5
male 12:3 25:20,21
  40:1,2 55:20 74:9
  79:10
males 55:23 57:16
  87:12 124:21,23
man 40:2 54:3 79:7
  114:19 122:19

123:24
Mandel's 105:17
Mann 116:14
manner 59:2
  114:23
Mapp 92:17,19
March 9:16,17
mark 76:5
marked 76:9 84:1
  127:20
married 78:7 79:2
  80:5
matter 6:20 12:24
  20:18 32:2 34:11
  128:6
Mattes 3:7 128:4,9
McCullum 11:6,6
  11:10 12:2 13:2
  13:14 14:20 15:3
  15:5,13,19 65:14
McCullums 11:13
McDonald's 86:4
McDUFFY 4:3
  16:5,8,10 38:14
  75:24 82:21,24
  84:10 104:17
  108:23 124:11,13
mean 10:2 23:6
  25:16 28:16,23
  37:7 41:7 48:1,23
  49:3 63:22 66:3
  67:1 73:13,22
  103:7 105:7,8
  114:14
Meaning 34:15
  53:18
means 41:15
  128:16
medical 95:12
  111:13,16
medication 105:13
  106:1 117:23
  118:15,17,19
  119:12,13,14,23
  121:9
medications 105:16
  121:15
medicine 98:20,22
meet 34:21 35:2

52:21 113:19,24
  114:1
meeting 23:3 35:23
  52:21,23 55:1,2,3
  55:4,13 77:16
  91:19 92:13
  100:17
MELVIN 1:22
memo 36:2 46:15
  46:20 47:2,3
  60:14,17 61:3,8
memorandum
  33:17 46:16 68:20
  68:22,22 69:4,5,7
  69:9 95:24
memory 98:14
memos 60:15,24
men 40:8 79:7,8
men's 64:9
menace 41:3
mental 7:2 107:3
  110:23 111:4
merit 57:18
Merritt 68:8
merry-go-round
  94:19
messenger 13:20
met 22:24 34:23
  35:14,16 77:15
  113:9
Michael 44:4
migraine 98:12
migraines 97:9
milligrams 117:5
  121:18
minor 7:23
minute 32:13 53:6
  66:14 95:4 105:7
minutes 42:3 47:4
misspelled 20:14
mixed 11:14
MK'D 126:11
mobile 111:2
Molly 96:6
mom 79:6,6 125:8
  125:8
moment 15:11 35:6
  85:6
Monday 33:18

**money** 123:7,8
**monitor** 68:2 70:2
  71:5,5,9,17,18,21
  72:7
**monitored** 10:23
  71:14
**month** 18:23
  118:13
**months** 12:24
  79:15,18
**morning** 91:23,24
  92:3,4,5 121:19
**mother** 34:2 40:15
  79:3,4,10,11
  87:20
**mouthful** 31:5
**moved** 26:7 57:14
  57:17
**MRI** 104:10,10
**mud** 81:3
**Murdoch** 87:11

**N**

**N** 4:2 5:14,14 85:22
  126:1 128:2
**name** 11:8,10 23:14
  25:17 27:9 32:18
  41:24 42:1 44:10
  70:8 73:6 81:3
  87:5,7 91:1,3
  94:10 96:6,23
  97:16,19 117:20
  117:21 119:6,8,10
**named** 5:20
**names** 22:16 25:19
  44:18 60:6 61:23
  73:5,5 87:17
  114:14,16,17
  117:1
**narcotic** 51:4,20
  66:7
**narcotics** 12:19
  17:3,7 18:7,8,12
  19:3,10,12,15,16
  19:21,24 20:10,17
  20:20,24 21:5,20
  21:24 22:6,19
  24:17 26:4,22
  27:16,17 29:6

31:4 36:15,22
  38:3 42:19 54:12
  57:12 61:7 65:15
  65:19 67:19 68:23
  69:11,13,14 70:10
  78:2,9,13,14,15
  78:17,22 80:22
  91:5 116:10,11
  120:18
**Nathan** 29:17,19
  30:4
**nebulizer** 115:18
**need** 6:12,15 32:9
  35:6 43:13 65:3
  69:16 75:5 86:9
  100:7 113:6
**needed** 91:17 95:6
  113:9
**neighborhood**
  50:21 86:1,1
  115:12 122:12
**neighborhoods**
  17:12
**neighbors** 122:4
**Nelson** 117:22
**nephew's** 11:10
**nerve** 33:6
**nervous** 45:14
**Nestel** 8:15 121:3
**neurologist** 103:17
  104:23,24
**never** 13:22 14:2
  14:10 24:10 27:22
  45:21 52:11,13,19
  53:14,15 54:2,19
  56:21 57:2 61:5
  61:11,24 63:3
  71:6 79:1 82:14
  87:9,15 96:8,9
  100:8,16 101:3,6
  104:8 118:5
  120:24 122:13,15
**new** 25:6 119:17
**news** 125:2
**NFL** 106:14
**niece** 57:16
**nigger** 87:9,13,24
**night** 45:19 46:11
  54:17 63:6 87:13

87:15 94:5 123:12
**NJ** 3:14 4:4
**nod** 6:6
**nods** 85:21
**norm** 67:3
**normal** 78:6
**normally** 52:21
  94:11,12
**North** 110:16
**Nortriptyline**
  105:22
**Notary** 3:7 128:5
  128:10
**note** 64:11,14,15,17
**notes** 128:6
**noticed** 99:15
**noticing** 94:3
**notifications**
  104:12
**notified** 18:12
  90:12
**notify** 90:11
**November** 74:15
  78:19
**NS** 115:11
**NSF** 31:6,7,8 49:8
  49:15 54:24 56:17
  67:12
**number** 77:20 87:1
  89:22 90:1 126:11

**O**

**O** 5:14 128:2
**o'clock** 19:12 21:11
  42:23 43:2 50:9
  50:10 92:9
**O'Connor** 71:22
  74:6
**O-S-A-I** 85:15
**oath** 58:3
**Obama** 120:10
**objections** 5:6
**observed** 14:17
**occasions** 79:15
**OCCUPATION...**
  2:22
**occurred** 41:12
**occurring** 60:16
  105:21

**October** 102:9
**odd** 97:2
**offensive** 31:3
**office** 19:2,8 21:10
  21:19 22:9,13,18
  22:19 24:6,8,10
  24:19 25:2,5 26:3
  27:2 28:17,18,24
  29:15 32:16,19
  33:2,4,21,22
  34:16 37:10 41:20
  42:11 43:10,11,16
  43:22 47:6,7
  49:19 52:20 53:2
  53:24 80:17 92:2
  93:3,3,5,5,11,20
  93:21,21 94:23
  95:6,12,18,22
  96:13,18 99:13,14
  100:3 102:21,24
  103:21 105:17
  111:4 113:21
**officer** 7:10 9:8
  13:10,16,21 20:4
  20:5,6,22 27:7,8
  31:17,18,20 32:15
  37:9,16,21 39:5
  39:24 40:1,5
  41:24 43:21 44:4
  44:7,9,20,22
  45:13 52:1 56:11
  59:2,16,18 60:10
  68:7 70:7,14,14
  73:16 86:12 87:19
  89:22 90:3,4
  92:16,19 94:9
  99:5 112:14
  113:11,12 114:11
  115:13
**officer's** 89:24
  91:15
**officers** 10:22,24
  13:6 14:12 15:20
  20:7 30:20 31:14
  31:16 32:1 37:9
  50:2,7,15,16,24
  56:3,4 59:1,5 66:1
  70:3 71:14 88:20
  89:10 92:18 97:3

99:24 114:3
  116:11
**offices** 47:5
**official** 1:7,10,14
  1:17,20,23 2:3,7
  2:10,13,16,19,23
**oh** 11:23 16:7 30:6
  38:13,15,15 39:15
  45:3,18 52:24
  72:20 79:5 80:17
  83:14 84:12,16
  86:9 88:8 98:11
  103:23 110:13
**okay** 6:14,17 7:8,15
  7:17 10:14,15
  11:12,22,23,24
  12:1,4 13:2 14:19
  15:24 16:9,12,13
  17:3,8 18:14
  21:16,24 22:4,12
  22:24 23:9 24:22
  24:23 29:8,13
  30:11 32:14 33:21
  35:18,22 36:1
  38:16,18,21 45:12
  47:10 49:6,22
  50:12 53:6 54:6
  54:15 55:13,21
  57:4 58:24,21 59:7
  64:24 67:11 69:11
  69:24 74:11 76:4
  77:7 80:7,10
  81:13,19 82:10,18
  82:24 83:11 84:16
  85:24 87:23 91:19
  92:10,11,14 93:12
  93:14,16 95:15
  96:17 98:5,6 99:8
  101:19 107:10,19
  108:11,23 110:12
  112:19 117:6
  118:21 124:11,14
  125:16
**Olga** 106:1
**olive** 114:7,10
**Olney** 87:14
**once** 32:4 84:6
  118:13
**ones** 7:16

online 7:23
open 33:10 43:24
70:16
operations 21:6,9
29:3 90:11 92:15
92:16 93:22
opportunity 83:12
83:19
options 18:23
Oral 3:2
order 42:23 57:17
orders 32:23,23
Osai 85:15
outpatient 117:16
117:18
outside 86:23
122:23
overall 57:20
overheard 25:12

**P**

P 4:2,2
p.m 3:6 68:10
71:11 108:2,2
125:21
PA 3:12 4:10
pack 93:8,10
packs 92:23
Page 126:4 127:6
127:12,17,22
panel 100:6,18,19
101:1,2,4 103:1
103:18 104:20
panic 118:4
paperwork 20:3,12
20:13 30:21,22
37:3 46:5,10
47:18,22 48:2
60:21 65:10,11
68:16 73:23 93:24
105:3 113:14,14
116:8
parallel 86:20
parked 86:19,20,20
122:5
Parkway 3:4 4:9
Parliament 3:13
PARS 20:4,5,15
part 66:22,24 67:1

67:7,8 69:14
104:20
particular 11:14
30:12 51:10 74:1
92:13
parties 5:4
partner 41:23
56:24 111:3
120:22
partners 104:20
passed 88:24,24
passing 63:7 78:3
patients 110:23
patrol 18:7 27:15
29:19 71:14,16
86:6 93:20 120:17
patrolled 10:24
patterns 9:9 81:12
Pause 85:9
pay 101:23 114:12
payments 120:8
payroll 73:13
Peay 67:23 72:18
Peay-Clark 67:15
67:21
peer 53:7,9 54:5
peers 56:2
Penn 7:22,22
Pennsylvania 1:1
3:5
people 9:12 14:14
14:14 15:17 19:6
24:5,6,11 28:15
28:16 29:1 36:23
40:22 56:22,24
58:7,18 62:9,12
62:16,22 64:5
68:4 70:4,23
71:15 75:4,11
86:2,2,12 87:16
106:13 109:22
111:4 114:15,16
118:23 121:1
122:1 123:20
125:4,13
perfectionist 79:9
performing 14:12
period 8:10 10:10
19:14 68:12 69:18

101:23 102:6
permanent 26:23
111:11
permission 42:18
73:16
person 10:3 25:14
26:19 38:5,7
48:24 54:2 57:1
62:1 66:10 75:14
75:14 82:1,14
86:6 106:2 109:14
111:7,8 114:5
122:15
person's 86:5
personality 76:22
personnel 111:14
111:16
ph 15:21 50:18,20
Philadelphia 1:6,7
1:10,13,17,20,23
2:3,6,10,13,16,19
2:23 3:3,5,12 4:8
4:10 5:20 8:2,4
40:8 41:2,12
57:15 84:23 87:21
110:22 112:14
phone 15:1 19:1,4
19:11 23:17 27:8
42:13,19 45:9
57:8,9 58:7,12
71:23 73:1 77:20
87:1 91:15,15
99:24
physical 7:2
physicians 96:17
picked 38:10
piece 89:8 122:14
place 80:20 86:10
86:11
placed 51:10 53:12
64:11 66:15,19
71:15 73:8,8
places 41:4 86:4
Plaintiff 4:5
Plaintiffs 1:4
plan 120:10
platoon 8:14,24
9:19 10:21 14:10
14:18 15:23 17:9

27:12,14 52:11
63:6 66:16 81:10
82:11 83:21 121:2
platoons 66:16
please 6:15 13:8
43:15
plenty 97:3
point 59:24 67:11
97:8 100:11
police 1:7,10,13,17
1:20,23 2:3,6,10
2:13,16,19,23
6:22 7:10 8:2,4
40:8 41:2 42:24
56:19,22 57:1,15
57:20,23 60:12
67:4 75:1 84:18
84:23 85:12 87:21
89:20,21 91:4,13
94:16 97:4 103:8
111:5,5 112:14
113:10 115:13
124:22
policies 41:1
policing 86:1
policy 60:12
poor 123:3
porch 94:18
posed 18:15
post 125:9
Post-traumatic
125:10
practice 119:19
pray 26:20
PRECISION 3:11
prepare 111:8
Presbyorker 50:18
50:19 66:12
Presbyterian
106:18,20 110:7
prescribed 117:23
118:1
prescribing 105:14
present 3:8 32:17
35:15,17 36:2
Presley 99:5,6
prevent 7:3 105:21
prior 20:16 27:3
31:22 65:15 77:15

prisoner 121:22,23
proactive 9:8
probation 14:6
problem 32:11
33:22 58:5 73:10
95:3,4 109:22
problems 80:24
81:1 106:6 107:8
procedures 41:2
proceedings 128:6
process 36:11 96:8
99:11 120:1
producing 36:24
50:4
**PRODUCTION**
127:10
professional 33:12
82:4,8
professionalism
7:14
progressively
106:13
promote 48:19
promoted 9:16
15:15,18 48:15,23
49:2,5 50:18,19
67:22 74:12,17
77:24 78:18,19
113:5,8
promotion 75:3,17
78:10
promotional 63:7
69:15,17
pronounce 96:23
proper 42:24
properly 20:2
30:21,24
proprietor 85:16
prostitution 70:4
protocol 89:20,21
provide 107:1,2
psychiatrist 110:21
117:23 118:11
119:14,15,18,18
121:7,8
psychiatrists 112:9
psychologist
118:11 119:16
120:2

psychologists 112:9
psychology 7:23
Public 3:7 128:5,10
pulled 114:24
punish 47:16 48:24
60:10 74:4,5
punished 61:24
62:1
purposes 71:18
put 13:24 14:18
20:7 25:8 26:18
31:24 43:14 51:8
52:5 53:3,17,20
69:4,16 73:12,13
73:16 76:3 83:20
102:23 105:23
111:23,24 116:15
116:20,23 117:2,7
putting 51:16

**Q**

quality 71:18
question 6:9,11,12
15:24 16:6 18:2
18:13 25:1 28:7
59:4 84:11 97:2
QUESTIONED
126:4
questions 5:7 6:5
123:15 127:20
quick 48:14 84:17
quite 21:2 70:9
112:2
quota 113:9

**R**

R 4:2 43:4 128:2
race 12:2 37:17
39:2 40:12 41:6
racial 12:4 31:1
44:11,18 65:6
73:17
racially 31:3 70:5
radar 80:24
radio 9:7 17:23
25:4 29:17,19
42:24 71:13 89:20
89:20,21 91:13
rally 66:6
Ramsey 1:6 57:24

123:23 125:2
ran 61:17,18
rank 18:9 19:20
39:4 49:2 69:22
ranks 40:18
rat 64:16
re-live 34:7 35:7
read 20:12 75:23
76:2,15 83:10
101:2 104:4
ready 21:7 52:24
62:3
really 6:7 17:22
48:14 61:13 63:18
64:15 65:23 70:1
74:2 75:15 100:1
123:21 124:10
reason 38:9 69:2,8
72:7 111:7 113:4
113:7 115:23
116:3
reassigned 19:18
82:11
recall 7:16 29:21
33:9 73:20,23
74:3
receive 101:20
received 19:1,4
101:22 102:12
receiving 90:13
recommended
96:18
record 6:2 10:15
76:14 100:21,23
120:17
records 58:8 73:12
87:11 104:4
reeking 43:18
refer 31:7
reference 39:24
60:24 70:9 77:22
references 41:5
referencing 60:22
64:10
referral 117:14
referring 12:14
23:11 58:20,22
refile 65:10
refused 51:7 88:22

regard 26:23 31:1
65:6 84:24
regarding 7:9
regards 98:23
regularly 58:12
relate 28:15
related 88:6 97:15
relationship 58:13
63:13,14,14 64:21
82:8 99:23 125:12
released 116:7
remain 67:9
remarks 65:6
remember 7:10,13
8:12 10:21 12:16
18:24 21:8 23:14
25:18 32:18 36:18
38:5 59:13,17
64:13 76:21 77:16
77:16 83:3 86:19
86:21 92:1,4,18
96:3,3 98:13
107:17 108:20
110:10,11 117:4
119:9,10
Renee 27:22
repeat 6:11
replaced 111:12,13
report 13:17 19:11
20:4,6,9,15 68:17
90:8,9,10,16,16
91:10 93:23 95:7
95:8,16,23
reported 50:15
64:20 68:18 90:13
reporter 3:7 6:5
128:4,9,17
reporting 3:11 54:4
reports 50:14 64:19
repossessed 121:21
representing 4:5,10
5:19
reproduction
128:15
reputation 57:20
57:22 65:16
request 59:12
67:11 127:10
requested 67:13

69:5
requests 60:22
reserved 5:7
residences 107:2
residential 106:22
107:12,20
resign 109:23 110:1
respect 54:9
respective 5:3
responded 111:4
response 6:10 18:1
48:20 59:12 95:2
responses 6:4
responsibilities
10:18
responsibility
95:10
retaliation 112:8
RETIRED 1:16 2:2
2:6,9
return 102:1,2,15
102:17
returned 45:21
returns 108:22
Richardson 13:10
13:21
rid 36:22
ride 31:15,19 32:1
32:6,8,10,20,24
riding 31:21 33:7
right 7:2 12:17
15:8,22 25:4
38:19 43:13 44:14
44:21 46:20 53:10
54:6,20 86:21
92:22 94:14 97:21
99:19 100:12
104:16 110:6,15
110:20 116:8
117:12 120:19
ring 80:1,1,3
101:13
rode 54:16 86:14
roll 11:16 13:4 14:3
14:23 27:20,23
28:5 29:14 44:17
50:7,8 59:14 60:2
72:2,3,5,9
rookie 38:7

room 21:6,10 25:4
29:3 42:4 44:17
59:14 60:3 64:9
90:12 92:16,16
93:22
rose 40:18,20
routine 120:13
rumor 57:11
rumors 70:20
run 102:6
running 103:13
Russell 1:2 3:2 5:10
5:17 14:19 25:23
27:13 29:9 37:12
39:20 71:20 77:1
83:21 85:13
103:23 106:15
107:14 116:21
121:7 126:3

**S**

S 1:2,6 4:2 43:4
126:9
Sadler 22:16,17
23:1,1,2,6,8 24:4
24:7
Sadowski 1:3 5:23
62:15,20 63:2
64:19
safety 2:22 95:6,12
95:17,21 96:13,18
102:18,19
salary 67:9 108:3
108:19
sat 21:11 24:18
27:5 71:14 87:14
94:22
Saturday 33:18
Saturdays 65:22
Saundra 1:2 3:2
5:10 24:8 27:13
61:9 77:1 103:23
126:3
saw 45:13 58:9,9
61:6 63:7 78:2
86:13,16 92:17
93:1,8 96:21,23
99:2 104:3,24
112:12,14 117:21

121:6,8
aying 18:10 19:7
28:24 32:3 39:11
50:2 55:4 103:2
104:16 114:23
118:16
says 17:21,24 18:4
44:1 61:9,22 75:5
76:22 114:6,9
125:2
scene 88:22 90:8
91:20
schedule 111:21
112:1
school 7:18,19
109:3,5,8 123:4
123:10
schooling 110:2
Sciences 123:5
scraped 89:8
screamed 15:4
screaming 122:21
Seaborough 9:24
12:14 16:18 17:10
67:14,20 72:19
sealing 5:4
seat 42:10
secondary 41:14,15
sectors 11:1
see 17:18 21:12
22:17 23:5,7
70:17 77:23,24
78:9 87:2 89:9
92:21 96:2,5,13
96:17,20 98:24
99:10 104:14,22
112:8 119:1
122:22,23
seeing 102:23
seek 95:11,15
seen 95:1 97:12
116:14
send 43:20 48:5,5
66:7
sending 66:2,3
88:23 90:13
sense 29:7 88:4
sensitive 51:3
sensitivity 97:20

sent 17:10 36:5
47:18,22 60:21
77:4 103:17,19
separate 78:16
September 96:3,13
102:8 112:22,23
sequence 95:20
sergeant 10:21
11:15 15:21 19:22
19:23 25:3,6,15
25:16 28:20 30:17
37:12,14,15 38:4
41:18,19 42:14
50:18,20,23 51:3
51:7 52:12,18
53:6,12 55:7
66:11,11,12 69:23
73:4,6 74:8 77:24
89:10,19 90:9
93:6,7,8 100:10
113:8
sergeant's 25:5
37:10 53:2
sergeants 15:20
51:5,6,9,11 53:15
55:24 56:1 71:6
74:9
served 19:15
service 101:13
106:24
services 11:2 50:21
91:10 95:16,23
110:17 115:12
set 81:7,11
setting 28:21
settled 61:11
seven 87:14
severe 93:15 94:4
97:9,19 98:18
106:11
sex 14:8 36:15
37:24,24 65:7
71:2 73:18 80:7
81:18
sexual 81:14,21,23
82:2 112:5
sexually 77:8
Shanaynay 38:22
39:8,13,15 40:11

44:19 61:1
Sharee 92:17,19
Sharon 9:24 12:14
67:14
shave 40:3
shavings 89:3
sheet 90:13
Sheila 99:5
shell 88:17
Sheneneh 38:23
39:8,13,16,17
40:11 48:11 61:1
Shield 104:13
Shields 4:8 5:16,19
16:11 35:13 38:17
75:22 76:1,5,12
82:19,22 83:1,5
84:4,14 85:11
104:18 108:21
109:4 124:12,17
125:16 126:5
shift 71:10 111:18
shifts 111:13
shirt 89:4,18
shirts 70:12
short 35:11 101:19
shoulder 43:16
shoveling 122:19
show 28:1 29:5
58:8 82:19 83:9
showed 13:10 28:2
30:18 54:21
showing 14:13
shrugged 33:1
sic 72:5 96:22
97:16
sick 96:9,11,15
102:3 104:7,7
105:9 118:22
side 6:23 64:10
sign 29:17,18 79:5
86:5,14,17 87:3,8
signed 30:23
signing 5:4
simple 113:11
Singleton 1:22 17:9
74:23 76:18 77:7
77:13,23 78:1,10
78:21 80:6 81:8

82:1 83:11,18
91:11,12,16,21
93:2,9,18 94:24
100:20 102:14,17
124:1
Singleton's 84:5
85:1 93:3
sip 65:3
sir 58:21 60:4
68:22
sit 21:6,9 50:5
80:17 93:11
122:23
Sitarski 7:12
sits 125:2
sitting 23:15 27:4
29:2 33:4 40:23
46:9 93:7
situation 49:3 59:8
situations 110:22
111:6
skills 76:20
slant 89:3
sleeping 57:15,18
125:13
slept 123:9
slowly 83:13 84:15
smart 123:4
smell 43:18
smirk 46:10
Smith 32:18 33:13
33:14,15
snow 122:19
society 41:3
sociology 7:24
soft-spoken 94:12
soliciting 70:4
somebody 44:24
64:15 66:3 88:2
120:17,17,23
son 23:24 79:20
120:11 123:3,3
125:11
soon 51:12 58:15
sorry 15:5 17:9
18:18 22:12 23:4
26:12,13 30:6
34:7 41:14 45:4
49:18 81:4 90:15

98:5 100:24 102:9
103:10 117:16
119:22 121:13
123:21 125:15
sounds 90:22
South 3:11 41:12
span 51:2
Spangler 2:9 29:23
29:24 30:6,9
31:13,22,23 32:9
33:20 35:16 36:3
36:5 38:6 41:21
41:22 42:7 45:8
45:17 46:8,12,23
48:4 66:2 113:17
Spangler's 25:8
66:15,19
Spanky 25:7 26:5,6
speak 6:8 16:20
23:21 28:16
speaking 27:12,13
99:23
specialist 110:21
specific 96:5
specifically 59:14
66:18
spell 112:16
Spicer 39:1 41:11
44:4 45:13 46:17
48:11 55:8 56:4
56:15 59:3 114:11
Spicer's 48:17
spoke 14:2 16:22
45:22 61:17 62:21
spreading 70:22
squad 8:16 12:13
25:8 31:24,24
32:22 50:22 51:8
51:8,10 53:3,4,11
53:17,20 56:5,6,6
56:10 62:11,13,18
62:24 66:11,12,19
72:10
squads 51:16 56:5
squared 29:9
stab 87:20
stabbed 87:11,20
staff 67:14,15
stamp 43:1,3 83:1

stand 79:7 114:19
tanding 14:14
  37:20 39:10 43:10
  44:5,9 70:17 75:4
  86:23 93:5,10
  94:8,17 115:21
staring 122:21,21
start 83:16 99:10
started 7:21,22
  8:13 38:16 62:8
  94:2 97:7 103:16
  119:24 122:20
stat 91:19 92:12,13
state 7:22,22 33:5
  73:7
stated 12:9,12
  13:19,22 22:14
  30:21 34:9 45:15
  55:7 57:17 60:3
  62:8,9 63:18,19
  68:23 71:23 72:2
  72:3,6,12 77:13
  101:3 103:23
  104:5,15 114:22
statement 24:24
  28:21 47:20,21
  53:22 58:16,17
  70:13,20 72:12
  116:1
statements 13:3
  15:10 63:21,23
  70:18
states 1:1 43:5
  111:15
stating 19:2 45:1
  50:2 64:14 69:2
  70:11 74:6 88:21
  113:4
statistic 123:11
status 101:5
stay 69:11,13
  113:13 116:4
  123:8
stayed 27:1 81:5
  93:22,24
stenographic 128:6
steps 18:11
Stewart 27:9 37:9
  37:14,17 39:5

stick 88:18 89:12
  89:14 124:23
  125:1
stickers 44:11
stipulated 5:2
STIPULATIONS
  127:15
stock 37:8 122:10
stole 122:13
stood 28:5
stop 67:22 80:12
  105:21,23 120:8
  121:16,19
stopped 10:6 64:6,7
  64:8 86:24 118:17
story 20:14
straight 97:21
street 3:4,11 4:9
  40:6 45:14 50:4
  86:18,20,21,22
  94:5,15,17 110:16
  114:4 121:2
  122:20
streets 17:18
stress 125:11
stressful 107:23
  109:7
strike 12:19,24
  17:3,7 18:7,10,13
  19:3,10,12,15,17
  19:21,24 20:24
  21:5,20 22:1,6,19
  23:5 24:17 26:4
  26:23 29:6 31:4
  36:15,24 38:3
  41:7,9 42:20
  51:21 52:3,6
  54:12 57:12 61:7
  65:16,19 67:19
  68:23 70:10 78:9
  78:18 80:22 91:2
  91:5 115:3 116:10
  116:11
stripes 11:20 14:5
strong 26:18
struck 88:24
struggling 125:9
stuck 67:5 81:3
  118:10

stupid 29:3
subordinate 32:16
  45:22
subordinates 11:16
  31:19 54:9 60:9
  125:13
successfully 68:13
sudden 42:7
suicidal 111:5
Suite 3:11 4:4
Sullivan 23:7,12
Sullivan's 24:9
summary 69:1
  85:18,19
Sunday 33:18
supervise 11:17
supervising 54:13
supervision 128:16
supervisor 21:1
  28:14 29:24 30:1
  30:2,11 38:3 40:1
  40:7 50:6 51:20
  54:8 55:18 58:14
  58:22 66:7 74:8
  90:7,8,10,12,17
  115:21
supervisor's 24:19
supervisors 11:4
  20:23 21:20 30:7
  39:18 42:12 50:1
  51:15,17 52:22
  55:5,6,22 56:13
  66:17 109:17
support 124:6
  127:1
supposed 10:23
  26:1 30:18,22
  50:9 63:23 64:10
  90:11,17 101:6
  102:16,17,18
sure 45:7 50:5
  71:17,18 73:2
  90:11 101:15
  104:16
surprised 71:6
  78:11
surveillance 20:3,4
  20:11 30:19 41:13
  56:4 59:17 114:4

115:1
surveillances 20:2
  51:4 59:1,3
suspicions 101:1
sustain 88:14
sustained 88:5,16
  90:1
Switzer 44:9,20
sworn 5:11
Sylvester 18:20,21
  18:22
symptoms 97:8,14
  98:10,16

———— T ————
T 3:6 5:14 126:9
  128:2,2
tactical 120:16
take 6:6 10:11
  11:20 14:5 18:11
  19:5 25:7 26:11
  30:8 31:1 35:9
  37:24 41:14,14
  47:12,14 51:7
  83:13 91:13 96:11
  100:13 107:21
  111:8 113:12
  115:1 119:21,23
  121:17,18 125:14
taken 3:3 35:11
  115:8 128:6
talk 32:10,16 55:1
  58:12 61:9 63:24
  84:16 86:1,7
  94:11 100:21,22
  100:23 120:3,4
  125:7
talked 24:20 54:20
  61:5 67:21 80:15
  121:1
talking 27:7 43:14
  46:7 53:4 63:11
  64:6,7,8 79:21,23
  84:15 94:10,13
  99:5 121:16
Task 8:20 9:2
tax 108:22
team 111:2
telephone 23:11,12

tell 12:10 14:19,22
  14:24 21:7 24:12
  26:1 30:16 32:5
  32:12 33:6 43:7
  45:17,17,20 47:15
  49:11 55:3,13
  56:12 57:4 65:4
  67:16 72:3 75:18
  79:10 80:12 85:3
  85:17 87:6 96:20
  97:14,16 102:17
  103:15 106:20
  109:21 112:11
  113:1,11 114:13
  117:1 121:4,14
  122:2 125:8,10
telling 19:11 27:11
  46:8 53:24 55:6
  55:16 59:22 78:7
  94:18 99:6 123:1
tells 42:20 45:18
  61:12
ten 50:16 100:14
  101:24
tenure 7:9
Teresa 67:15
term 40:10,10
termination 102:12
terrible 109:19
Terry 67:21,23
testified 5:12 7:9
  13:3 15:11 48:8
  63:17,18 81:16
testify 100:18
testimony 70:19
thank 65:4 76:14
  76:18 82:21 83:11
  83:18,21 103:7
  126:13,14
thanked 82:13
thankful 26:17
thief 122:11,13
thing 34:17 42:24
  52:4 61:19 64:3
  75:9 88:1 90:6
  96:24 120:19
  124:3
things 26:21 33:8
  34:12 40:9 45:15

54:8 60:19,20
65:14 68:4 70:9
74:3 78:7,14
80:21 81:14,15
91:1,18 99:24
113:4,11 116:17
118:16 122:16
123:2 124:9
**think** 15:15,22
19:18 21:21 30:5
34:19 36:12,18
38:1 43:17 44:10
75:8 76:22 77:20
77:23 79:17 93:15
94:9,16 96:6
101:23 102:13
108:21 109:1
114:7 122:17
**thinking** 11:9
**thirty** 51:1,2
**THOMAS** 2:2
**Thompson** 86:22
**Thorofare** 3:14
**thought** 43:7,12
52:16 56:6 57:23
58:6 79:21 84:12
95:7 97:1 98:19
**three** 79:15 111:12
111:21 125:8
**throat** 100:7
**ticket** 120:23
**Tiffany** 80:1
**till** 16:5 78:10
100:16
**time** 5:7 8:10,11
9:14 10:22 12:20
13:14 15:17,22
17:24 19:1,14,20
21:9,12 22:1
23:13 24:7,16
27:2 28:13 29:8
30:8,12 33:9,12
37:2,13,15 39:14
39:23,24 40:21
43:1,3 48:14
51:19 52:15,22
55:10 57:13 59:7
60:13 64:1,2 65:8
67:14 68:12 69:18

69:22 72:22 73:13
73:21 74:2,3,11
78:15 79:12 80:23
82:7,10 88:5,15
89:3 90:5,21 91:9
92:1,5,11 93:15
93:22 94:20 95:11
95:20 96:5,11,11
96:16 97:11 98:4
98:14 99:6 100:2
101:7 102:3,3,4,7
102:10 103:13
104:13 105:5,12
109:8 113:10,16
114:9 116:5,19,20
117:2,7 118:13
121:6,19
**timeframe** 12:22
18:24 45:24 95:19
**times** 39:12 112:20
124:6
**tired** 24:4 81:2
123:17,18,19,20
123:22 124:9,10
124:10 125:11
**title** 107:11
**today** 37:12 56:12
77:15 111:24
**Toi** 4:8 5:19
**told** 11:16 12:18
13:12,21,24 14:3
14:21 15:1,7,14
18:5 19:5,9 21:6,7
21:9,18,21 23:20
23:22 24:3,10,10
24:13,14 26:2
27:23 29:16 30:3
31:10,14,18,20
32:2,9,19 33:12
33:15,20 34:5,14
36:1,12 37:2
39:24 41:14,23
42:2,14,18 43:6
43:12,19 44:5,13
44:22,23 45:6,19
47:7,11,11,13,17
48:17,18,22 49:24
53:22 54:9 55:8
56:11 59:16,20

60:9 62:2,17
67:20 68:17,19,21
69:3 71:24 72:20
75:2,7 79:4,5
80:13,14 87:18
91:13,14,16,19
92:20 93:11,13
95:3,4,6,8 96:4
97:7,20,23 99:3
99:13 104:7,8,9
113:12,18,23
114:1 115:20
116:9,15 119:5,5
119:6
**Toll** 59:18,19
**tomorrow** 43:13
**Tony** 27:11,12
**Topamax** 105:2
**totally** 40:7 60:12
73:9 99:15 100:3
100:4
**trained** 30:17 31:15
**transcribed** 128:6
**transcript** 101:2
128:5,15
**transfer** 67:12,13
68:13 69:16 75:12
**transferred** 9:15,18
12:18 19:3,7,8,10
50:21 56:10,13
58:6 69:19 73:14
75:9
**transfers** 75:13
**transpired** 45:18
**transportation**
111:9
**transported** 90:3
**treat** 82:4 99:8
104:3 114:22
118:9,12
**treated** 10:4,6 11:1
64:5 65:1,2
**treating** 103:14
105:10 106:2
119:15
**treatment** 95:12,15
98:24 99:15 107:3
107:4,12,20
108:15

**trial** 5:8
**tried** 45:8 87:19
**trips** 107:22
**true** 128:5
**trust** 84:22
**truth** 91:6
**truthfully** 7:4
**try** 111:6
**trying** 32:21 45:20
45:24 55:16 67:22
77:21 90:21 92:6
98:21 118:23
121:4 124:1,5
**Tuesday** 33:19
**tulips** 83:7
**turned** 80:3
**turning** 45:13 53:1
**twelve** 5:20
**two** 5:22 11:12,13
11:15,15 13:10,18
18:24 47:4 49:23
51:12 56:5 62:22
86:22 101:23
110:9
**two-by-four** 88:18
88:18
**Tylenol** 92:24
**type** 47:19 82:1
108:13
**types** 66:7 114:17
**typing** 43:4

U

**uh-huh** 6:7
**um-hmm** 5:21 6:7
9:10 10:9 17:14
27:19 53:13 83:3
83:8 98:1 103:20
104:21 108:14,16
109:11 111:12
120:5 122:9
**uncircumcised**
79:23
**uncomfortable**
80:18
**understand** 6:10
16:7,9 53:11
110:24 123:1
**unfair** 65:22

**unfairly** 64:5
**unfavorable** 67:5
**uniform** 34:1
**unit** 37:9 51:9
52:10,19 56:8,19
78:17 120:16
**United** 1:1 17:10
**units** 78:16
**unknown** 15:17
**upset** 59:23
**upstairs** 12:13 42:4
45:2
**use** 56:21 65:13
87:16,18,24 91:15
96:15 102:3
104:12 105:24

V

**vacation** 102:3
**vain** 89:12
**validly** 22:5
**Valium** 105:18,19
105:20
**Valley** 123:5
**Vann** 2:15 52:1,12
52:18 53:7
**vasectomy** 79:22
79:23
**vehicle** 88:19,19
111:10
**vehicles** 32:1
**Velcro** 11:21 14:5
**vendetta** 123:2,4
**venting** 123:21
**verbal** 6:4
**vertigo** 94:20 97:18
97:18 98:20
**Vet** 125:9
**Vice** 19:18 67:12
67:24 68:13,21
69:3,13,19,20
70:2,6 73:11,19
**viewed** 67:2,3,4
**Village** 106:19,21
110:7
**vision** 97:23
**voice** 25:3,15
**vs** 1:5

**W-I-T-T-E-D**
112:17
**wagon** 71:15,16
**wait** 16:5 23:13
38:14 84:10 95:4
96:24 97:2 105:7
**waiting** 23:15 25:2
119:24
**waived** 5:5
**walk** 28:18 43:9
87:12 106:9
**walked** 14:2 24:8
26:3 40:1 43:16
61:10 75:3 78:11
87:12 103:22
115:20
**walking** 28:16
44:15
**walks** 43:4 114:6
**want** 11:13 12:9
13:19 14:15 17:24
18:5,19,22 26:11
28:1 33:1 41:24
42:11 44:2 45:10
53:3 54:23 59:23
62:10 65:24 66:9
69:3,11,12,13
72:1 75:6,8,10,13
75:16 80:14,22,24
81:1 82:16 83:16
90:22,23,23,24
91:2,6,8 93:13
95:19 99:13,18,20
113:19,24 114:9
118:18 120:24
121:11 122:17,23
123:9,10,19
124:21,22
**wanted** 18:2 22:17
23:5,6 33:10
40:19 48:16 50:13
54:18 67:23 68:1
69:14 78:12 81:5
82:14 86:5,14,17
86:24 87:2,3 91:3
95:11 98:18,22
102:15,24
**wants** 65:23
**warrants** 9:13

**wasn't** 12:13,21
14:1 19:1 22:21
33:3 34:18 38:16
39:21 41:17 43:20
55:11,12 59:5
61:20 68:21 70:20
71:12 73:9 81:3
82:14 88:9 89:6
91:21 92:14 93:3
94:3 98:17,21
101:17,18 116:7
116:14 118:23
123:6
**watch** 61:14 109:20
**water** 65:3 94:22
**way** 3:13 17:10
18:15 20:11 25:10
33:3 58:24 60:18
78:20 89:1,2
101:19 106:10
118:19
**we'll** 6:12,13 51:23
**we're** 10:7,17 11:24
32:21 33:18 76:5
78:22 125:16
**weaned** 118:19
**wear** 98:3,8
**week** 39:22 76:17
77:5 111:21
**weeks** 9:20 21:2
24:18,19 49:24
51:12 64:3 101:24
**weight** 36:23
**weird** 117:20
**welcome** 53:1
**welcoming** 76:18
**Wellbutrin** 121:18
**Wendy** 117:20
**went** 10:6 12:23
13:20 14:3 15:13
23:4 28:4 29:14
31:9 33:16,20
35:18 40:4 41:13
41:18,21,23 42:1
42:11 43:22 44:23
45:13 46:11 49:12
49:18 54:17 55:8
57:11,11 63:14
64:16 65:9 66:10

66:17 67:17 69:20
70:3 71:13 72:5
78:9 80:4,16 81:2
86:18 89:10 91:11
91:20 92:15,21
93:1,2,20,24
94:20,23 95:17,21
96:10 99:12 100:3
100:10 103:16,18
103:21 105:17
112:13,20 113:15
116:13 117:13,19
117:21,22 119:4
120:9 121:24
122:3 123:11
**weren't** 14:12
36:23 105:6
**Weston** 70:14
**whatsoever** 47:19
**wheel** 20:7
**when's** 121:6
**white** 25:21 37:18
39:3,17 54:3
55:19,20,22 57:16
70:12 87:12 89:8
114:19,20,21
**whites** 64:11
**whoever's** 75:13
**wife** 122:20
**William** 1:3,12,16
22:2 62:15,19
63:1,4,5 64:18
**Willingboro** 4:4
**window** 44:2 45:1
86:14,17
**windows** 44:16,17
**Wineman** 119:6
**Wineman's** 119:8
**Winkelman** 104:1
104:3,3,5,6,19
**wipe** 89:16,18
**wiped** 89:16
**withheld** 126:16
**witness** 16:7,9
38:15 83:3 84:12
85:21 100:11
109:1 124:15
125:18 126:3
127:4

**Witted** 112:15,18
**woman** 34:2 52:8
**woman's** 94:18
**won** 52:6
**wonderful** 6:5
**wood** 89:3,8,17,18
115:11,20
**word** 34:2 85:23
87:16,18,24
**words** 20:14
**work** 8:11,15,19,20
9:21 13:11,14,22
13:23 14:15 17:6
17:16 42:22 43:3
45:3,17 48:22
49:2,8 51:3 56:7
56:17 63:6 65:7
65:18,24 68:1,8,9
71:5,7,7,9,21 74:7
75:6 76:19 78:12
81:6 82:15,16
83:12,19,19,20
88:6 94:1 98:21
102:1,2,15,18,23
103:1,2,6 106:18
108:2 109:8
110:20 111:20,22
112:1,7,21 116:16
116:18 117:10,12
118:8,16
**worked** 8:23,23,24
9:1,3 17:19 27:9
56:24 63:4,4
67:24 73:7 81:9
86:13 88:8 96:8
98:17 108:10,20
109:1 110:13
120:16 121:2
**worker** 17:23
**workers** 88:3
**working** 8:17 42:22
44:7 51:15 63:13
64:21 66:21 68:5
68:6,24,24 71:10
71:11 73:9 75:7
78:13 105:8 110:5
110:11
**workman** 96:21
**Worknet** 96:22

**world** 78:20
**worried** 27:16
**worry** 11:11
**worse** 106:13
**wouldn't** 12:12
57:2 69:6 120:10
**write** 46:14 60:17
61:2 68:20
**writing** 83:4,4
**written** 104:2
**wrong** 41:24
**wrote** 7:13 33:16
46:11,16 60:13,15
62:2 64:14,16
68:22 72:11 75:21

**X**

**X** 5:14 126:1,9
**XL** 121:18

**Y**

**yeah** 16:7 18:4 24:3
25:7 34:9,11
44:20 45:18 65:4
65:21 79:6 84:16
87:3 88:8,9 97:17
98:11 101:17
108:10,23 109:2,3
109:24 111:19,19
119:4
**year** 8:14,18 49:1
107:15,16 109:9
121:8
**years** 10:10 15:16
15:18 25:19 36:20
40:23 73:22 80:2
124:16
**yo** 44:23
**young** 27:21 86:7

**Z**

**Zabaleta** 104:15,17
104:19
**Zabaleto** 97:16
**Zabeta** 96:22
103:19

**0**

**08046** 4:4
**08086** 3:14

## 1

83:21
1-800-528-3060 3:13
1:55 3:5
10 92:9
107 29:17,20 30:4
11:00 21:12 108:2
110 22:22
112 110:16
1134 3:13
12 42:23 43:1 108:4
12.57 124:5
128 83:22
13th 31:12,13
14th 31:8
15 3:6 42:3 47:3
1515 3:4 4:9
15th 3:4 45:5
16th 4:9 33:19 88:7 88:12
17th 96:3
19102 3:5,12 4:10
997 87:10
1998 77:17,21
1999 8:6,8
19th 74:18,23 75:8 75:9

## 2

2 8:14 63:6
2:00 68:9,9,10 71:11
200 4:4
2004 9:17,17
2005 19:17 31:8,13 36:19 46:4
2006 36:19 46:1 49:17 54:24 65:10 65:11 112:22,23 117:3 118:14
2007 19:19 65:11 69:21 74:15 78:10 78:19,20 79:16
2008 96:12,14 102:9
009 102:13 108:8 120:9
201 111:10

2010 7:22
2012 109:2
2013 109:2 110:3,5
2014 3:6 107:18 108:8 110:3
215 3:12
230 3:11
23rd 9:15,18,18,23 10:7,17,19 11:5 12:5 13:9 29:5 78:1,8 81:10
246 4:4
24th 36:18
25th 8:9,11,13,22 8:24 9:4,6 17:17 17:18,22 20:18 27:10 45:6 63:5 86:12 114:2 120:22
27th 112:22
2A 8:14,24 9:7 10:20
2C 9:19
2D 66:16

## 3

3:00 108:2
30 13:20 121:17
30-day 14:1
300 121:18
302 3:11 111:8
3151-cv-13 1:6
39th 63:9,10

## 4

4:45 125:21

## 5

5 8:24 12:13 14:10 14:18 15:23 17:9 81:9 121:2 126:5 127:18
52nd 86:17
53rd 94:17
57 108:4
5th 8:6

## 6

6:00 68:8,9,10 71:11

## 7

711 123:12
731-9847 3:12
75-48A 90:7
75-49 20:9
75-49's 30:23
75-68s 30:23
76 126:13

## 8

8 19:12 21:11 50:9
8:00 92:9
83 126:14
848-4978 3:14
856 3:14

## 9

9 50:9

D576