# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAUNDRA S. RUSSELL, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*<br>*Defendants* | CIVIL ACTION<br><br>NO. 13-3151 |

## ORDER

**AND NOW**, this 25th day of August 2016, upon consideration of the *motion for summary judgment* filed by Defendants City of Philadelphia, Deputy Commissioner Kevin Bethel, Deputy Commissioner William Blackburn, Captain William Broadbent, Inspector James Kelly, Captain Melvin Singleton, Lieutenant Thomas Hyers, Lieutenant Jack Feinman, Lieutenant Edward Spangler, Lieutenant Charles Green, Lieutenant Laverne Vann, Inspector Aaron Horne, Carroll Madden and Commissioner Charles Ramsey, (collectively "Defendants"), [ECF 38], the opposition thereto of Plaintiffs Saundra S. Russell and Keith Sadowski, (collectively, "Plaintiffs"), [ECF 43], and Defendants' reply, [ECF 44], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendants' motion is **GRANTED**, and Judgment is entered in favor of Defendants and against Plaintiffs Saundra S. Russell and Keith Sadowski on all counts of the amended complaint.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*